# Exhibit "F"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>MUHAMMAD NASIR SIDDIQI<br><br>                            Debtor | Case No. 19-42834<br>Chapter 7 |

**MOTION TO SHOW CAUSE WHY THE DEBTOR
SHOULD NOT BE HELD IN CONTEMPT OR SANCTIONED**

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU <u>MUST</u> FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING <u>*WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE*</u> SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

      COMES NOW Mark A Weisbart, the duly appointed Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Muhammad Nasir Siddiqi, files this Motion to Show Cause Why the Debtor Should Not Be Held in Contempt or Sanctioned (the "Motion") pursuant to 11 U.S.C. §§ 105(a). In support of this Motion, the Trustee would respectfully show the Court as follows:

**I. FACTUAL AND PROCEDURAL BACKGROUND**

      1.      On October 16, 2019 (the "Petition Date"), Muhammad Nasir Siddiqi ("Debtor") filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code".)

      2.      Thereafter, Trustee was appointed as the interim chapter 7 Trustee for the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 701, who has since become the permanent trustee in accordance with 11 U.S.C. § 702(d).

3. On October 16, 2019, Debtor filed his petition for relief and his schedules of assets. A copy of Debtor's Schedules A/B and C are attached hereto as Exhibit "A".

4. Trustee objected to Debtor's exemptions and on September 28, 2020 an agreed order regarding Trustee's objection was entered by the Court [Dkt #64] (the "Agreed Order"). A copy of the Agreed Order is attached hereto as Exhibit "B".

5. The Agreed Order required Debtor to amend his Schedules and turn over his non-exempt vehicles, both which he failed to do. In particular, Debtor scheduled two "Ford Tahoes" claiming one of them as exempt. Notwithstanding, the fact that Ford does not make a Tahoe, Debtor should have turned over the non-exempt Tahoe to Trustee, together with the title months ago.

6. Trustee therefore requests a hearing to show cause why Debtor should not be held in contempt, including turnover of the non-exempt "Tahoe", monetary sanctions for loss of value since entry of the agreed exemption order, and imprisonment, if necessary.

## II. REQUESTED RELIEF

7. The 11 U.S.C. § 105(a) provides that the Court may enter any order that is necessary or appropriate to carry out the provisions of Title 11.

8. In light of the Debtor's failure and refusal to comply with the Agreed Order, the Trustee requests that the Court enter setting a hearing to show cause why the Debtor should not be held in contempt.

## III. PRAYER

WHEREFORE, Trustee prays that the Court enter an Order granting the relief requested and granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A Weisbart
Mark A Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 3rd day of September 2021.

/s/ Mark A Weisbart
Mark A Weisbart

Case 19-42834    Doc 14    Filed 11/08/19    Entered 11/08/19 10:06:25    Desc Main Document    Page 3 of 57

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Muhammad Nasir Siddiqi** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number | **19-42834** |

☐ Check if this is an amended filing

Official Form 106A/B
## Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**6701 Haven Hurst**
Street address, if available, or other description

**Allen**    **TX**    **75002-0000**
City    State    ZIP Code

**Collin**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?    **$735,000.00**
Current value of the portion you own?    **$735,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................=>    **$735,000.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Exhibit "A"

| Debtor 1 | Muhammad Nasir Siddiqi | Case number *(if known)* | 19-42834 |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: Ford
Model: Tahoe
Year: 2016
Approximate mileage: 20000
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? $20,000.00
Current value of the portion you own? $20,000.00

**3.2**
Make: Ford
Model: Tahoe
Year: 2016
Approximate mileage: 20000
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? $20,000.00
Current value of the portion you own? $20,000.00

**3.3**
Make: Ford
Model: Super Duty
Year: 2015
Approximate mileage: 50000
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? $30,000.00
Current value of the portion you own? $30,000.00

**3.4**
Make: Lincoln
Model: Navigator
Year: 2019
Approximate mileage: 10000
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? $90,000.00
Current value of the portion you own? $90,000.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................=> $160,000.00

