# Exhibit "G"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE: | |
| MUHAMMAD NASIR SIDDIQI | Case No. 19-42834<br>Chapter 7 |
| Debtor | |

## ORDER OF CONTEMPT

ON THIS DAY CAME ON FOR CONSIDERATION the Motion to Show Cause Why the Debtor Should not be Held in Contempt or Sanctioned [Dkt. #101] filed by Mark A. Weisbart, Chapter 7 Trustee ("Trustee") seeking an order of contempt against Muhammad Nasir Siddiqi ("Debtor") for failure to comply with the Court's Agreed Order Regarding Trustee's Objection to Exemptions [Dkt. #64] (the "Exemption Order").  Appearances were made by Trustee and Eric Liepins, Debtor's counsel.  Based on the record before the Court, including the statements of counsel, the Court finds that the Debtor is in contempt of Court for failure to comply with the Exemption Order.  Accordingly, it is hereby

ORDERED that Debtor shall turn over his non-exempt Chevy Tahoe (the "Vehicle") within seven (7) calendar days of this hearing, by delivering same to Trustee at his offices, together with the keys, and any documentation in Debtor's possession related to the Vehicle; it is further

ORDERED that Debtor shall amend his Schedules as required by the Exemption Order within seven (7) calendar days; it is further

ORDERED that failure to comply with this Order may result in the Debtor's imprisonment.

IT IS SO ORDERED.

Signed on 10/22/2021

*Brenda T. Rhoades*    YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE