# Exhibit "H"

| | |
|---|---|
| **From:** | Tarah Simmons |
| **To:** | Eric A. Liepins (eric@ealpc.com); Martha Esquino (Martha@ealpc.com) |
| **Cc:** | Mark Weisbart (Mark@weisbartlaw.net) |
| **Subject:** | Siddiqi 19-42834 |
| **Date:** | Thursday, November 21, 2019 2:16:00 PM |
| **Attachments:** | liepins.11.21.19.info.request.pdf |

Please see attached request for information.

Thanks,
Tarah

**Tarah Simmons**

Legal Assistant to Mark A. Weisbart

The Law Office of Mark A. Weisbart | 12770 Coit Road, Suite 541, Dallas TX 75251

Direct: (972) 628-4900 | **tsimmons@weisbartlaw.net   mark@weisbartlaw.net**

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

# THE LAW OFFICE OF MARK A. WEISBART
### ATTORNEY AT LAW
12770 Coit Road, Suite 541
Dallas, Texas 75251

(972) 628-4903 Phone                                                                                          mark@weisbartlaw.net

November 21, 2019

**VIA EMAIL AND FIRST-CLASS MAIL**
Eric A. Liepins
LAW OFFICE OF ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, TX 75251
eric@ealpc.com

Re:    Muhammad Siddiqi
       Bankruptcy Case No. 19-42834

Dear Eric,

Please provide the following:

1. 2015 Tax Return;

2. 2016 Tax Return;

3. 2017 Tax Return;

4. All documents, including financial records, of Hiba Entertainment, Inc.;

5. Detailed itemization of all scheduled household personal property by description and value;

6. Detailed itemization of all scheduled jewelry and associated value;

7. Copies of titles to all scheduled vehicles and all purchase documents related to the vehicles;

8. Proof of Debtor's brother's payment for one of the vehicles and identity of such vehicle by the VIN;

9. Copies of all documents identifying the Debtor's personal liability on any scheduled debts which the Debtor considers a business debt;

10. Debtor's divorce decree and complete contact information for the Debtor's ex-wife;

Liepins | 2
November 21, 2019

11. Contact information for the Debtor's brother, including full name, address, email address and phone number;

12. Bank statements on all accounts (including the Debtor's wife's accounts) since January 1, 2016;

13. To the extent not identified on the Debtor's Schedules, a list of the Debtor's wife's separate or sole management community property;

14. All agreements related to the Debtor's employment at or involvement with Eagle Protection Group, Inc.;

15. Copy of the Debtor's current passport;

16. Copy of the Ropal Entertainment lawsuit;

17. Formation documents for Eagle Protection Group, Inc.;

18. K-1's or 1099's issued to the Debtor by Eagle Protection Group, Inc. for the last four (4) years; and

19. Source of the mortgage payments for the twenty-four (24) months prior to the Petition Date, including copies of the checks.

Please advise if you have any questions or cannot provide these documents within the next two (2) weeks. To confirm, the §341 meeting of creditors is continued to **December 13, 2019** at **11:30 a.m.** Mr. Siddiqi should plan on attending.

Sincerely,

Mark A. Weisbart

MAW/ts

cc:   Muhammad Siddiqi
      6701 Havenhurst Ct.
      Allen, TX 75002-3028