# Exhibit "J"

| | |
|---|---|
| **From:** | Mark Weisbart |
| **To:** | Eric Liepins (eric@ealpc.com) |
| **Cc:** | Tarah Simmons |
| **Subject:** | Siddiqi |
| **Date:** | Monday, February 17, 2020 2:12:27 PM |
| **Attachments:** | Documents Request.docx |
| | Documents Request attachments.pdf |

Eric,

Here is the document request.

By the way, I don't think we got copies of all the car titles.

Thanks,

Mark



Mark A. Weisbart
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
Mark@WeisbartLaw.Net

# DOCUMENT REQUEST
SIDDIQI 19-42834

1. Turnover of the 2018 tax refund in the amount of $536

2. All documentation related to Debtor's business "Helping Restore Ability"

3. Complete copy of Debtor's passport (all pages)

4. All documentation related to Debtor's rent house located at 8114 Carson Court, Rowlett, Texas 75088. If the property was sold, all documentation related to the sale

5. All documentation related to the United and American airlines charges in July 2018 (see attached)

6. All documentation related to the $100,000.00 wire in June 2019 (see attached)

7. All documentation related to the Stolz Telecom charge in June 2018 (see attached)

8. All documentation related to the Orlando trip and Spirit Airline charges on June 11, 12, and 25, 2018 (see attached)

9. All books, records and files reflecting the financial transaction of Hiba Financial, Inc. for the past five (5) years, including bank statements, accounting records, QuickBooks or equivalent financial record keeping

10. All documentation related to the T-Mobile charges to Hiba on May 8, 2018 (see attached)

11. All credit card statements of the Debtor for the three (3) years prior to and including the bankruptcy filing

12. All credit card statements of Hiba for the three (3) years prior to and including the bankruptcy filing

13. All documentation related to the 04/09 jewelry charge (see attached)

14. All documentation related to the Simmons Bank charges by Hiba

15. Copy of check #1118 paid on January 8, 2018 for $30,000.00 (see attached)

16. An explanation of wire transfers to Vibrant Media Group by Hiba

17. All documentation related to the $10,000.00 withdrawal on 7/25 (see attached)

18. Copies of check nos. 1045, 1048, and 1049 (see attached)

19. The residence and mailing address (if different) for Debtor's brother, Muhammad A. Siddiqi

20. Turnover of all cash and bank account balances as of the Petition Date (October 16, 2019) together with the corresponding bank documentation verifying the balances as of the Petition Date

21. Identity of the Chase account number that has been frozen and if the account is still frozen



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 01, 2018 through August 31, 2018
Account Number: ████████0290

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00026064 DRE 201 142 24418 NNNNNNNNNNNN T 1 000000000 60 0000

HIBA ENTERTAINMENT INC
3020 BIG TOWN BLVD
MESQUITE TX 75150-2412



## CHECKING SUMMARY
Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $18,345.53 |
| ATM & Debit Card Withdrawals | 1 | -30.06 |
| Electronic Withdrawals | 1 | -16,500.00 |
| Other Withdrawals | 2 | -1,780.47 |
| Fees | 1 | -35.00 |
| **Ending Balance** | **5** | **$0.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | Card Purchase   08/06 Brinkster Brinkster B 480-388-3777 AZ Card 4378 | $30.06 |
| **Total ATM & Debit Card Withdrawals** | | **$30.06** |

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $30.06 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $30.06 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | 08/01 Domestic Wire Transfer Via: Tib Dallas/111010170 A/C: Grand Ridge National Bank Ref: For Further Creditr To:Vibrant Media Group LLC 1069 W Golf Rdhoffman Es Tates, IL 60169 Account # 0020008413 Imad: 0801B1Q c08C033917 Trn: 6686000213Es | $16,500.00 |
| **Total Electronic Withdrawals** | | **$16,500.00** |



**CHASE**

June 30, 2018 through July 31, 2018

Account Number: 0290



### ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,531.04 |
| Total Card Deposits & Credits | $88.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 07/02 | Paymentech | Chargeback 6241464 | CCD ID: 1020401225 | $4,000.00 |
| 07/02 | Paymentech | Deposit 6241464 | CCD ID: 1020401225 | 4,000.00 |
| 07/02 | Paymentech | Fee 6241464 | CCD ID: 1020401225 | 568.80 |
| 07/06 | 07/06 Domestic Wire Transfer Via: Tib Dallas/111010170 A/C: Grand Ridge National Bank Ref: Fct: Vibrant Media Group LLC; Account # 0020008413 Imad: 0706B1Qgc07C001666 Trn: 6384800186Es | | | 16,200.00 |
| 07/09 | Paymentech | Chargeback 6241464 | CCD ID: 1020401225 | 2,500.00 |
| 07/11 | Paymentech | Chargeback 6241464 | CCD ID: 1020401225 | 2,650.00 |
| 07/17 | Paymentech | Chargeback 6241464 | CCD ID: 1020401225 | 1,000.00 |
| 07/18 | Simmons Bank - L Tel Pmts V8L7 | Tel ID: 1710162300 | | 2,647.42 |
| 07/25 | U.S. Bank N.A. Payment | 000000515313653 Tel ID: 5551540853 | | 560.24 |
| **Total Electronic Withdrawals** | | | | **$34,126.46** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/25 | 07/25 Withdrawal | $10,000.00 |
| **Total Other Withdrawals** | | **$10,000.00** |



