# Exhibit "O"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>MUHAMMAD NASIR SIDDIQI<br><br>　　　　　　　　　　DEBTOR | CASE NO. 19-42834<br>CHAPTER 7 |
| MARK A. WEISBART,<br>CHAPTER 7 TRUSTEE<br><br>　　　　　　　　　　PLAINTIFF<br>V.<br><br>JAMELA SIDDIQI<br><br>　　　　　　　　　　DEFENDANT | ADVERSARY NO. 20-04037 |

**ORDER TO COMPEL COMPLIANCE WITH SUBPOENA**

ON February 2, 2021, came on to be heard the Motion to Compel Compliance with Subpoena and Recovery of Fees and Costs and, based on the evidence presented, the arguments of counsel and the record before the court, it is hereby

ORDERED that the Debtor shall produce all documents as defined in and responsive to the Subpoena (the "Documents") within Debtor's possession, custody or control within fourteen (14) days of the entry of this order[1]; it is further

ORDERED that to the extent Debtor fails to produce the Documents, Debtor shall sign a sworn affidavit specifically detailing why the Documents were not produced, and to the extent applicable, why they are not available for production; it is further

ORDERED that Documents produced in compliance with the Subpoena shall be made available to Mr. Herman Lusky, Defendant's counsel; it is further

---

[1] This requires Debtor to affirmatively contact and recover the Documents from his creditors, banks and financial institutions, and credit card companies to the extent Debtor did not retain physical possession of such Documents.

ORDERED that to the extent Debtor fails to produce Documents, including credit card statements, invoices, bills, contracts or other documents identifying the claims of or against Debtor or Hiba Entertainment, Inc., Debtor shall identify the full name and address of such claimants associated with such claims, the account numbers and contact information of such claimants, including all claimants identified on Schedule D, E, and F on his Schedule of Assets and Liabilities filed on November 8, 2019 (the "Schedules"); it is further

ORDERED that as to any bank or financial account statements which Debtor fails to produce in compliance with the Subpoena, Debtor shall identify the full name on the account, the name of the bank or financial institution, the account numbers and the address of the financial institution related to such accounts; it is further

ORDERED that as to Documents which Debtor fails to produce involving the claims of individuals, including those individuals listed on Schedule D, E and F of his Schedules, Debtor shall provide the Trustee with the most recent contact information for such creditors including their addresses, phone numbers, email addresses and communications.

IT IS SO ORDERED.

Signed on 2/5/2021

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE