# Exhibit "P"

ERIC LIEPINS
ERIC LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
972-991-5591
972-991-5788 - telecopier
ATTORNEY FOR MOHAMMAD NASIR SIDDIQI

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| MOHAMMAD NASIR SIDDIQI | § § | CASE 19-42834-7 |
| DEBTOR | § | |
| MARK A. WEISBART, CHAPTER 7 TRUSTEE | § § § | |
| PLAINTIFF | § § | |
| -vs- | § § | ADVERSARY NO. 20-04037 |
| JAMELA SIDDIQI | § § § | |
| DEFENDANT | § | |

**AFFIDAVIT OF MOHAMMAD SIDDIQI IN SUPPORT OF RESPONSE TO MOTION TO COMPEL**

COUNTY OF DALLAS   §
                   §
STATE OF TEXAS     §

BEFORE ME the undersigned authority on this day personally appeared Mohammad Nasir Siddiqi who upon being duly sworn on his oath did depose and state as follows:

1. My name is Mohammed Nasir Siddiqi. I am over the age of 21 years and am fully competent to make this Affidavit. I have personal knowledge of the facts set forth herein and they are true and correct.

2. I am the Debtor in the above styled case.

3. On or about February 5, 2021 this Court entered an Order on requiring me to produce or to explain the inability to produce certain documents.

4. At the time of the filing of my bankruptcy petition I listed the following credit cards:

American Express Card, acct ending 4002, P.O. Box 650448, Dallas, Texas 75265, 800-528-4800.

Bank of America, acct ending 0695, P.O. Box 15019, Willmington, DE 19886, 800-732-9194.

Chase, acct ending 3191, P.O. Box 6294, Carol Stream, IL 60197, 800-432-3117.

Citi Advantage, acct ending 7372, P.O. Box 6500, Sioux Fallas, SD 57117 800-950-5114.

Discover, Acct. 3190 and 4813, P.O. Box 790213, St Louis Mo 63179. 800-347-2683.

Nebraska Furniture Mart, acct ending 8463, P.O. Box 3456, Omaha, NE 68103, 800-359-1200.

Simmons Bank, acct ending 4230, P.O. Box 6609, Pine Bluff, AR 71611, 866-246-2400.

5. I have tried to contact each of these accounts and I have not been able to obtain any additional statements or information. I have been told that I will get statements but as of today I have not received anything more than what I

previously gave to the Trustee. If I receive any additional documents, I will provide them to the Trustee.

6. That the time of my bankruptcy I had the following bank accounts:

Chase Bank, acct ending 1773, P. O. Box 6185, Westerville, OH 43086, 800-935-9935.

Texans Credit Union, accts ending 8621 and 2750, P.O. Box 853912, Richardson, TX 75085.

I could sign on Hiba Entertainment account at Chase, acct ending 0290, P. O. Box 6185, Westerville, OH 43086, 800-935-9935.

7. I have contacted these banks and requested bank statements. I have not received any additional bank statements other than the ones I have previously provided to Trustee. In the event I receive any additional statements I will provide them to the Trustee.

8. I do not have any documents of Hiba Entertainment other than what was provided previously to the Trustee.

9. At the time of my bankruptcy, to the best of my knowledge, all documents of Hiba Entertainment were located at the offices of Hiba Entertainment located at 13349 Central Expressway, Dallas Texas 75234.

10. I left Hiba in November 2018.

11. Upon the request from the Trustee, I went to Hiba's location to try and retrieve the requested documents. All documents were gone.

12. I was informed by Muhammad Siddiqi (my brother) who owned the building, that all Hiba documents had been thrown out when her rented out the building.

FURTHER AFFIANT SAYETH NOT

_____
Mohammad Nasir Siddiqi

SUBSCRIBED AND SWORN TO BEFORE ME on this the 24Th day of February 2021 by the said Mohammad Nasir Siddiqi to certify which witness my hand and official seal.

Notary Public, in and for the
State of Texas

My commission expires: 04-28-24