# Exhibit "S"

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

AZ & Hiba Entertainment, Inc.
Filing Number: 803117130

| | |
|---|---|
| Certificate of Formation | September 13, 2018 |
| Certificate of Assumed Business Name | October 24, 2018 |
| Public Information Report (PIR) | December 31, 2019 |
| Public Information Report (PIR) | December 31, 2019 |
| Public Information Report (PIR) | December 31, 2019 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 10, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555                Fax: (512) 463-5709                Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB                 TID: 10266                          Document: 1101497900007

From: Tareq Salah    Fax: (214) 221-3773    To:    Fax: (512) 463-5709    Page 3 of 4  10/24/2018 11:57 AM

**Form 503**
(Revised 09/13)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $25**



**Assumed Name Certificate**

This space reserved for office use.

F I L E D
In the Office of the
Secretary of State of Texas
OCT 24 2018
Corporations Section

## Assumed Name

1. The assumed name under which the business or professional service is, or is to be, conducted or rendered is: HIBA ENTERTAINMENT USA

## Entity Information

2. The legal name of the entity filing the assumed name is:

AZ & HIBA ENTERTAINMENT, INC.

*State the name of the entity as currently shown in the records of the secretary of state or on its organizational documents, if not filed with the secretary of state.*

3. The entity filing the assumed name is a: (Select the appropriate entity type below.)

- [✓] For-profit Corporation
- [ ] Nonprofit Corporation
- [ ] Professional Corporation
- [ ] Professional Association
- [ ] Other
- [ ] Limited Liability Company
- [ ] Limited Partnership
- [ ] Limited Liability Partnership
- [ ] Cooperative Association

*Specify type of entity. For example, foreign real estate investment trust, state bank, insurance company, etc.*

4. The file number, if any, issued to the entity by the secretary of state is: 0803117130

5. The state, country, or other jurisdiction of formation of the entity is: DALLAS

6. The entity's principal office address is:

13349 N CENTRAL EXPY
*Street or Mailing Address*

| DALLAS | TX | USA | 75243 |
|---|---|---|---|
| City | State | Country | Postal or Zip Code |

## Period of Duration

- [✓] 7a. The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.

OR

- [ ] 7b. The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).

OR

- [ ] 7c. The assumed name will be used until _____ (not to exceed 10 years).
            *mm/dd/yyyy*

Form 503         4

From: Tareq Salah    Fax: (214) 221-3773    To:    Fax: (512) 463-5709    Page 4 of 4   10/24/2018 11:57 AM

## County or Counties in which Assumed Name Used

8. The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

[✓] All counties

[ ] All counties with the exception of the following counties: _____

[ ] Only the following counties: _____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and also certifies that the person is authorized to sign on behalf of the identified entity. If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date: 10/24/2018

_Laura Moonan_
_Laura Moonan_
Signature of a person authorized by law to sign on behalf of the identified entity (see instructions)

Form 503    5

| Form 201 |  | Filed in the Office of the |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709 | | Secretary of State of Texas<br>Filing #: 803117130 09/13/2018<br>Document #: 836817220003<br>Image Generated Electronically |
| Filing Fee: $300 | **Certificate of Formation**<br>**For-Profit Corporation** | for Web Filing |

### Article 1 - Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

**AZ & Hiba Entertainment, Inc.**

The name must contain the word "corporation," "company," "incorporated," "limited," or an abbreviation of one of these terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Laura   Moonan**

C. The business address of the registered agent and the registered office address is:

Street Address:
**13349 N. Central Expwy   Dallas TX  75234**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Directors

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are set forth below:

Director 1: **Laura   Moonan**

Address: **13349 N. Central Expwy.   Dallas TX, USA  75243**

### Article 4 - Authorized Shares

The total number of shares the corporation is authorized to issue and the par value of each of such shares, or a statement that such shares are without par value, is set forth below.

| Number of Shares | Par Value (must choose and complete either A or B) | Class | Series |
|---|---|---|---|
| 1 | ☐ A. has a par value of $<br>☑ B. without par value. | | |

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, and the par value (or statement of no par value), of each class. If shares of a class are to be issued in series, you must provide the designation of each series. The preferences, limitations, and relative rights of each class or series must be stated in space provided for supplemental information.

