# Exhibit "T"

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

DFW Investigation & Protection, Inc.
Filing Number: 802376707

| | |
|---|---|
| Certificate of Formation | January 26, 2016 |
| Public Information Report (PIR) | December 31, 2017 |
| Public Information Report (PIR) | December 31, 2017 |
| Public Information Report (PIR) | December 31, 2018 |
| Public Information Report (PIR) | December 31, 2021 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 10, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555                Fax: (512) 463-5709                Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB                TID: 10266                Document: 1101497900005

| Form 201 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br>**Certificate of Formation**<br>**For-Profit Corporation** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>**Filing #: 802376707 01/26/2016**<br>**Document #: 652028260002**<br>**Image Generated Electronically**<br>**for Web Filing** |

## Article 1 - Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

## DFW Investigation & Protection, Inc.

The name must contain the word "corporation," "company," "incorporated," "limited," or an abbreviation of one of these terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

### OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Muhammad    Siddiqi**

C. The business address of the registered agent and the registered office address is:

Street Address:
**3020 Big Town Blvd.    Mesquite  TX  75150**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

### OR

☑ B. The consent of the registered agent is maintained by the entity.

## Article 3 - Directors

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are set forth below:

Director 1: **Muhammad  Protective  Siddiqi**

Address: **PO Box 814392    Dallas TX, USA  75234**

## Article 4 - Authorized Shares

The total number of shares the corporation is authorized to issue and the par value of each of such shares, or a statement that such shares are without par value, is set forth below.

| Number of Shares | Par Value (must choose and complete either A or B) | Class | Series |
|---|---|---|---|
| **100** | ☐ A. has a par value of $<br>☑ B. without par value. | | |

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, and the par value (or statement of no par value), of each class. If shares of a class are to be issued in series, you must provide the designation of each series. The preferences, limitations, and relative rights of each class or series must be stated in space provided for supplemental information.

## Article 5 - Purpose

The purpose for which the corporation is organized is for the transaction of any and all lawful business for which corporations may be organized under the Texas Business Organizations Code.

## Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Effectiveness of Filing

☐ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: **January 27, 2016**

## Organizer

The name and address of the organizer is set forth below.

**Muhammad Siddiqi          PO Box 814392, Dallas, TX 75234**

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Muhammad Siddiqi**

Signature of organizer

FILING OFFICE COPY

**Filing Number: 802376707**

170972960006 17094


05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 5 9 4 0 9 7 3 3 | 2 0 1 7 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | |
|---|---|
| **DFW INVESTIGATION & PROTECTION, INC.** | ■ ○ Blacken circle if the mailing address has changed. |

| Mailing address | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| **3020 BIG TOWN BLVD.** | | | |
| City **MESQUITE** | State **TX** | ZIP code plus 4 **75150** | **0802376707** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| **3020 BIG TOWN BLVD. MESQUITE TX 75150** |
| Principal place of business |
| **3020 BIG TOWN BLVD. MESQUITE TX 75150** |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

3205940973317

| Name | Title | Director | Term expiration m m d d y y |
|---|---|---|---|
| **MUHAMMAD SIDDIQI** | **PRESIDENT** | ● YES | |
| Mailing address **3020 BIG TOWN BLVD.** | City **MESQUITE** | State **TX** | ZIP Code **75150** |
| Name | Title | Director ○ YES | Term expiration m m d d y y |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration m m d d y y |
| Mailing address | City | State | ZIP Code |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: | |
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ *M Siddiqi* | Title **PRESIDENT** | Date **4/4/17** | Area code and phone number **( 972 ) 743 - 9550** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

05-102|(Rev.9-15/33)|13196|32059409733|2017|Tue Apr 04 2017 12:
28:56 GMT-0500 (Central Daylight Time)|9997|0|

| VE/DE ○ | PIR IND | ○ |
|---|---|---|



**Filing Number: 802376707**

18059672008018045

  05-102
(Rev.9-15/33)

## Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year | |
|---|---|---|
| 3 2 0 5 9 4 0 9 7 3 3 | 2 0 1 7 | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

| Taxpayer name | |
|---|---|
| **DFW INVESTIGATION & PROTECTION, INC.** | ○ Blacken circle if the mailing address has changed. |

| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| PO BOX 814392 | | |
| City **DALLAS** | State **TX** | ZIP code plus 4 **75234** | **0802376707** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **3020 BIG TOWN BLVD. MESQUITE, TX 75150**
Principal place of business **3020 BIG TOWN BLVD. MESQUITE, TX 75150**

*You must report officer, director, member, general partner and manager information as of the date you complete this report*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

3205940973318

### SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name **MUHAMMAD SIDDIQI** | Title **PRESIDENT** | Director ● YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **3020 BIG TOWN BLVD.** | City **MESQUITE** | State **TX** | ZIP Code **75150** | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |

### SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

### SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: | |
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title **PRESIDENT** | Date **2/14/18** | Area code and phone number ( **972** ) **743** - **9550** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

05-102|(Rev.9-15/33)|13196|32059409733|2018|Wed Feb 14 2018 09:
12:04 GMT-0600 (Central Standard Time)|9997|0|

| | VE/DE ○ | PIR IND ○ |
|---|---|---|



**Filing Number: 802376707**



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196 Franchise

You have certain rights under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

■ Taxpayer number: 3 2 0 5 9 4 0 9 7 3 3
■ Report year: 2 0 1 8

| Taxpayer name | DFW INVESTIGATION & PROTECTION, INC. | ○ Blacken circle if the mailing address has changed. |
|---|---|---|
| Mailing address | 3020 BIG TOWN BLVD. | Secretary of State (SOS) file number or Comptroller file number |
| City MESQUITE | State TX | ZIP code plus 4 75150 | 0802376767 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

3205940973318

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| MUHAMMAD SIDDIQI | PRESIDENT | ● YES | | |
| Mailing address 3020 BIG TOWN BLVD. | City MESQUITE | State TX | ZIP Code 75150 | |
| Name | Title | ○ YES | Term expiration | |
| Mailing address | City | State | ZIP Code | |
| Name | Title | ○ YES | Term expiration | |
| Mailing address | City | State | ZIP Code | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file (see instructions if you need to make changes) | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: | |
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | [signature] | Title PRESIDENT | Date 3/26/18 | Area code and phone number ( 972 ) 241 - 3881 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

05-102|(Rev.9-15/33)|13196|32059409733|2018|Mon Mar 26 2018 09:
45:46 GMT-0500 (Central Daylight Time)|9997|0|

| VE/DE ○ | PIR IND ○ |
|---|---|



18093968099 

# Texas Franchise Tax Public Information Report

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

■ **Tcode** 13196 Franchise

■ **Taxpayer number** 3 2 0 5 9 4 0 9 7 3 3

■ **Report year** 2 0 2 1

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

**Taxpayer name**
DFW INVESTIGATION & PROTECTION, INC.

**Mailing address**
PO BOX 814392

**City** DALLAS **State** TX **ZIP Code** 75381 **Plus 4**

**Secretary of State (SOS) file number or Comptroller file number**
0802376707

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205940973321

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| MUHAMMAD SIDDIQI | PRESIDENT | ● YES | | | 1 | 2 | 3 | 1 | 2 | 1 |
| **Mailing address** 3020 BIG TOWN BLVD. | **City** MESQUITE | **State** TX | | | | | **ZIP Code** 75150 | | | |
| Name | Title | Director | | Term expiration | m | m | d | d | y | y |
| MUHAMMAD SIDDIQI | DIRECTOR | ● YES | | | 1 | 2 | 3 | 1 | 2 | 1 |
| **Mailing address** 3020 BIG TOWN BLVD. | **City** MESQUITE | **State** TX | | | | | **ZIP Code** 75150 | | | |
| Name | Title | ○ YES | | Term expiration | m | m | d | d | y | y |
| | | | | | | | | | | |
| **Mailing address** | **City** | **State** | | | | | **ZIP Code** | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*   ○ Blacken circle if you need forms to change the registered agent or registered office information.

**Agent:** MUHAMMAD SIDDIQI

**Office:** 3020 BIG TOWN BLVD. **City** MESQUITE **State** TX **ZIP Code** 75150

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here ▶** Laurel Allaire **Title** Electronic **Date** 06-04-2021 **Area code and phone number** ( 214 ) 647 - 1001

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○