# Exhibit "U"

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

DFW Investigation & Protection, Inc.
Filing Number: 802376707

Reinstatement                                                                December 15, 2020

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 10, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10266          Document: 1101480710003



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**
**(Form 801)**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 802376707 12/15/2020**
**Document #: 1013736970002**
**Image Generated Electronically**
**for Web Filing**

## APPLICATION FOR REINSTATEMENT AND
## REQUEST TO SET ASIDE REVOCATION OR FORFEITURE

1.  File Number: **802376707**

2.  The name of the entity is: **DFW Investigation & Protection, Inc.**

3   The taxpayer identification number is: **32059409733**

4.  The entity named above was forfeited or its authority to transact business in Texas was revoked on 02/28/2020 for the following reason:
    Failure to file a franchise tax return and/or pay state franchise tax.

5.  The entity has corrected the default and has paid all fees, taxes, and penalties due.

6.  The entity applies for reinstatement and requests that the Secretary of State set aside the forfeiture of the Texas entity or the revocation of the foreign entity's authority, to transact business in Texas, as applicable.

7.  Attachment:    **DFW Letter to Re-instate 12-2020.pdf**

8.  Execution:    The undersigned signs this document subject penalties imposed by law for the submission of a materially false or fraudulent instrument.

**By Jamela Siddiqi**

Date: **December 15, 2020**                 **Secretary**

FILING OFFICE COPY

TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • AUSTIN, TX 78711-3528



December 15, 2020

DFW INVESTIGATION & PROTECTION, INC.
PO BOX 814392
DALLAS TX 75381-4392

## Tax Clearance Letter for Reinstatement*

To:  Texas Secretary of State
     Corporations Section

Re:  DFW INVESTIGATION & PROTECTION, INC.
     Taxpayer number:  32059409733
     File number:  0802376707

The referenced entity has met all franchise tax requirements and is
eligible for reinstatement through May 17, 2021.

Comptroller of Public Accounts
Account Maintenance Division
Franchise Tax Section
1-800-531-5441 ext. 34402 or 512-463-4402

_____

\* The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of
this letter. After this date, additional franchise tax filing requirements must be met, and a new request
for tax clearance must be submitted.

You can file for reinstatement online at www.sos.state.tx.us/corp/sosda/index.shtml. Forms and
instructions for reinstatement are available at www.sos.state.tx.us/corp/forms_option.shtml or by
calling 512-463-5555. This tax clearance letter must be attached to the reinstatement forms.

Form 05-377 (Rev.4-14/5)