# Exhibit "V"

201600020661
ANING 1/1

01/26/2016 03:02:01 PM

OFFICE OF JOHN F. WARREN
COUNTY CLERK, DALLAS COUNTY, TEXAS

## ASSUMED NAME CERTIFICATE FOR AN INCORPORATED BUSINESS OR PROFESSION

NOTICE: "CERTIFICATES" ARE VALID NOT TO EXCEED 10 YEARS FROM THE DATE FILED IN THE COUNTY CLERK'S OFFICE CHAPTER 71, SECT. 151(a), TITLE 5 BUSINESS AND COMMERCE CODE
THIS CERTIFICATE PROPERLY EXECUTED IS TO BE FILED IMMEDIATELY WITH THE COUNTY CLERK

NAME UNDER WHICH BUSINESS OR PROFESSIONAL SERVICES IS OR WILL BE CONDUCTED:

**DFW Investigation & Protection** (Print or Type)

Address: **3010 LBJ Freeway, Suite 1200**
City: **Dallas**   State: **TX**   Zip Code: **75234**

1. The name of the incorporated business or profession as stated in its Articles of Incorporation or comparable document is: **DFW Investigation & Protection, Inc.**

2. The state, country, or other jurisdiction under the laws of which it was incorporated is **Texas, USA** and the address of its registered or similar office in that jurisdiction is: **3020 Big Town Blvd. Mesquite TX 75150**

3. The period, not to exceed ten years, during which this assumed name will be used is: **10 yrs**

4. The corporation is a (circle one) **business operation**, non-profit corporation, professional corporation, professional association or other type of corporation (specify) _____.

5. If the corporation is required to maintain a registered office in Texas, the address of the registered office is **3020 Big Town Blvd. Mesquite TX 75150** and the name of its registered agent at such address is **Muhammad Siddiqi**. The address of the principal office (if not the same as the registered office) is: _____

6. If the corporation is not required to or does not maintain a registered office in Texas, the office address in Texas is: ____ _____ and if the corporation is not incorporated, organized or associated under the laws of Texas, the address its place of business in Texas is: _____, and the office address elsewhere is: _____

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are (if applicable, use the designation "all" or "all except **ALL**").

8. If this instrument is executed by the attorney-in-fact, the attorney-in-fact hereby states that he has been duly authorized, in writing, by his principal to execute and acknowledge this instrument.

_____
Signature Corp. Officer, representative
or attorney-in-fact of the corporation

THE STATE OF TEXAS, COUNTY OF DALLAS
BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared **Muhammad Siddiqi**
Known to me to be the person(s) whose name(s) is/are the subscribed to the foregoing instrument and, under oath, acknowledged to me that (s) he signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on **January 26**, 20**16**

Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
01/26/2016 03:02:01 PM
$26.00

JOHN F. WARREN, COUNTY CLERK
DALLAS COUNTY, TEXAS

_____
Deputy County Clerk

Notary Public in and for Dallas County

Form No 4243(Rev 02-10)

201600020661



THE STATE OF TEXAS
COUNTY OF DALLAS
I hereby certify that the above and foregoing is a full, true, and correct photographic copy of the original record now in my lawful custody and possession, filed on the date stamped thereon and as the same is recorded in the Recorder's Records in my office under the volume and page or instrument # stamped thereon.
I hereby certify on

DEC 0 8 2021

COUNTY CLERK, Dallas County, Texas
By: _____ Deputy