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                    Schedule A/B: Property                    page 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Exhibit "A"

| Debtor 1 | **Muhammad Nasir Siddiqi** | Case number *(if known)* | **19-42834** |
|---|---|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | sofa, tables, beds, dressers, chairs, rugs, televisions, etc | $10,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | 1 pistol | $400.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | clothes | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | watch, wifes jewelry | $10,000.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................  | $21,400.00 |

| Official Form 106A/B | Schedule A/B: Property | page 3 |
|---|---|---|
| Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

Exhibit "A"

Case 19-42834   Doc 14   Filed 11/08/19   Entered 11/08/19 10:06:25   Desc Main Document   Page 6 of 57

| Debtor 1 | Muhammad Nasir Siddiqi | Case number *(if known)* | 19-42834 |
|---|---|---|---|

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................            Institution name:

|  |  |  |
|---|---|---|
| 17.1. | Chase bank - frozen | Unknown |
| 17.2. | Texans Credit Union | $300.00 |
| 17.3. | Chase Accounts -wifes | $300.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................            Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

    | Name of entity: | % of ownership: |  |
    |---|---|---|
    | Hiba Entertainment, Inc. - out of business | 100 % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
           Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

Exhibit "A"

Case 19-42834   Doc 14   Filed 11/08/19   Entered 11/08/19 10:06:25   Desc Main Document   Page 7 of 57

| Debtor 1 | Muhammad Nasir Siddiqi | Case number *(if known)* | 19-42834 |
|---|---|---|---|

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:      Beneficiary:      Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

| Official Form 106A/B | Schedule A/B: Property | page 5 |
|---|---|---|
| Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

Exhibit "A"

Case 19-42834   Doc 14   Filed 11/08/19   Entered 11/08/19 10:06:25   Desc Main Document   Page 8 of 57

| Debtor 1 | Muhammad Nasir Siddiqi | Case number *(if known)* | 19-42834 |
|---|---|---|---|

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................** $600.00

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here  ....................................** $0.00

**Part 8: List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ......................................................................................... | | | $735,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $160,000.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $21,400.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $600.00 | | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61... | $182,000.00 | Copy personal property total | $182,000.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $917,000.00 |

Official Form 106A/B                      Schedule A/B: Property                                        page 6
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Exhibit "A"

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Muhammad Nasir Siddiqi** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS | | |
| Case number (if known) | 19-42834 | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **6701 Haven Hurst Allen, TX 75002 Collin County**<br>Line from *Schedule A/B*: **1.1** | $735,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002** |
| **2016 Ford Tahoe 20000 miles**<br>Line from *Schedule A/B*: **3.1** | $20,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9)** |
| **sofa, tables, beds, dressers, chairs, rugs, televisions, etc**<br>Line from *Schedule A/B*: **6.1** | $10,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1)** |
| **1 pistol**<br>Line from *Schedule A/B*: **10.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(7)** |
| **clothes**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(5)** |

Exhibit "A"

Case 19-42834   Doc 14   Filed 11/08/19   Entered 11/08/19 10:06:25   Desc Main Document   Page 10 of 57

| Debtor 1 | **Muhammad Nasir Siddiqi** | | Case number (if known) | **19-42834** |
|---|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** Check only one box for each exemption. | | **Specific laws that allow exemption** |
| **watch, wifes jewelry** Line from *Schedule A/B*: **12.1** | $10,000.00 | ■ $10,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 2 of 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Exhibit "A"

Case 21-04077    Doc 16-6    Filed 01/14/22    Entered 01/14/22 21:47:06    Desc  Exhibit
F Motion to Show Cause    Page 13 of 15

Case 19-42834    Doc 101    Filed 09/03/21    Entered 09/03/21 11:17:41    Desc Main
Document    Page 12 of 14

Case 19-42834    Doc 64    Filed 09/28/20    Entered 09/28/20 14:07:06    Desc Main
Document    Page 1 of 2