## FEES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/06 | Domestic Wire Fee | | $35.00 |
| 07/11 | Insufficient Funds Fee For A $2,650.00 Item - Details: Paymentech CCD ID: 1020401225 | Chargeback 6241464 | 34.00 |
| 07/24 | Official Checks Charge | | 8.00 |
| 07/25 | Official Checks Charge | | 8.00 |
| 07/31 | Cash Deposit Immediate | | 60.75 |
| **Total Fees** | | | **$145.75** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/02 | $2,699.39 | 07/17 | 8,404.87 | 07/24 | 3,667.35 |
| 07/05 | 22,654.28 | 07/18 | 7,251.25 | 07/25 | 2,082.88 |
| 07/06 | 6,301.32 | 07/19 | 3,906.25 | 07/26 | 2,039.82 |
| 07/09 | 2,094.27 | 07/20 | 3,825.47 | 07/27 | 2,037.67 |
| 07/11 | -589.73 | 07/23 | 3,703.22 | 07/31 | 18,345.53 |
| 07/16 | 4,410.27 | | | | |

# CHASE 🟦

June 30, 2018 through July 31, 2018

Account Number: ███████0290

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1045 ^ | | 07/02 | $2,100.00 |
| 1048 * ^ | | 07/02 | 35,000.00 |
| 1049 ^ | | 07/19 | 3,645.00 |
| **Total Checks Paid** | | | **$40,745.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Card Purchase     06/30 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | $0.99 |
| 07/02 | Recurring Card Purchase 07/01 Sprint *Wireless 800-639-6111 KS Card 4378 | 136.60 |
| 07/05 | Card Purchase With Pin  07/03 Racetrac 93 Allen TX Card 4378 | 45.11 |
| 07/06 | Card Purchase     07/06 Cheaptix*73640459876 Www.Ctix.Info WA Card 4378 | 88.00 |
| 07/06 | Card Purchase     07/06 Cheaptix*73640459876 Www.Ctix.Info WA Card 4378 | 29.96 |
| 07/09 | Card Purchase     07/05 United    016712057 800-932-2732 TX Card 4378 | 602.40 |
| 07/09 | Card Purchase     07/05 United    016712057 800-932-2732 TX Card 4378 | 602.40 |
| 07/09 | Card Purchase     07/06 Brinkster Brinkster B 480-388-3777 AZ Card 4378 | 30.06 |
| 07/09 | Card Purchase     07/06 American Air00121983119 Fort Worth TX Card 4378 | 500.40 |
| 07/09 | Card Purchase     07/06 American Air00106277318 Fort Worth TX Card 4378 | 35.00 |
| 07/09 | Card Purchase     07/06 Dallas FT. Worth Airpo Dfw Airport TX Card 4378 | 9.20 |
| 07/09 | Card Purchase With Pin  07/09 Racetrac 93 Allen TX Card 4378 | 15.59 |
| 07/17 | Card Purchase     07/17 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | 5.40 |
| 07/18 | Card Purchase     07/17 Alamo Rent Acar Tolls 877-8601284 NY Card 4378 | 6.20 |
| 07/20 | Card Purchase With Pin  07/20 Wm Superc Wal-Mart Sup Lucas TX Card 4378 | 79.33 |
| 07/20 | Card Purchase With Pin  07/20 Wm Superc Wal-Mart Sup Lucas TX Card 4378 | 1.45 |
| 07/23 | Card Purchase     07/20 Sq *Kabobi Fresh Medite Richardson TX Card 4378 | 42.45 |
| 07/23 | Card Purchase With Pin  07/21 Racetrac 93 Allen TX Card 4378 | 17.86 ✓ |
| 07/23 | Card Purchase With Pin  07/21 Quiktrip Plano TX Card 4378 | 61.94 ✓ |
| 07/24 | Card Purchase With Pin  07/24 Racetrac 93 Allen TX Card 4378 | 27.87 |
| 07/25 | Recurring Card Purchase 07/25 Adobe *Acropro Subs 800-833-6687 CA Card 4378 | 16.23 |
| 07/26 | Card Purchase With Pin  07/26 Racetrac 93 Allen TX Card 4378 | 13.14 |
| 07/26 | Card Purchase With Pin  07/26 Racetrac 93 Allen TX Card 4378 | 15.46 |
| 07/26 | Card Purchase With Pin  07/26 Racetrac 93 Allen TX Card 4378 | 14.46 |
| 07/27 | Card Purchase     07/27 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | 2.15 |
| 07/31 | Card Purchase     07/30 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | 0.99 |
| 07/31 | Recurring Card Purchase 07/31 Sprint *Wireless 800-639-6111 KS Card 4378 | 130.40 |
| **Total ATM & Debit Card Withdrawals** | | **$2,531.04** |

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,531.04 |
| Total Card Deposits & Credits | $88.00 |

Form 1040 (2018) — MUHAMMAD SIDDIQI — ___-__-2222 — Page 2

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 124,920 |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRAs, pensions, and annuities | |
| 4b | Taxable amount | |
| 5a | Social security benefits | |
| 5b | Taxable amount | 0 |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | 124,920 |
| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | 124,920 |
| 8 | Standard deduction or itemized deductions (from Schedule A) | 18,529 |
| 9 | Qualified business income deduction (see instructions) | |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | 106,391 |
| 11 | a Tax (see inst) 19,823 (check if any from: 1 □ Form(s) 8814  2 □ Form 4972  3 □ ___) b Add any amount from Schedule 2 and check here □ | 19,823 |
| 12 | a Child tax credit/credit for other dependents ___ b Add any amount from Schedule 3 and check here □ | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 19,823 |
| 14 | Other taxes. Attach Schedule 4 | |
| 15 | Total tax. Add lines 13 and 14 | 19,823 |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | 20,359 |
| 17 | Refundable credits: a EIC (see inst.) ___ b Sch 8812 ___ c Form 8863 ___ Add any amount from Schedule 5 | 0 |
| 18 | Add lines 16 and 17. These are your total payments | 20,359 |
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | 536 |
| 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here □ | 536 |
| 21 | Amount of line 19 you want applied to your 2019 estimated tax | |
| 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions | 0 |
| 23 | Estimated tax penalty (see instructions) | |