### Article 5 - Purpose

The purpose for which the corporation is organized is for the transaction of any and all lawful business for which corporations may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

| |
|---|
| **Effectiveness of Filing** |
| ☐ A. This document becomes effective when the document is filed by the secretary of state. |
| **OR** |
| ☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: **September 14, 2018** |
| **Organizer** |
| The name and address of the organizer is set forth below.<br>**Laura Moonan        13349 N. Central Expwy. Dallas, TX 75243** |
| **Execution** |
| The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument. |
| <u>**Laura Moonan**</u><br>Signature of organizer |

FILING OFFICE COPY

# Texas Franchise Tax Public Information Report

Form 05-102 (Rev.9-15/33)

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

**Tcode** 13196 Franchise

**Taxpayer number:** 32068379711
**Report year:** 2019
**Taxpayer name:** AZ & Hiba Entertainment, Inc.
**Mailing address:** 13349 N. Central Expway
**City:** Dallas   **State:** TX   **ZIP code plus 4:** 75243
**Secretary of State (SOS) file number or Comptroller file number:** 080311730

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

○ Blacken circle if the mailing address has changed.

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:**
**Principal place of business:**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

### SECTION A — Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| Laura Moonan | President | ● YES | 12/31/19 |

**Mailing address:** PO Box 814392   **City:** Dallas   **State:** TX   **ZIP Code:** 75234

### SECTION B — Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

### SECTION C — Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
|  |  |  |  |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
**Agent:**
**Office:**   **City:**   **State:**   **ZIP Code:**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here:** /s/ Laura Moonan
**Title:** President   **Date:** 2/7/19   **Area code and phone number:** (972) 743-9550

**Texas Comptroller Official Use Only**

05-102|(Rev.9-15/33)|13196|32068379711|2019|Mon May 13 2019 17:43:47 GMT-0500 (Central Daylight Time)|9997|0|

VE/DE ○   PIR IND ○





✶ Revised ✶

05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

**Taxpayer number:** 32068379711
**Report year:** 2019

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name:** AZ & HIBA ENTERTAINMENT, INC.

○ Blacken circle if the mailing address has changed.

**Mailing address:** 13349 N. CENTRAL EXPWY.
**City:** DALLAS   **State:** TX   **ZIP code plus 4:** 75243

**Secretary of State (SOS) file number or Comptroller file number:** 0803117130

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 13349 N. CENTRAL EXPWY., DALLAS TX 75243
**Principal place of business:** 13349 N. CENTRAL EXPWY., DALLAS TX 75243

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

3206837971119

## SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| BUSHRA SOHAIL | DIRECTOR | ● YES | 12 31 20 |
| Mailing address: 13349 N. CENTRAL EXPY. | City: DALLAS | State: TX | ZIP Code: 75243 |
| | | ○ YES | |
| | | ○ YES | |

## SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
Agent:
Office:                   City:                   State:             ZIP Code:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here:** [signature]
**Title:** DIRECTOR
**Date:** 12/19/19
**Area code and phone number:** (214) 315-6444

### Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○

**✱ Revised ✱**

05-102 (Rev.9-15/33)

**Texas Franchise Tax Public Information Report**

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

- Tcode 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 3 2 0 6 8 3 7 9 7 1 1 | 2 0 1 9 |

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name:** AZ & HIBA ENTERTAINMENT, INC.

○ Blacken circle if the mailing address has changed.

**Mailing address:** 13349 N. CENTRAL EXPWY.

**City:** DALLAS  **State:** TX  **ZIP code plus 4:** 75243

**Secretary of State (SOS) file number or Comptroller file number:** 0803117130

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 13349 N. CENTRAL EXPWY., DALLAS TX 75243
**Principal place of business:** 13349 N. CENTRAL EXPWY., DALLAS TX 75243

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

3206837971119

| Name | Title | Director | Term expiration |
|---|---|---|---|
| BUSHRA SOHAIL | DIRECTOR | ● YES | 1 2 / 3 1 / 2 0 |

**Mailing address:** 13349 N. CENTRAL EXPY.  **City:** DALLAS  **State:** TX  **ZIP Code:** 75243

| Name | Title | Director | Term expiration |
|---|---|---|---|
|  |  | ○ YES |  |

| Name | Title | Director | Term expiration |
|---|---|---|---|
|  |  | YES |  |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
|  |  |  |  |

**Registered agent and registered office currently on file** (see instructions if you need to make changes).

Agent:
Office:  City:  State:  ZIP code:

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** [signature]  **Title:** DIRECTOR  **Date:** 12/19/19  **Area code and phone number:** (214) 315-6444

Texas Comptroller Official Use Only

VE/DE  PIR IND