**EOD**
**09/28/2020**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: | |
| MUHAMMAD NASIR SIDDIQI | Case No. 19-42834<br>Chapter 7 |
| Debtor | |

## AGREED ORDER REGARDING TRUSTEE'S OBJECTION TO EXEMPTIONS

ON this day, came on for consideration, the Trustee's Objection to Exemptions (the "Objection") filed by Mark A. Weisbart, the duly appointed Chapter 7 Trustee ("Trustee") for the estate of Muhammad Nasir Siddiqi ("Debtor"). The Court finds that an agreement has been reached by the Trustee and the Debtor, the terms which are contained herein; accordingly, it is hereby

ORDERED that Debtor shall amend his Schedules B and C to indicate the correct description of the vehicles, including make, model and VIN# of each such vehicle, and which vehicle Debtor is claiming as exempt pursuant to Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9); it is further

ORDERED that Debtor shall turn over the vehicle(s) which he is not claiming as exempt to the Trustee, together with their respective titles; it is further

ORDERED that Debtor shall amend his Schedules B and C to include a detailed list of "sofa, tables, beds, dressers, chairs, rugs, televisions, etc" claimed as exempt under Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1); it is further

ORDERED that Debtor shall amend his Schedules B and C to include a detailed list of "watch, wifes jewelry" claimed as exempt under Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6); it is further

Exhibit "B"

Case 21-04077    Doc 16-6    Filed 01/14/22    Entered 01/14/22 21:47:06    Desc Exhibit
F Motion to Show Cause    Page 14 of 15

Case 19-42834    Doc 101    Filed 09/03/21    Entered 09/03/21 11:17:41    Desc Main
Document    Page 13 of 14

Case 19-42834    Doc 64    Filed 09/28/20    Entered 09/28/20 14:07:06    Desc Main
Document    Page 2 of 2

ORDERED that the Debtor shall amend his exemptions and turn over the non-exempt vehicle(s) to the Trustee, as required herein, within 10 days entry of this Order.

IT IS SO ORDERED.

Signed on 9/28/2020

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED:

/s/ Mark A. Weisbart                    /s/ Eric A. Liepins
Mark A. Weisbart                         Eric A. Liepins
Texas Bar No. 21102650                   Texas Bar No. 12338110
THE LAW OFFICE OF MARK A. WEISBART       ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 541               12770 Coit Road, Suite 1100
Dallas, TX 75251                         Dallas, TX 75251
(972) 628-4903 Phone                     (972) 991-5591 Phone
mark@weisbartlaw.net                     eric@ealpc.com
COUNSEL FOR CHAPTER 7 TRUSTEE            COUNSEL FOR DEBTOR

Exhibit "B"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 19-42834<br>Eastern District of Texas<br>Sherman<br>Fri Sep  3 10:45:50 CDT 2021 | Hershel R. Chapin<br>H. R. Chapin, Attorney & Counselor, PLLC<br>4301 Alpha Rd.<br>Dallas, TX 75244-4405 | Eric A. Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 |
| Lakia' S. McCline<br>400 N. Sam Houston Pkwy E. Suite 900A<br>Houston, TX 77060-3548 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Sidney H. Scheinberg<br>Godwin Bowman PC<br>1201 Elm Street<br>Suite 1700<br>Dallas, TX 75270-2041 |
| Tom Sharp<br>Blalack & Williams, P.C.<br>4851 LBJ Freeway, Suite 750<br>Dallas, TX 75244-6012 | Muhammad Nasir Siddiqi<br>6701 Haven Hurst Ct.<br>Allen, TX 75002-3028 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| (p)MARK A  WEISBART<br>ATTN THE LAW OFFICE OF MARK A WEISBART<br>12770 COIT ROAD SUITE 541<br>DALLAS TX 75251-1366 | Stephen Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251 | (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251 | (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251 |

End of Label Matrix
Mailable recipients    10
Bypassed recipients     0
Total                  10