Refund — Direct deposit? See instructions.
b Routing number: XXXXXXXXX  c Type: □ Checking □ Savings
d Account number: XXXXXXXXXXXXXXXXX

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form 1040 (2018)



CLIENT COPY

# W-2 Detail Listing — 2015

Name(s) as shown on return: **MUHAMMAD SIDDIQI**
Social Security No.: ███-██-2222

| T/S | Employer Name | Federal Gross | Federal W/H | State Code | State Gross | State W/H |
|---|---|---|---|---|---|---|
| T | EAGLE PROTECTIVE GRP INC | 127,715 | 28,352 | | | |
| T | HELPING RESTORE ABILITY | 34,483 | 5,659 | | | |
| | Totals | 162,198 | 34,011 | | | |

*Client Copy*

# SCHEDULE E
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
► Attach to Form 1040, 1040NR, or Form 1041.
► Information about Schedule E and its separate instructions is at www.irs.gov/schedulee.

OMB No. 1545-0074

**2015**

Attachment Sequence No. **13**

Name(s) shown on return: **MUHAMMAD SIDDIQI**
Your social security number: ***-**-2222

### Part I — Income or Loss From Rental Real Estate and Royalties
Note: If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

A  Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) ☐ Yes  ☒ No
B  If "Yes," did you or will you file required Forms 1099? ☐ Yes  ☒ No

**1a Physical address of each property (street, city, state, ZIP code)**
A  8114 CARSON CT ROWLETT TX 75088
B
C

| 1b Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A  1 | | A | 60 | 0 | ☐ |
| B | | B | | | ☐ |
| C | | C | | | ☐ |

**Type of Property:**
1 Single Family Residence    3 Vacation/Short-Term Rental    5 Land    7 Self-Rental
2 Multi-Family Residence     4 Commercial                   6 Royalties    8 Other (describe)

| Income: | Properties: | A | B | C |
|---|---|---|---|---|
| 3 Rents received | 3 | 1,434 | | |
| 4 Royalties received | 4 | | | |
| **Expenses:** | | | | |
| 5 Advertising | 5 | | | |
| 6 Auto and travel (see instructions) | 6 | | | |
| 7 Cleaning and maintenance | 7 | | | |
| 8 Commissions | 8 | | | |
| 9 Insurance | 9 | 1,778 | | |
| 10 Legal and other professional fees | 10 | | | |
| 11 Management fees | 11 | | | |
| 12 Mortgage interest paid to banks, etc. (see instructions) | 12 | | | |
| 13 Other interest | 13 | | | |
| 14 Repairs | 14 | 929 | | |
| 15 Supplies | 15 | 3,451 | | |
| 16 Taxes | 16 | 2,279 | | |
| 17 Utilities | 17 | | | |
| 18 Depreciation expense or depletion | 18 | 5,196 | | |
| 19 Other (list) ► | 19 | | | |
| 20 Total expenses. Add lines 5 through 19 | 20 | 13,633 | | |
| 21 Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file Form 6198 | 21 | (12,199) | | |
| 22 Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) | 22 | ( ) | ( ) | ( ) |

| | | | |
|---|---|---|---|
| 23a Total of all amounts reported on line 3 for all rental properties | 23a | 1,434 | |
| b Total of all amounts reported on line 4 for all royalty properties | 23b | | |
| c Total of all amounts reported on line 12 for all properties | 23c | | |
| d Total of all amounts reported on line 18 for all properties | 23d | 5,196 | |
| e Total of all amounts reported on line 20 for all properties | 23e | 13,633 | |
| 24 Income. Add positive amounts shown on line 21. Do not include any losses | | 24 | 0 |
| 25 Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | 25 | ( 0 ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | 26 | 0 |

For Paperwork Reduction Act Notice, see the separate instructions.
Schedule E (Form 1040) 2015
EEA

*Client Copy* (watermark)

# CHASE

June 30, 2018 through July 31, 2018

Account Number: ████0290

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1045 ^ | | 07/02 | $2,100.00 |
| 1048 * ^ | | 07/02 | 35,000.00 |
| 1049 ^ | | 07/19 | 3,645.00 |
| **Total Checks Paid** | | | **$40,745.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Card Purchase       06/30 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | $0.99 |
| 07/02 | Recurring Card Purchase 07/01 Sprint *Wireless 800-639-6111 KS Card 4378 | 136.60 |
| 07/05 | Card Purchase With Pin 07/03 Racetrac 93 Allen TX Card 4378 | 45.11 |
| 07/06 | Card Purchase       07/06 Cheaptix*73640459876 Www.Ctix.Info WA Card 4378 | 88.00 |
| 07/06 | Card Purchase       07/06 Cheaptix*73640459876 Www.Ctix.Info WA Card 4378 | 29.96 |
| 07/09 | Card Purchase       07/05 United 016712057 800-932-2732 TX Card 4378 | 602.40 |
| 07/09 | Card Purchase       07/05 United 016712057 800-932-2732 TX Card 4378 | 602.40 |
| 07/09 | Card Purchase       07/06 Brinkster Brinkster B 480-388-3777 AZ Card 4378 | 30.06 |
| 07/09 | Card Purchase       07/06 American Air00121983119 Fort Worth TX Card 4378 | 500.40 |
| 07/09 | Card Purchase       07/06 American Air00106277318 Fort Worth TX Card 4378 | 35.00 |
| 07/09 | Card Purchase       07/06 Dallas FT. Worth Airpo Dfw Airport TX Card 4378 | 9.20 |
| 07/09 | Card Purchase With Pin 07/09 Racetrac 93 Allen TX Card 4378 | 15.59 |
| 07/17 | Card Purchase       07/17 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | 5.40 |
| 07/18 | Card Purchase       07/17 Alamo Rent Acar Tolls 877-8601284 NY Card 4378 | 6.20 |
| 07/20 | Card Purchase With Pin 07/20 Wm Superc Wal-Mart Sup Lucas TX Card 4378 | 79.33 |
| 07/20 | Card Purchase With Pin 07/20 Wm Superc Wal-Mart Sup Lucas TX Card 4378 | 1.45 |
| 07/23 | Card Purchase       07/20 Sq *Kabobi Fresh Medite Richardson TX Card 4378 | 42.45 |
| 07/23 | Card Purchase With Pin 07/21 Racetrac 93 Allen TX Card 4378 | 17.86 ✓ |
| 07/23 | Card Purchase With Pin 07/21 Quiktrip Plano TX Card 4378 | 61.94 ✓ |
| 07/24 | Card Purchase With Pin 07/24 Racetrac 93 Allen TX Card 4378 | 27.87 |
| 07/25 | Recurring Card Purchase 07/25 Adobe *Acropro Subs 800-833-6687 CA Card 4378 | 16.23 |
| 07/26 | Card Purchase With Pin 07/26 Racetrac 93 Allen TX Card 4378 | 13.14 |
| 07/26 | Card Purchase With Pin 07/26 Racetrac 93 Allen TX Card 4378 | 15.46 |
| 07/26 | Card Purchase With Pin 07/26 Racetrac 93 Allen TX Card 4378 | 14.46 |
| 07/27 | Card Purchase       07/27 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | 2.15 |
| 07/31 | Card Purchase       07/30 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4378 | 0.99 |
| 07/31 | Recurring Card Purchase 07/31 Sprint *Wireless 800-639-6111 KS Card 4378 | 130.40 |
| **Total ATM & Debit Card Withdrawals** | | **$2,531.04** |

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,531.04 |
| Total Card Deposits & Credits | $88.00 |



June 01, 2018 through June 29, 2018

Account Number:  0290

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | 06/21 Payment To Chase Card Ending IN 3191 | 1,500.00 |
| 06/26 | Quickpay With Zelle Payment To Guy G Cannon 7262947096 | 300.00 |
| 06/29 | 06/29 Domestic Wire Transfer A/C: Sahil Promotions, Inc. Chicago IL 60659-1803 Ref: For Da-Bangg Concert Trn: 7224700180Es | 100,000.00 |
| **Total Electronic Withdrawals** | | **$109,544.71** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/22 | Deposited Item Returned    Altered/Fictiti099002857 Items00001Ck#:0000009742          Dep Amt0000542900 Date062018Ck Amt0000542900 Fee001200 | # of Dep Svc | | $5,429.00 |
| **Total Other Withdrawals** | | | | **$5,429.00** |

## FEES

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/22 | Deposit Item Returned Fee: 01 Altered/Fictiti099002857 Items00001Ck#:0000009742          Dep Amt0000542900 Date062018Ck Amt0000001200 Fee001200 | # of Dep Svc | | $12.00 |
| 06/29 | Domestic Wire Fee | | | 35.00 |
| **Total Fees** | | | | **$47.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $100,480.19 | 06/12 | 103,061.82 | 06/21 | 122,603.39 |
| 06/04 | 98,684.89 | 06/13 | 103,026.77 | 06/22 | 119,812.39 |
| 06/05 | 98,615.41 | 06/14 | 102,943.96 | 06/25 | 134,085.93 |
| 06/06 | 103,115.41 | 06/15 | 108,389.07 | 06/26 | 133,785.93 |
| 06/07 | 103,050.07 | 06/18 | 105,338.39 | 06/27 | 135,104.78 |
| 06/08 | 103,040.08 | 06/19 | 106,574.39 | 06/28 | 137,264.78 |
| 06/11 | 103,113.82 | 06/20 | 122,303.39 | 06/29 | 37,629.78 |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:
- Maintain an average daily balance of $7,500.00. Your average daily balance was $108,464.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $110,726.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $47.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.





June 01, 2018 through June 29, 2018
Account Number: 0290

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | Card Purchase          06/02 Expedia 7356420265741 Expedia.Com WA Card 4378 | $377.98 |
| 06/04 | Card Purchase With Pin 06/03 Pilot #1028 Buffalo TX Card 4378 | 57.03 |
| 06/05 | Card Purchase          06/01 Hilton Media Grill Bar Dallas TX Card 4378 | 69.48 |
| 06/07 | Card Purchase          06/05 Autozone #3106 Carrollton TX Card 4378 | 179.97 |
| 06/07 | Card Purchase          06/06 IN *Stelz Telecom Inc 405-6322262 OK Card 4378 | 355.31 |
| 06/07 | Card Purchase          06/06 Brinkster Brinkster B 480-388-3777 AZ Card 4378 | 30.06 |
| 06/08 | Card Purchase With Pin 06/08 7-Eleven 33621 Wylie TX Card 4378 | 9.99 |
| 06/11 | Card Purchase          06/08 Spirit Airl 48701785926 Miramar FL Card 4378 | 52.00 |
| 06/11 | Card Purchase          06/10 Alamo Rent-A-Car Orlando FL Card 4378 | 95.50 |
| 06/11 | Card Purchase          06/10 Doubletree Orlando Down Orlando FL Card 4378 | 148.43 |
| 06/11 | Card Purchase With Pin 06/10 Wawa Store 5153 Orlando FL Card 4378 | 4.56 |
| 06/11 | Card Purchase          06/10 Dunkin #350220 Orlando FL Card 4378 | 8.75 |
| 06/11 | Card Purchase          06/10 Magic of Disney Orlando FL Card 4378 | 17.02 |
| 06/12 | Card Purchase          06/10 Spirit Airl 48701787258 Miramar FL Card 4378 | 52.00 |
| 06/13 | Card Purchase          06/12 Chevron 0210336 Carrollton TX Card 4378 | 7.18 |
| 06/13 | Card Purchase With Pin 06/13 Quiktrip Richardson TX Card 4378 | 27.87 |
| 06/14 | Card Purchase          06/13 Starbucks Store 22380 Dallas TX Card 4378 | 28.74 |
| 06/14 | Card Purchase          06/13 Starbucks Store 20225 Conroe TX Card 4378 | 6.75 |
| 06/14 | Card Purchase With Pin 06/13 Buc-Ee's #26 205 Ih-4 Madisonville TX Card 4378 | 47.32 |
| 06/15 | Card Purchase          06/13 7-Eleven 33116 Dallas TX Card 4378 | 58.93 |
| 06/15 | Card Purchase          06/14 Sq *Kabobi Fresh Medite Richardson TX Card 4378 | 35.96 |
| 06/18 | Card Purchase          06/15 Waterfalls Lube An Allen TX Card 4378 | 10.00 |
| 06/18 | Card Purchase With Pin 06/16 Racetrac 93 Allen TX Card 4378 | 37.86 |
| 06/18 | Card Purchase          06/17 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 5.40 |
| 06/25 | Card Purchase          06/21 Spirit Airl 4870179648 800-7727117 FL Card 4378 | 1,100.76 |
| 06/25 | Card Purchase          06/22 Westin Atlanta Perimete Atlanta GA Card 4378 | 32.71 |
| 06/25 | Card Purchase With Pin 06/24 Amk Field Museum Airpo Chicago IL Card 4378 | 21.99 |
| 06/27 | Card Purchase          06/27 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 2.15 |

**Total ATM & Debit Card Withdrawals**                                                                                                                              **$2,881.70**

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,881.70 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,881.70 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Farmers Ins   EFT Pymt         PPD ID: 1952575893 | $2,737.00 |
| 06/04 | Quickpay With Zelle Payment To Aaam 7197335277 | 905.00 |
| 06/04 | Paymentech   Fee    6241464    CCD ID: 1020401225 | 455.29 |
| 06/18 | 06/18 Payment To Chase Card Ending IN 3191 | 1,000.00 |
| 06/18 | Simmons Bank - L Tel Pmts  N5H7      Tel ID: 1710162300 | 2,647.42 |

# CHASE 

May 01, 2018 through May 31, 2018
Account Number: 0290

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | Transfer From Chk Xxxxxx8277 | $1,000.00 |
| 05/14 | Paymentech     Deposit     6241464     CCD ID: 1020401225 | 1,495.00 |
| 05/15 | Remote Online Deposit     1 | 10,000.00 |
| 05/16 | Deposit     972720965 | 5,000.00 |
| 05/16 | Paymentech     Deposit     6241464     CCD ID: 1020401225 | 897.00 |
| 05/17 | Paymentech     Deposit     6241464     CCD ID: 1020401225 | 600.00 |
| 05/18 | Paymentech     Deposit     6241464     CCD ID: 1020401225 | 1,210.00 |
| 05/21 | Paymentech     Deposit     6241464     CCD ID: 1020401225 | 1,200.00 |
| 05/23 | Deposit     968561194 | 5,000.00 |
| 05/25 | Quickpay With Zelle Payment From Staffing International Inc 7174085222 | 1,197.00 |
| 05/25 | Paymentech     Deposit     6241464     CCD ID: 1020401225 | 560.00 |
| 05/25 | Quickpay With Zelle Payment From Guy G Cannon 7177356682 | 276.00 |
| 05/29 | Paymentech     Deposit     6241464     CCD ID: 1020401225 | 7,000.00 |
| **Total Deposits and Additions** | | **$35,435.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Card Purchase     04/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | $0.99 |
| 05/07 | Card Purchase     05/06 Brinkster Brinkster 480-388-3777 AZ Card 4378   Internet | 30.06 |
| 05/07 | Non-Chase ATM Withdraw  05/06 18599 Marsh Lane Dallas TX Card 4378 | 302.50 |
| 05/08 | Card Purchase With Pin  05/08 T-Mobile #9094 Carrollton TX Card 4378 | 551.93 |
| 05/08 | Card Purchase With Pin  05/08 T-Mobile #9094 Carrollton TX Card 4378 | 129.46 |
| 05/08 | Card Purchase With Pin  05/08 T-Mobile #9094 Carrollton TX Card 4378 | 216.49 |
| 05/10 | Card Purchase With Pin  05/10 Racetrac 93 Allen TX Card 4378 | 23.12 |
| 05/11 | Card Purchase     05/09 Racetrac 93   00000935 Allen TX Card 4378 | 12.58 |
| 05/11 | Card Purchase With Pin  05/11 Wm Superc Wal-Mart Sup Lucas TX Card 4378 | 70.83 |
| 05/14 | Card Purchase     05/13 Racetrac 93   00000935 Allen TX Card 4378 | 27.86 |
| 05/14 | Card Purchase With Pin  05/13 Wal-Mart #5672 Lucas TX Card 4378 | 15.56 |
| 05/15 | Card Purchase     05/14 Starbucks Store 24470 Lucas TX Card 4378 | 3.95 |
| 05/17 | Card Purchase     05/17 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 5.40 |
| 05/21 | Card Purchase With Pin  05/20 Quiktrip Corp Wylie TX Card 4378 | 39.99 |
| 05/23 | Card Purchase     05/22 Hctra Ez Tag Online 281-8753279 TX Card 4378 | 10.25 |
| 05/29 | Card Purchase     05/27 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 2.15 |
| 05/29 | Card Purchase     05/27 Sprint Store #170 Plano TX Card 4378 | 199.86 |
| 05/30 | Card Purchase     05/30 Cheaptix*73556619701 Www.Ctix.Info WA Card 4378 | 44.94 |
| 05/31 | Card Purchase     05/30 Spirit Airl 48701777779 Miramar FL Card 4378 | 787.14 |
| 05/31 | Card Purchase     05/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 0.99 |
| 05/31 | ATM Withdrawal     05/31 3047 Old Denton Rd Carrollton TX Card 4378 | 800.00 |
| **Total ATM & Debit Card Withdrawals** | | **$3,276.05** |

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,102.50 |
| Total Card Purchases | $2,173.55 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,102.50 |

Page 2 of 4

# CHASE 

March 31, 2018 through April 30, 2018
Account Number: 0290

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/02 | Card Purchase | 03/30 Apr* Itunes.Com/Bill 866-712-7753 CA Card 4378 | $0.99 |
| 04/09 | Card Purchase Pk Rupee 234914.59 X 0.008653528 (Exchg Rte) | 04/06 Movenpick Hotel Kara Karachi Card 4378 | 2,032.84 |
| 04/09 | Foreign Exch Rt ADJ Fee 04/06 Movenpick Hotel Kara Karachi Card 4378 | | 60.98 |
| 04/09 | Card Purchase Pk Rupee 55000.00 X 0.008653455 (Exchg Rte) | 04/06 Islamabd Marriott Hote Islamabad Card 4378 | 475.94 |
| 04/09 | Foreign Exch Rt ADJ Fee 04/06 Islamabd Marriott Hote Islamabad Card 4378 | | 14.27 |
| 04/09 | Card Purchase | 04/07 Brinkster 480-368-3777 AZ Card 4378 | 30.06 |
| 04/09 | Card Purchase Pk Rupee 800000.00 X 0.008653513 (Exchg Rte) | 04/08 Talha Jewellers Rawalpindi Card 4378 | 6,922.81 |
| 04/09 | Foreign Exch Rt ADJ Fee 04/08 Talha Jewellers Rawalpindi Card 4378 | | 207.68 |
| 04/13 | Card Purchase | 04/12 Fsi*Frontier 800-921-8101 CT Card 4378 | 210.52 |
| 04/16 | Card Purchase | 04/14 Mcdonald's F20727 Dfw Airport TX Card 4378 | 10.77 |
| 04/16 | Card Purchase With Pin | 04/14 Foxnewsst2513 Dallas TX Card 4378 | 3.99 |
| 04/16 | Card Purchase | 04/15 Au Bon Pain A-34 Dallas TX Card 4378 | 11.13 |
| 04/16 | Card Purchase | 04/15 Dfw Airport Parking Dfw Airport TX Card 4378 | 33.00 |
| 04/16 | Card Purchase With Pin | 04/16 Wal-Mart #5672 Lucas TX Card 4378 | 51.53 |
| 04/17 | Card Purchase | 04/16 Emirates Ghilw/16 Www.Emirates. NY Card 4378 | 900.00 |
| 04/17 | Card Purchase | 04/17 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 5.40 |
| 04/19 | Card Purchase | 04/18 Kabob Cowboy Richardson TX Card 4378 | 16.76 |
| 04/19 | Card Purchase | 04/18 Texaco 0303909 Richardson TX Card 4378 | 49.99 |
| 04/23 | Card Purchase | 04/22 Kfc J625020 Plano TX Card 4378 | 15.56 |
| 04/27 | Card Purchase | 04/27 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 2.15 |
| 04/30 | Card Purchase With Pin | 04/28 Murphy Express Allen TX Card 4378 | 4.89 |
| 04/30 | ATM Withdrawal | 04/28 1204 Angel Pkwy Allen TX Card 4378 | 800.00 |
| 04/30 | Card Purchase With Pin | 04/29 Racetrac 198 Dallas TX Card 4378 | 37.86 |
| **Total ATM & Debit Card Withdrawals** | | | **$11,899.12** |

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $800.00 |
| Total Card Purchases | $11,099.12 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $800.00 |
| Total Card Purchases | $11,099.12 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | Paymentech    Fee    6241464    CCD ID: 1020401225 | $77.40 |
| 04/03 | JPMorgan Chase   Auth Debit 7024830799    Web ID: 9200502233 | 0.50 |
| 04/18 | Quickpay With Zelle Payment To Millan 7074198864 | 400.00 |
| 04/18 | 04/18 Payment To Chase Card Ending IN 3191 | 1,000.00 |
| 04/18 | Simmons Bank - L Tel Pmts  Lq97    Tel ID: 1710162300 | 2,406.74 |

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 31, 2018 through April 30, 2018
Account Number: ████████0290

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00030230 DRE 201 142 12118 YNNNNNNNNNN T 1 000000000 60 0000

HIBA ENTERTAINMENT INC
3020 BIG TOWN BLVD
MESQUITE TX 75150-2412



## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $37,512.17 |
| Deposits and Additions | 6 | 58,095.50 |
| Checks Paid | 1 | -2,000.00 |
| ATM & Debit Card Withdrawals | 23 | -11,899.12 |
| Electronic Withdrawals | 8 | -4,645.88 |
| Ending Balance | 38 | $77,062.67 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 04/03 | JPMorgan Chase   Auth Crdt | PPD ID: 9200502233 | | $0.44 |
| 04/03 | JPMorgan Chase   Auth Crdt | PPD ID: 9200502233 | | 0.06 |
| 04/05 | Deposit   969777787 | | | 1,000.00 |
| 04/06 | Deposit   905330787 | | | 6,495.00 |
| 04/19 | Paymentech   Deposit   6241464 | CCD ID: 1020401225 | | 600.00 |
| 04/25 | Deposit | | | 50,000.00 |
| **Total Deposits and Additions** | | | | **$58,095.50** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1119 ^ | | 04/30 | $2,000.00 |
| **Total Checks Paid** | | | **$2,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4



February 01, 2018 through February 28, 2018
Account Number: 0290

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Card Purchase           01/31 Ace Parking 3713 Dallas TX Card 4378 | $5.00 |
| 02/01 | Card Purchase With Pin  02/01 Racetrac526 Plano TX Card 4378 | 17.86 |
| 02/05 | Card Purchase           02/02 Tuscany Pizza Grand Prarie TX Card 4378 | 37.01 |
| 02/05 | Card Purchase With Pin  02/02 Kroger #0 2608 W Fm 54 Wylie TX Card 4378 | 59.92 |
| 02/05 | Card Purchase           02/03 Target       00025502 Wylie TX Card 4378 | 105.78 |
| 02/06 | Card Purchase With Pin  02/05 Wal-Mart  Wal-Mart Sup Wylie TX Card 4378 | 6.68 |
| 02/07 | Card Purchase With Pin  02/06 Kroger 11565A State Hw Sugar Land TX Card 4378 | 55.07 |
| 02/08 | Card Purchase           02/07 91272 Dallas On Street Dallas TX Card 4378 | 1.00 |
| 02/12 | Card Purchase           02/10 Starbucks Store 06421 Conroe TX Card 4378 | 8.01 |
| 02/12 | Card Purchase           02/10 Starbucks Store 06421 Conroe TX Card 4378 | 2.98 |
| 02/12 | Card Purchase With Pin  02/11 Kroger 2222 I-45 Conroe TX Card 4378 | 40.44 |
| 02/12 | Card Purchase With Pin  02/11 Wal-Mart #5672 Lucas TX Card 4378 | 23.40 |
| 02/12 | Card Purchase With Pin  02/12 Racetrac 93 Allen TX Card 4378 | 11.92 |
| 02/15 | Card Purchase           02/13 Mcdonald's M7273 of TX Murphy TX Card 4378 | 2.58 |
| 02/15 | Card Purchase           02/14 Tmobile*Postpaid Tel 800-937-8997 WA Card 4378 | 103.44 |
| 02/20 | Card Purchase           02/16 Tuscany Pizza Grand Prarie TX Card 4378 | 75.62 |
| 02/20 | Card Purchase With Pin  02/17 Racetrac 99 Plano TX Card 4378 | 7.77 |
| 02/20 | Card Purchase           02/20 Tmobile*Postpaid Fd 800-937-8997 WA Card 4378 | 413.75 |
| 02/21 | Card Purchase           02/21 Subway     00102194 Addison TX Card 4378 | 7.57 |
| 02/21 | Card Purchase With Pin  02/21 Quiktrip Corp Wylie TX Card 4378 | 56.28 |
| 02/26 | Card Purchase           02/23 Starbucks Store 11296 Dallas TX Card 4378 | 4.22 |
| 02/26 | Card Purchase With Pin  02/24 Racetrac 93 Allen TX Card 4378 | 9.99 |
| 02/26 | Card Purchase With Pin  02/25 Shell Service S Allen TX Card 4378 | 17.30 |
| **Total ATM & Debit Card Withdrawals** | | **$1,073.59** |

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,073.59 |
| Total Card Deposits & Credits | $500.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,073.59 |
| Total Card Deposits & Credits | $500.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21 | Quickpay With Zelle Payment To Bito Bhai 6921044682 | $1.00 |
| 02/21 | Quickpay With Zelle Payment To Bito Bhai 6921217766 | 500.00 |
| 02/23 | Paymentech    Fin ADJ    6241464    CCD ID: 1020401225 | 100.00 |
| 02/26 | 02/26 Domestic Wire Transfer Via: Tib Dallas/111010170 A/C: Grand Ridge National Bank Ref: Further Credit Vibrant Media Group LLC 1069 W Golf Rd Hoffman Estates, IL 60169Acct 0020008413 Imad: 0226B1Qgc08C002132 Tm: 5797800054Es | 16,250.00 |
| **Total Electronic Withdrawals** | | **$16,851.00** |

# CHASE

December 30, 2017 through January 31, 2018
Account Number: )290



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/29 | Card Purchase With Pin 01/27 7-Eleven Murphy TX Card 4378 | 4.99 |
| 01/29 | Card Purchase With Pin 01/27 7-Eleven 33654 Murphy TX Card 4378 | 39.99 |
| 01/31 | Card Purchase 01/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 0.99 |
| **Total ATM & Debit Card Withdrawals** | | **$1,382.98** |

## ATM & DEBIT CARD SUMMARY

Muhammad Siddiqi  Card 4378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $603.00 |
| Total Card Purchases | $779.98 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $603.00 |
| Total Card Purchases | $779.98 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Quickpay With Zelle Payment To Millan 6787217588 | $1,000.00 |
| 01/02 | 01/01 Payment To Chase Card Ending IN 3191 | 500.00 |
| 01/09 | Quickpay With Zelle Payment To Millan 6809627283 | 600.00 |
| 01/12 | 01/12 Payment To Chase Card Ending IN 3191 | 500.00 |
| 01/16 | Quickpay With Zelle Payment To Guy Cannon 6826156673 | 500.00 |
| 01/16 | Quickpay With Zelle Payment To Laura Moonan 6828861242 | 1.00 |
| 01/22 | Farmers Ins    EFT Pymt         PPD ID: 1952575893 | 765.49 |
| 01/23 | U.S. Bank N.A.  Payment   000000515313653 Tel ID: 5551540853 | 560.24 |
| 01/25 | Stream Energy  Utility    2125379      Web ID: 0000007041 | 27.24 |
| 01/25 | Kubra Stream Web Utility   2141053      Web ID: 0000007041 | 2.95 |
| 01/29 | Quickpay With Zelle Payment To Millan 6857015588 | 300.00 |
| **Total Electronic Withdrawals** | | **$4,756.92** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/22 | 01/22 Withdrawal | $900.00 |
| **Total Other Withdrawals** | | **$900.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/22 | Non-Chase ATM Fee-With | $2.50 |
| **Total Fees** | | **$2.50** |

Page 3 of 4

# CHASE 🛡️

December 30, 2017 through January 31, 2018
Account Number: ▓▓▓▓▓▓▓0290

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08 | Deposit   938595795 | $6,600.00 |
| **Total Deposits and Additions** | | **$6,600.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1118 ^ | | 01/08 | $30,000.00 |
| 1120 * ^ | | 01/17 | 1,050.00 |
| **Total Checks Paid** | | | **$31,050.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Card Purchase        12/28 Amc Stonebriar 24 #0260 Frisco TX Card 4378 | $34.08 |
| 01/02 | Card Purchase        12/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4378 | 0.99 |
| 01/02 | Card Purchase With Pin  12/31 Racetrac 99 Plano TX Card 4378 | 21.97 |
| 01/04 | Card Purchase With Pin  01/04 Shell Service Statio Farmers Branc TX Card 4378 | 27.86 |
| 01/09 | Recurring Card Purchase 01/09 Facebk 5P6Egdss42 650-5434800 CA Card 4378 | 2.82 |
| 01/09 | Recurring Card Purchase 01/09 Facebk 4P6Egdss42 650-5434800 CA Card 4378 | 1.09 |
| 01/10 | Card Purchase        01/09 Dallas CO Motorvehicle Dallas TX Card 4378 | 74.75 |
| 01/10 | Card Purchase        01/09 JP Morgan Ch*Aset Fee Dallas TX Card 4378 | 3.50 |
| 01/11 | Card Purchase        01/09 Collin CO TX Clerk P LA Carrollton TX Card 4378 | 1.86 |
| 01/11 | Card Purchase        01/09 Collin CO TX Clerk P LA Mckinney TX Card 4378 | 81.00 |
| 01/11 | Card Purchase With Pin  01/11 Wal-Mart Super Center Lucas TX Card 4378 | 46.86 |
| 01/16 | Card Purchase        01/13 Racetrac616   00006163 Plano TX Card 4378 | 20.00 |
| 01/16 | Card Purchase With Pin  01/13 Kroger So 2608 W Fm 54 Wylie TX Card 4378 | 41.98 |
| 01/16 | Card Purchase With Pin  01/13 Kroger So 2608 W Fm 54 Wylie TX Card 4378 | 4.32 |
| 01/17 | ATM Withdrawal       01/17 161 W Spring Creek Pkwy Plano TX Card 4378 | 500.00 |
| 01/17 | Card Purchase With Pin  01/17 Murphy Express 8722 Allen TX Card 4378 | 8.08 |
| 01/18 | Card Purchase        01/17 Starbucks Store 24470 Lucas TX Card 4378 | 3.95 |
| 01/18 | Card Purchase        01/17 Wendy's #11493 Lucas TX Card 4378 | 3.55 |
| 01/18 | Card Purchase With Pin  01/18 Quiktrip Dallas TX Card 4378 | 14.42 |
| 01/19 | Card Purchase        01/18 Br Factory US 4126 Fort Worth TX Card 4378 | 33.12 |
| 01/22 | Card Purchase        01/18 National Wireless Dallas TX Card 4378 | 35.00 |
| 01/22 | Card Purchase        01/20 Chuck E Cheese  597 Allen TX Card 4378 | 12.00 |
| 01/22 | Card Purchase        01/21 Yummy Burgers & Bbq Allen TX Card 4378 | 25.17 |
| 01/22 | Card Purchase With Pin  01/21 Kroger So 536 Centenni Richardson TX Card 4378 | 59.57 |
| 01/22 | Non-Chase ATM Withdraw  01/22 10084 CR 448 Princeton TX Card 4378 | 103.00 |
| 01/25 | Card Purchase        01/23 Too Thai Street Eats Carrollton TX Card 4378 | 90.05 |
| 01/29 | Card Purchase        01/27 Bjs Restaurants 439 Plano TX Card 4378 | 80.33 |
| 01/29 | Card Purchase With Pin  01/27 7-Eleven Murphy TX Card 4378 | 5.69 |

Page 2 of 4