# Exhibit "Z"

# DECLARATION

**Case No. : 19-4283, Chapter 7, Adv. Proc. No. 20-04037**

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 12/02/2021

By: *Anthony J. Gugliuzza*

Anthony J Gugliuzza
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1217566-F2

SUBP10a

**JPMorganChase**

**National Subpoena Processing**
**Mail Code IN1-4054**
**7610 West Washington Street**
**Indianapolis, Indiana 46231**

4/27/2021

JAMES S BROUNER
THE LAW OFFICE OF MARK A WEISBART
12770 COIT RD STE 541
DALLAS TX 75251

**Case Name:  IN RE MUHAMMAD NASIR SIDDIQI, DEBTOR MARK A WEISBART CHAPTER 7
TRUSTEE V JAMELA SIDDIQI**
**Case No.:  19-4283, 20-04037**
**JPMorgan Chase File No.:  SB1217566-F1**

Dear Sir/Madam:

Here is the information that fulfills your request on the matter referenced above.

If you have questions, please call us at 1-844-751-7728.  We're here to help Monday through Friday from 8:30 a.m. to
7:00 p.m. Eastern Time.  Please know that we are only able to provide a status of this request.  We can't verbally
disclose further information related to the records and/or information provided.

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future
productions.

Sincerely,

Leah Lucas
Operations Manager, VP
Chase Customer Service

**Table Of Contents :**
**SB1217566-F1**

**Account Number :** ███████████0290
   **Checking -Signature Card**      **1**

**Account Number :** ███████████1773
   **Checking -Signature Card**      **2**

**Account Number :** ███████████5037
   **Savings -Signature Card**      **3**

**Account Number :** ███████████0290
   **Statement and/or items**      **4**
   **Checking - Correspondence**      **594**
   **Checking - Paperless Transactions**      **596**

**Account Number :** ███████████1773
   **Statement and/or items**      **597**
   **Checking - Paperless Transactions**      **1587**

**Account Number :** ███████████5037
   **Statement and/or items**      **1590**
   **Savings - Paperless Transactions**      **2108**

**Account Number :** ███████████1773
   **Checking - Correspondence**      **2111**
   **Checking - Correspondence**      **2195**

**Account Number :** ███████████3275
   **Statement and/or items**      **2201**
   **Credit Card - Application**      **2209**
   **Credit Card - Correspondence**      **2210**
   **Credit Card - Correspondence**      **2211**
   **Credit Card - Correspondence**      **2212**
   **Credit Card - Correspondence**      **2213**
   **Credit Card - Correspondence**      **2214**
   **Credit Card - Correspondence**      **2215**
   **Credit Card - Correspondence**      **2216**

**Account Number :** ███████████3191
   **Statement and/or items**      **2217**
   **Credit Card - Electronic Payments**      **2409**
   **Credit Card - Payment Checks - 09/08/2017 - $500.00**      **2410**
   **Credit Card - Payment Checks - 09/08/2017 - $500.00**      **2411**
   **Credit Card - Payment Checks - 09/08/2017 - $500.00**      **2412**
   **Credit Card - Correspondence**      **2413**
   **Credit Card - Correspondence**      **2414**

**Account Number :** ███████████7597

| | |
|---|---|
| **Statement and/or items** | **2415** |
| **Credit Card - Application** | **2739** |
| **Credit Card - Application** | **2740** |
| **Credit Card - Application** | **2741** |

# CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 25, 2017 through February 22, 2017
Primary Account: ⬛⬛⬛⬛⬛⬛⬛⬛⬛1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001405 DRE 201 142 05417 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## We changed how we explain ATM Withdrawal Limits and removed the cash deposit limit at Staffed ATMs

We revised the Deposit Account Agreement to change how we explain ATM withdrawal limits. Additionally, we removed the limit on how much cash you can deposit at a Staffed ATM.

Below is the explanation provided in the Deposit Account Agreement for personal accounts.

*Your ATM withdrawal limits may be different depending on which type of ATM you use:*

- *When you use a Staffed ATM, the following limitations apply and are separate from all other limits: You can withdraw up to $3,000 each day. This separate limit does not apply to a Privileges card.*

- *When you use an Enhanced ATM, the following limitations apply: All withdrawals made with any of your ATM, debit or prepaid cards count toward every card's daily withdrawal limit.*

- *When you use non-Chase ATMs and Chase ATMs that are not Enhanced, you can withdraw up to the card's daily withdrawal limit. Withdrawals using other cards will not count towards that card's daily withdrawal limit.*

You can get the latest Deposit Account Agreement at chase.com/disclosures, at a branch or by request when you call us. The parts of the Deposit Account Agreement that changed will be in the Change in Terms section.

If you have questions, please call the number on your statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ⬛⬛⬛⬛1773 | $22,354.07 | $18,936.26 |
| Chase Plus Savings | ⬛⬛5037 | 950.73 | 8,549.19 |
| **Total** | | **$23,304.80** | **$27,485.45** |
| **TOTAL ASSETS** | | **$23,304.80** | **$27,485.45** |

Page 1 of 4



January 25, 2017 through February 22, 2017
Primary Account: ▮▮▮▮1773

**All Summary Balances** shown are as of February 22, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                              Account Number: ▮▮▮▮▮1773

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$22,354.07** |
| Deposits and Additions | 17,417.10 |
| Checks Paid | -4,215.69 |
| ATM & Debit Card Withdrawals | -138.91 |
| Electronic Withdrawals | -16,480.31 |
| **Ending Balance** | **$18,936.26** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.17 |
| Interest Paid Year-to-Date | $0.52 |

Interest paid in 2016 for account ▮▮▮▮1773 was $2.15.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/26 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $3,695.25 |
| 01/27 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,034.23 |
| 02/02 | Deposit     769324781 | | 7,598.31 |
| 02/09 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 3,695.25 |
| 02/10 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,393.89 |
| 02/22 | Interest Payment | | 0.17 |
| **Total Deposits and Additions** | | | **$17,417.10** |

Page 2 of 4



January 25, 2017 through February 22, 2017
Primary Account: ██████1773

## CHECKS PAID



| CHECK NO. | DESCRIPTION | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1367   ^ | | | | 02/01 | $3,031.00 |
| 1369   * ^ | | | | 02/06 | 500.00 |
| 1699   * | Check # 1699 | American Express Arc Pmt | Arc ID: 9116891001 | 02/06 | 414.69 |
| 1700   ^ | | | | 02/02 | 95.00 |
| 1701   ^ | | | | 02/08 | 150.00 |
| 1944   * ^ | | | | 02/21 | 25.00 |
| **Total Checks Paid** | | | | | **$4,215.69** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/30 | Card Purchase With Pin  01/29 Shell Service Station Dallas TX Card 5399 | $50.74 |
| 02/06 | Card Purchase          02/05 Starbucks Store 24470 Lucas TX Card 5399 | 12.39 |
| 02/21 | Card Purchase          02/16 Dino K. Shoe Repair & A Plano TX Card 5399 | 75.78 |
| **Total ATM & Debit Card Withdrawals** | | **$138.91** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Affiliated Bank  1 Time Dft 0073249344      Web ID: 21-0534340 | $3,403.76 |
| 02/03 | 02/03 Online Transfer To Mma ...5037 Transaction#: 5984145151 | 7,598.31 |
| 02/09 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 131.69 |
| 02/13 | TD Auto Finance  Bill Pay  19614077021    Tel ID: 7529150911 | 2,600.36 |
| 02/13 | Farmers N W Life Ins. Prem          PPD ID: 9893570001 | 600.00 |
| 02/16 | Chase Quickpay Electronic Transfer 6014173930 To Laura Moonan | 1,500.00 |
| 02/16 | American Express ACH Pmt     A4320        Web ID: 9493560001 | 500.00 |
| 02/16 | City of Parker   Parker          PPD ID: 751382954 | 106.24 |
| 02/16 | Nafmd          Phonecheck          Tel ID: 3383693141 | 39.95 |
| **Total Electronic Withdrawals** | | **$16,480.31** |

Page 3 of 4



January 25, 2017 through February 22, 2017

Primary Account: ███████1773

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI

Account Number: ███████5037

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $950.73 |
| Deposits and Additions | 7,598.46 |
| Ending Balance | $8,549.19 |
| | |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.15 |
| Interest Paid Year-to-Date | $0.18 |

Interest paid in 2016 for account ███████5037 was $0.52.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $950.73 |
| 02/03 | Online Transfer From Chk ...1773 Transaction#: 5984145151 | 7,598.31 | 8,549.04 |
| 02/22 | Interest Payment | 0.15 | 8,549.19 |
| | Ending Balance | | $8,549.19 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

**DEPOSIT/DEPÓSITO**

# CHASE ◉    DEPOSIT/DEPÓSITO

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

Today's Date/Fecha
02|02|2017
Customer Name (Please Print)/Nombre del cliente (en letra de molde)
Muhammad Siddiqui
R/T 500001020

Hiba Enterprises

Sign Here (If cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X
N13062-CH (Rev. 07/12)   50284703   07/15

Start your account number here/
▼ Emplace su número de cuenta aquí
███████ 1773

| | |
|---|---|
| CASH/EFECTIVO ▶ | |
| CHECK/CHEQUE ▶ | 7 5 9 8 . 3 1 |
| TOTAL FROM OTHER SIDE/TOTAL DEL REVERSO ▶ | |
| SUBTOTAL ▶ | 7 5 9 8 . 3 1 |
| LESS CASH/MENOS EFECTIVO RECIBIDO ▶ | |
| TOTAL $ | 7 5 9 8 . 3 1 |

⑈0769324781⑈ ⑆500001020⑆

JPMorganChaseBank 020202 500B22 0073900532B

**WS CAPITAL USA LLC**
3816 BURR OAK CT
BEDFORD, TX 76021

1025

32-96/1110
03

02/02/2017   Date

Pay to the
Order of ___ H.B.A Entertainment ~WAS~ Mohamned Sidoiel   $ 7,598 ³¹⁄₂₅

Seven thousand five hundred a nighty eight ³¹⁄₁₀₀   Dollars

**NORTH DALLAS BANK & TRUST CO.**
www.ndbt.com   24hr Banking 1-877-477-1145

For _loan payment_

⑈111000960⑈   ⑈ 01025

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

1773

**CHASE** ⬣

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 22, 2017 through May 19, 2017
Primary Account: ████████ 1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001343 DRE 201 142 14017 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 1773 | $9,916.61 | $4,033.82 |
| Chase Plus Savings | 5037 | 10,959.69 | 10,619.63 |
| **Total** | | **$20,876.30** | **$14,653.45** |
| | | | |
| **TOTAL  ASSETS** | | **$20,876.30** | **$14,653.45** |

**All Summary Balances** shown are as of May 19, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                     Account Number: ████████ 1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$9,916.61** |
| Deposits and Additions | 20,447.24 |
| Checks Paid | -17,232.94 |
| ATM & Debit Card Withdrawals | -140.08 |
| Electronic Withdrawals | -8,957.01 |
| **Ending Balance** | **$4,033.82** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.07 |
| Interest Paid Year-to-Date | $0.86 |

Page 1 of 4



April 22, 2017 through May 19, 2017
Primary Account: ████████ 1773

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 05/04 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $3,502.20 |
| 05/05 | Online Transfer From Mma ...5037 Transaction#: 6202997835 | | 3,000.00 |
| 05/11 | Fire Insurance  Multi-Clms 02E1616895668C2 CCD ID: 1956235715 | | 10,442.77 |
| 05/18 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 3,502.20 |
| 05/19 | Interest Payment | | 0.07 |
| **Total Deposits and Additions** | | | **$20,447.24** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1260  ^ | | 05/11 | $135.00 |
| 1377  * ^ | | 05/01 | 145.00 |
| 1378  ^ | | 05/12 | 165.00 |
| 1396  * ^ | | 05/17 | 180.00 |
| 1532  * ^ | | 04/26 | 545.30 |
| 1533  ^ | | 05/01 | 4,500.00 |
| 1534  ^ | | 05/10 | 216.00 |
| 1536  * ^ | | 05/17 | 11,246.64 |
| 1747  * ^ | | 05/15 | 100.00 |
| **Total Checks Paid** | | | **$17,232.94** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/25 | Card Purchase With Pin  04/24 Kroger So 2608 W Fm 54 Wylie TX Card 5399 | $4.99 |
| 04/27 | Card Purchase       04/26 177 Braums Store Allen TX Card 5399 | 7.79 |
| 05/01 | Card Purchase       04/28 The Original Pancake H Dallas TX Card 5399 | 37.24 |
| 05/10 | Card Purchase       05/09 Stream Energy/Ez-Pay 866-447-8732 TX Card 5399 | 31.03 |
| 05/12 | Card Purchase       05/11 LA Police Gear 661-705-3883 CA Card 5399 | 57.53 |
| 05/12 | Card Purchase       05/11 USA*Vend At Air Serv Addison TX Card 5399 | 1.50 |
| **Total ATM & Debit Card Withdrawals** | | **$140.08** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 04/25 | Grayson-Collin  Elec Paymt | PPD ID: 1750300645 | $98.91 |
| 05/01 | Bcbs Health/Hps  8007928595 | PPD ID: 1361236610 | 490.71 |
| 05/01 | Bcbs Health/Hps  8007928595 | PPD ID: 1361236610 | 358.70 |
| 05/10 | Affiliated Bank  1 Time Dft 0073249344 | Web ID: Drafting | 3,563.29 |
| 05/10 | Bk of Am Crd ACH Paybyphone | PPD ID: 3001190310 | 500.00 |

Page 2 of 4

CHASE 🟦

April 22, 2017 through May 19, 2017
Primary Account: ▮▮▮▮1773



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/10 | Atmos Energy Rcr UTIL Pymt | PPD ID: 9000000091 | 29.08 |
| 05/11 | Simmons Bank - L Tel Pmts   G796 | Tel ID: 1710162300 | 2,418.74 |
| 05/11 | Farmers N W Life Ins. Prem | PPD ID: 9893570001 | 600.00 |
| 05/15 | Discover        E-Payment  8434 | Web ID: 2510020270 | 200.00 |
| 05/16 | American Express ACH Pmt    A5112 | Web ID: 9493560001 | 500.00 |
| 05/16 | City of Parker   Parker | PPD ID: 751382954 | 157.63 |
| 05/16 | Nafmd        Phonecheck | Tel ID: 3383693141 | 39.95 |
| **Total Electronic Withdrawals** | | | **$8,957.01** |

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                                Account Number: ▮▮▮▮5037

### SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$10,959.69** |
| Deposits and Additions | 2,659.94 |
| Electronic Withdrawals | -3,000.00 |
| **Ending Balance** | **$10,619.63** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.23 |
| Interest Paid Year-to-Date | $0.83 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$10,959.69** |
| 05/05 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,328.92 | 12,288.61 |
| 05/05 | 05/05 Online Transfer To Chk ...1773 Transaction#: 6202997835 | | -3,000.00 | 9,288.61 |
| 05/19 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,330.79 | 10,619.40 |
| 05/19 | Interest Payment | | 0.23 | 10,619.63 |
| | **Ending Balance** | | | **$10,619.63** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.



April 22, 2017 through May 19, 2017
Primary Account: ██████████1773

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4

M. SIDDIQI
3020 BIGTOWN BLVD.
MESQUITE, TX 75150

32-61-1110

1747

5/12 20 17

PAY to
the order of

$ 100.00

One Hundred Say

DOLLARS

JPMORGAN CHASE BANK, N.A.
DALLAS, TEXAS 75201

for Deposit 805 Aspen Ave
Knox City

⑈111000614⑈ 1773⑈1747

111320000 - Citizens Bank, N.A.

C031800000005048 C5/15/2017

FOR DEPOSIT ONLY
CITY OF KNOX CITY

**CHASE** ⬥

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

May 20, 2017 through June 21, 2017
Primary Account: ⬛⬛⬛⬛21773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001337 DRE 201 142 17317 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ⬛⬛⬛1773 | $4,033.82 | $8,410.29 |
| Chase Plus Savings | ⬛⬛⬛5037 | 10,619.63 | 13,093.91 |
| **Total** | | **$14,653.45** | **$21,504.20** |
| | | | |
| **TOTAL  ASSETS** | | **$14,653.45** | **$21,504.20** |

**All Summary Balances** shown are as of June 21, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number: ⬛⬛⬛21773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,033.82** |
| Deposits and Additions | 17,143.08 |
| Checks Paid | -2,995.39 |
| ATM & Debit Card Withdrawals | -97.95 |
| Electronic Withdrawals | -9,673.27 |
| **Ending Balance** | **$8,410.29** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.07 |
| Interest Paid Year-to-Date | $0.93 |

Page 1 of 4



May 20, 2017 through June 21, 2017
Primary Account: ███████1773

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/24 | Deposit      898287439 | | $1,000.00 |
| 06/01 | Irs  Treas 310    Tax Ref | PPD ID: 9111036170 | 9,022.00 |
| 06/01 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 3,502.20 |
| 06/09 | Deposit      1671755184 | | 116.61 |
| 06/15 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 3,502.20 |
| 06/21 | Interest Payment | | 0.07 |
| **Total Deposits and Additions** | | | **$17,143.08** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1180  ^ | | 05/23 | $25.00 |
| 1379  * ^ | | 05/24 | 170.00 |
| 1380  ^ | | 05/26 | 295.00 |
| 1395  * ^ | | 05/30 | 53.04 |
| 1397  * ^ | | 05/26 | 115.00 |
| 1398  ^ | | 06/02 | 85.00 |
| 1399  ^ | | 06/16 | 130.00 |
| 1537  * ^ | | 06/09 | 5.40 |
| 1538  ^ | | 06/14 | 842.34 |
| 1539  ^ | 06/09 | 06/09 | 116.61 |
| 1540  ^ | | 06/20 | 750.00 |
| 1749  * ^ | | 06/13 | 115.00 |
| 1750  ^ | | 06/14 | 268.00 |
| 5981  * ^ | | 06/21 | 25.00 |
| **Total Checks Paid** | | | **$2,995.39** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
  one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/22 | Card Purchase With Pin  05/22 Wm Superc Wal-Mart Sup Lucas TX Card 5399 | $18.44 |
| 05/26 | Card Purchase With Pin  05/26 Wal-Mart Super Center Lucas TX Card 5399 | 10.02 |
| 05/30 | Card Purchase          05/30 Taco Bell #32187 Allen TX Card 5399 | 3.24 |
| 05/31 | Card Purchase          05/30 Jason's Deli Ccm # Plano TX Card 5399 | 15.46 |
| 05/31 | Card Purchase With Pin  05/31 Wal-Mart #5672 Lucas TX Card 5399 | 8.92 |
| 05/31 | Card Purchase With Pin  05/31 7-Eleven Plano TX Card 5399 | 17.87 |

Page 2 of 4



May 20, 2017 through June 21, 2017
Primary Account: ▮▮▮▮1773



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/07 | Card Purchase      06/06 701 Commerce Level Off Dallas TX Card 5399 | 10.00 |
| 06/12 | Card Purchase With Pin  06/12 Racetrac 93 Allen TX Card 5399 | 10.00 |
| 06/19 | Card Purchase      06/16 064 Braums Store Plano TX Card 5399 | 4.00 |
| **Total ATM & Debit Card Withdrawals** | | **$97.95** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/23 | Grayson-Collin  Elec Paymt         PPD ID: 1750300645 | S95.41 |
| 05/30 | American Express ACH Pmt   W5812       Web ID: 2005032111 | 970.31 |
| 05/31 | Discover      E-Payment  8434     Web ID: 2510020270 | 1,000.00 |
| 05/31 | Bcbs Health/Hps  8007928595        PPD ID: 1361236610 | 490.71 |
| 05/31 | Bcbs Health/Hps  8007928595        PPD ID: 1361236610 | 358.70 |
| 06/07 | Affiliated Bank  Loan Paymt 0073249344    Tel ID: 21-0534340 | 3,500.29 |
| 06/07 | Atmos Energy Rcr UTIL Pymt        PPD ID: 9000000091 | 26.20 |
| 06/12 | Farmers N W Life Ins. Prem        PPD ID: 9893570001 | 600.00 |
| 06/14 | Simmons Bank - L Tel Pmts  S5D6      Tel ID: 1710162300 | 2,418.74 |
| 06/16 | City of Parker  Parker          PPD ID: 751382954 | 172.96 |
| 06/16 | Nafmd     Phonecheck        Tel ID: 3383693141 | 39.95 |
| **Total Electronic Withdrawals** | | **$9,673.27** |

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                    Account Number: ▮▮▮▮5037

### SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$10,619.63** |
| Deposits and Additions | 2,474.28 |
| **Ending Balance** | **$13,093.91** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.32 |
| Interest Paid Year-to-Date | S1.15 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

Page 3 of 4



May 20, 2017 through June 21, 2017
Primary Account: █████████ 1773

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$10,619.63** |
| 06/02 | Consumer Directe Payroll | PPD ID: 1800515783 | **1,361.41** | 11,981.04 |
| 06/16 | Consumer Directe Payroll | PPD ID: 1800515783 | **1,112.55** | 13,093.59 |
| 06/21 | Interest Payment | | **0.32** | 13,093.91 |
| | **Ending Balance** | | | **$13,093.91** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a
qualifying Chase Premier Plus Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address
on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need
more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST
statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4

**SB1217566-F1**                                                                 **1190**

**CHASE ✸**          **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☒
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date/Fecha
05/23/17

Customer Name (Please Print)/Nombre del cliente (en letra de molde)
Muhammad Siddiqi

**Sign Here** (If cash is received from this deposit)/
**Firme aquí** (si recibe efectivo de este depósito)
X

N13062-CH (Rev. 07/12)  70004324   03/17

Start your account number here/
▼ Empiece su número de cuenta aquí

CASH/
EFECTIVO ▶

CHECK/
CHEQUE ▶

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO ▶

SUBTOTAL ▶

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

TOTAL $

⑈0898 2874 39⑈  ⑈500001020⑈

**DEPOSIT/DEPÓSITO**





**M. SIDDIQI**
3020 Big Town Blvd
Mesquite, TX 75150-2412

32-61/1110

1538

6/1/12

PAY TO THE ORDER OF *Knox County Appraisal* $ 842.34

*District*

*Eight Hundred forty two & 34/100* DOLLARS

**CHASE BANK**
DALLAS TX 75201

FOR *Acct #T0320/002595/4* *M Siddiqi* MP

⑆111000614⑆ ⑈1773⑈ 1538

FOR DEPOSIT ONLY
KNOX COUNTY APPRAISAL DISTRICT
COLLECTIONS ACCOUNT
142514

**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 22, 2017 through July 24, 2017
Primary Account: ⬛⬛⬛⬛ 1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001340 DRE 201 142 20617 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 1773 | $8,410.29 | $6,271.35 |
| Chase Plus Savings | 5037 | 13,093.91 | 14,488.19 |
| **Total** | | **$21,504.20** | **$20,759.54** |
| **TOTAL  ASSETS** | | **$21,504.20** | **$20,759.54** |

**All Summary Balances** shown are as of July 24, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                           Account Number: ⬛⬛⬛ 1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$8,410.29** |
| Deposits and Additions | 7,004.48 |
| Checks Paid | -1,702.39 |
| ATM & Debit Card Withdrawals | -1,005.36 |
| Electronic Withdrawals | -5,935.67 |
| Other Withdrawals | -500.00 |
| **Ending Balance** | **$6,271.35** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.08 |
| Interest Paid Year-to-Date | $1.01 |

Page 1 of 4





June 22, 2017 through July 24, 2017
Primary Account: ██████1773

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/29 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $3,502.20 |
| 07/13 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 3,502.20 |
| 07/24 | Interest Payment | | 0.08 |
| **Total Deposits and Additions** | | | **$7,004.48** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1400  ^ | | 06/26 | $100.00 |
| 1541  * ^ | | 06/29 | 40.00 |
| 1542  ^ | | 07/07 | 227.39 |
| 1543  ^ | | 07/10 | 18.00 |
| 1544  ^ | 07/13 | 07/13 | 215.00 |
| 1546  * ^ | | 07/18 | 100.00 |
| 1709  * ^ | | 06/28 | 170.00 |
| 1748  * ^ | | 07/21 | 110.00 |
| 3872  * ^ | | 07/21 | 25.00 |
| 9120  * ^ | | 07/20 | 697.00 |
| **Total Checks Paid** | | | **$1,702.39** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/29 | Card Purchase          06/28 Taco Cabana 20350 Dallas TX Card 5399 | $7.57 |
| 06/30 | Card Purchase          06/27 Bz Shop Food Store Mesquite TX Card 5399 | 4.00 |
| 07/07 | Card Purchase          07/06 Taco Bueno Plano 3 Plano TX Card 5399 | 8.11 |
| 07/10 | Card Purchase With Pin  07/08 Party City 3308 North Plano East TX Card 5399 | 27.06 |
| 07/11 | Card Purchase          07/10 Veteran Energy LLC 800-578-7070 FL Card 5399 | 227.87 |
| 07/12 | ATM Withdrawal         07/12 161 W Spring Creek Pkwy Plano TX Card 5399 | 500.00 |
| 07/13 | Card Purchase          07/11 Ojeda's Restaurant Dallas TX Card 5399 | 28.82 |
| 07/18 | Card Purchase With Pin  07/18 7-Eleven Richardson TX Card 5399 | 60.49 |
| 07/18 | Card Purchase With Pin  07/18 Wal-Mart Super Center Lucas TX Card 5399 | 4.46 |
| 07/19 | Card Purchase          07/18 Agha Juice Cafe & Grill Carrollton TX Card 5399 | 90.43 |
| 07/20 | Card Purchase          07/19 Taco Bell #29890 Dallas TX Card 5399 | 7.36 |
| 07/24 | Card Purchase          07/20 Racetrac 93  00000935 Allen TX Card 5399 | 14.63 |
| 07/24 | Card Purchase With Pin  07/23 7-Eleven Plano TX Card 5399 | 19.97 |
| 07/24 | Card Purchase With Pin  07/24 7-Eleven Farmers Branc TX Card 5399 | 4.59 |
| **Total ATM & Debit Card Withdrawals** | | **$1,005.36** |

Page 2 of 4

**CHASE** ◻

June 22, 2017 through July 24, 2017
Primary Account: ███1773



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 06/26 | Grayson-Collin  Elec Paymt | PPD ID: 1750300645 | $135.47 |
| 06/28 | Coserv Od Cw Wal Bill Pay  20094653981 | Tel ID: 7529027011 | 103.00 |
| 06/30 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 490.71 |
| 06/30 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 358.70 |
| 07/07 | Atmos Energy Rcr UTIL Pymt | PPD ID: 9000000091 | 33.94 |
| 07/10 | Farmers N W Life Ins. Prem | PPD ID: 9893570001 | 600.00 |
| 07/14 | Affiliated Bank  Loan Paymt 0073249344 | Tel ID: 21-0534340 | 3,500.00 |
| 07/17 | American Express ACH Pmt   A4964 | Web ID: 9493560001 | 500.00 |
| 07/17 | City of Parker  Parker | PPD ID: 751382954 | 173.90 |
| 07/18 | Nafmd        Phonecheck | Tel ID: 3383693141 | 39.95 |
| **Total Electronic Withdrawals** | | | **$5,935.67** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/12 | 07/12 Withdrawal | $500.00 |
| **Total Other Withdrawals** | | **$500.00** |

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                 Account Number: ███5037

## SAVINGS SUMMARY

| | AMOUNT |
|---|-------:|
| **Beginning Balance** | **$13,093.91** |
| Deposits and Additions | 1,394.28 |
| **Ending Balance** | **$14,488.19** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.38 |
| Interest Paid Year-to-Date | $1.53 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|-------:|--------:|
| | **Beginning Balance** | | | **$13,093.91** |
| 06/30 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,393.90 | 14,487.81 |
| 07/24 | Interest Payment | | 0.38 | 14,488.19 |
| | **Ending Balance** | | | **$14,488.19** |

Page 3 of 4



June 22, 2017 through July 24, 2017

Primary Account: ████████1773

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4



**M. SIDDIQI**
3020 Big Town Blvd
Mesquite, TX 75150-2412

32-61/1110

1543

7/7/17

PAY TO THE ORDER OF Knox City                    $ 18.00

Eighteen dollars & 00/xx                    DOLLARS

**CHASE BANK**
DALLAS TX 75201

Acct # 2100
due date 7/17/17

M Siddiqi

⑆111000614⑆        ⑈17731⑈1543

FOR DEPOSIT ONLY
CITY OF KNOX CITY



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 22, 2017 through September 22, 2017

Primary Account: ███████1773



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001319 DRE 201 142 26617 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412

## We updated our Deposit Account Agreement

On August 27, 2017, we published an updated version of our Deposit Account Agreement.

You can get the latest Deposit Account Agreement at chase.com/disclosures, at a branch or by request when you call us. Please review these sections:

- General Account Terms, Section A, Deposit Records and Receipts: We updated this section to clarify that if the amount written on your deposit ticket is different from the total deposit you present, we can adjust your account for the difference.
- General Account Terms, Section C, Overdrafts: We have added language to explain that we rely on transaction coding sent to us by the merchant or third party to determine whether a transaction is everyday or recurring.

Please call us at the number on this statement if you have any questions.

## Talk to a banker to see if our new savings account is right for you

We are offering a new personal savings account, Chase Premier Savings$^{SM}$, which may pay you a higher interest rate than your current Chase savings account, if you:
- Link the account with a Chase Premier Plus Checking$^{SM}$ or Chase Premier Platinum Checking$^{SM}$ account, **and**
- Have at least five customer-initiated transactions in a monthly statement period on your linked checking account.

Chase Premier Savings has a monthly service fee of S25 that is waived when you do at least one of the following each monthly statement period:
- Maintain a balance at the beginning of each day of $15,000 or more in the savings account, **or**
- Link to a Chase Premier Plus Checking or Chase Premier Platinum Checking account.

Please visit a branch to learn more about this savings account and if it's right for you.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████1773 | $4,460.76 | $10,722.71 |
| Chase Plus Savings | ██████████5037 | 15,799.42 | 20,656.77 |
| **Total** | | **$20,260.18** | **$31,379.48** |
| | | | |
| **TOTAL  ASSETS** | | **$20,260.18** | **$31,379.48** |

Page 1 of 4



August 22, 2017 through September 22, 2017

Primary Account: ████████1773

**All Summary Balances** shown are as of September 22, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.   Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                      Account Number: ███████1773

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,460.76** |
| Deposits and Additions | 13,616.36 |
| Checks Paid | -762.80 |
| Electronic Withdrawals | -6,591.61 |
| **Ending Balance** | **$10,722.71** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.08 |
| Interest Paid Year-to-Date | $1.14 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/24 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $1,859.76 |
| 09/07 | Tax Products PR2 Sbtpg LLC | PPD ID: 1722260102 | 8,037.00 |
| 09/07 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 1,859.76 |
| 09/21 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 1,859.76 |
| 09/22 | Interest Payment | | 0.08 |
| **Total Deposits and Additions** | | | **$13,616.36** |

Page 2 of 4



August 22, 2017 through September 22, 2017
Primary Account: ████████1773

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1103 ^ | | 08/22 | $25.00 |
| 1403 * ^ | | 08/28 | 100.00 |
| 1549 * ^ | | 08/24 | 75.00 |
| 1550 ^ | | 09/13 | 37.80 |
| 1565 * ^ | | 09/21 | 25.00 |
| 9121 * ^ | | 09/13 | 500.00 |
| **Total Checks Paid** | | | **$762.80** |



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/24 | Grayson-Collin  Elec Paymt | PPD ID: 1750300645 | $291.54 |
| 08/31 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 490.71 |
| 08/31 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 358.70 |
| 09/06 | Atmos Energy Rcr UTIL Pymt | PPD ID: 9000000091 | 26.98 |
| 09/08 | Coserv Od Cw Aw  Bill Pay  20727216621 | Web ID: 7529027011 | 23.00 |
| 09/11 | Farmers N W Life Ins. Prem | PPD ID: 9893570001 | 600.00 |
| 09/18 | American Express ACH Pmt    A5710 | Web ID: 9493560001 | 500.00 |
| 09/18 | City of Parker  Parker | PPD ID: 751382954 | 160.73 |
| 09/18 | Nafmd         Phonecheck | Tel ID: 3383693141 | 39.95 |
| 09/19 | Affiliated Bank  Loan Paymt 0073249344 | Tel ID: 9Dft4 | 3,500.00 |
| 09/21 | American Express ACH Pmt    W2416 | Web ID: 2005032111 | 600.00 |
| **Total Electronic Withdrawals** | | | **$6,591.61** |

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                          Account Number: ██████████5037

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$15,799.42** |
| Deposits and Additions | 4,857.35 |
| **Ending Balance** | **$20,656.77** |
| | |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.50 |
| Interest Paid Year-to-Date | $2.39 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

Page 3 of 4



August 22, 2017 through September 22, 2017
Primary Account: ███████1773

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $15,799.42 |
| 08/24 | Helping Restore  ACH | PPD ID: 9751562334 | 1,393.90 | 17,193.32 |
| 08/25 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,393.90 | 18,587.22 |
| 09/08 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,034.52 | 19,621.74 |
| 09/22 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,034.53 | 20,656.27 |
| 09/22 | Interest Payment | | 0.50 | 20,656.77 |
| | Ending Balance | | | $20,656.77 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**SB1217566-F1**                    1235



**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 24, 2017 through November 21, 2017
Primary Account: ████████1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001297 DRE 201 142 32617 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████1773 | $3,945.36 | $10,822.49 |
| Chase Plus Savings | ████5037 | 21,691.83 | 22,801.70 |
| **Total** | | **$25,637.19** | **$33,624.19** |

| | | | |
|---|---|---|---|
| **TOTAL  ASSETS** | | **$25,637.19** | **$33,624.19** |

**All Summary Balances** shown are as of November 21, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                            Account Number: ████████773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$3,945.36** |
| Deposits and Additions | 13,750.57 |
| Checks Paid | -745.00 |
| Electronic Withdrawals | -6,128.44 |
| **Ending Balance** | **$10,822.49** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.05 |
| Interest Paid Year-to-Date | $1.26 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

Page 1 of 4

# CHASE ⬡

October 24, 2017 through November 21, 2017
Primary Account: ▇▇▇▇1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/24 | Remote Online Deposit | 1 | $2,431.00 |
| 11/02 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 1,859.76 |
| 11/15 | Deposit 845376879 | | 7,600.00 |
| 11/16 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 1,859.76 |
| 11/21 | Interest Payment | | 0.05 |
| **Total Deposits and Additions** | | | **$13,750.57** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1007  ^ | | 11/21 | $25.00 |
| 1407  * ^ | | 11/06 | 60.00 |
| 1551  * ^ | | 11/14 | 160.00 |
| 9123  * ^ | | 11/13 | 500.00 |
| **Total Checks Paid** | | | **$745.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/24 | Grayson-Collin  Elec Paymt | PPD ID: 1750300645 | $201.72 |
| 10/25 | TD Auto Finance  Bill Pay  18587361981 | Tel ID: 7529150911 | 579.71 |
| 10/25 | U.S. Bank N.A.  Payment  000000515313653 Tel ID: 5551540853 | | 560.24 |
| 10/31 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 490.71 |
| 10/31 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 358.70 |
| 11/01 | Stream Energy  Utility  6699339 | Web ID: 0000007041 | 22.90 |
| 11/06 | Coserv Od Cw Aw  Bill Pay  18632402061 | Web ID: 7529027011 | 37.00 |
| 11/07 | Atmos Energy Rcr UTIL Pymt | PPD ID: 9000000091 | 29.76 |
| 11/13 | Farmers N W Life Ins. Prem | PPD ID: 9893570001 | 600.00 |
| 11/16 | Simmons Bank - L Tel Pmts  98V6 | Tel ID: 1710162300 | 2,527.08 |
| 11/16 | American Express ACH Pmt  A4404 | Web ID: 9493560001 | 500.00 |
| 11/16 | City of Parker  Parker | PPD ID: 751382954 | 180.67 |
| 11/16 | Nafmd  Phonecheck | Tel ID: 3383693141 | 39.95 |
| **Total Electronic Withdrawals** | | | **$6,128.44** |

**SB1217566-F1**

1253



October 24, 2017 through November 21, 2017
Primary Account: ██████1773

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                    Account Number: ██████5037



### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$21,691.83** |
| Deposits and Additions | 1,109.87 |
| **Ending Balance** | **$22,801.70** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.53 |
| Interest Paid Year-to-Date | $3.46 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | **Beginning Balance** | | | **$21,691.83** |
| 11/03 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,034.52 | 22,726.35 |
| 11/03 | Consumer Directe Payroll | PPD ID: 1800515783 | 74.82 | 22,801.17 |
| 11/21 | Interest Payment | | 0.53 | 22,801.70 |
|  | **Ending Balance** | | | **$22,801.70** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



HEBKRAM'S, P.A.
6703 HAVENHURST CT
ALLEN TX 75002-3028

1017

32-2/1110 TX
18537

DATE 10/82/17

PAY TO THE ORDER OF  Muhammad Siddiqi                          $ 2,431.00

Two thousand four hundred thirty one————— DOLLARS

Bank of America

ACH R/T 111000025

FOR  Lease downpayment + 1st month

For Deposit Only - JPMC

**CHASE ◯**  **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☑
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date/Fecha

1/31/1

Customer Name (Please Print)/Nombre del cliente (en letra de molde)

Muhammed Siddiqi

Sign Here (If cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)

X

N13062-CH (Rev. 07/12)   60205549   06/16

Start your account number here!
▼ Emplace su número de cuenta aquí

1773

| | |
|---|---|
| CASH/EFECTIVO ▶ | |
| CHECK/CHEQUE ▶ | 7,600. |
| TOTAL FROM OTHER SIDE/TOTAL DEL REVERSO ▶ | |
| SUBTOTAL ▶ | |
| LESS CASH/MENOS EFECTIVO RECIBIDO ▶ | |
| TOTAL $ | 7,600. |

⑈084537687⑈ ⑆50000⑆020⑆



PAYABLE BY THE **COUNTY TREASURER** OF THE **COUNTY OF DALLAS**, STATE OF TEXAS

CHARGE TO FUND: NO. 467 HUD SECTION 8

32-2/1110
PAYABLE AT
BANK OF AMERICA
Dallas, TX

Check No.   467249774
Date   10/17/2017

CHECK AMOUNT
****$7,600.00

Registered And
Approved For Payment: Seven Thousand Six Hundred Dollars And  Zero Cents

PAULINE MEDRANO, County Treasurer
10/17/2017   DISBURSED

Countersigned
DARRYL D THOMAS, County Auditor

PAY TO
THE ORDER
OF

MUHAMMAD SIDDIQI
PO BOX 814392
DALLAS, TX 75234

IN ACCORDANCE WITH STATE LAW, CHECK BECOMES
NON-NEGOTIABLE AND VOID IF NOT PRESENTED FOR
PAYMENT BEFORE 366TH DAY FOLLOWING ISSUANCE





**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 22, 2017 through December 21, 2017
Primary Account: ███████ 1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001264 DRE 201 142 35617 NNNNNNNNNNN T 1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████ 1773 | $10,822.49 | $2,918.83 |
| Chase Plus Savings | ████ 5037 | 22,801.70 | 24,871.36 |
| **Total** | | **$33,624.19** | **$27,790.19** |
| | | | |
| **TOTAL  ASSETS** | | **$33,624.19** | **$27,790.19** |

**All Summary Balances** shown are as of December 21, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                                          Account Number: ███████ 1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$10,822.49** |
| Deposits and Additions | 3,719.58 |
| Checks Paid | -954.80 |
| Electronic Withdrawals | -10,668.44 |
| **Ending Balance** | **$2,918.83** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.06 |
| Interest Paid Year-to-Date | $1.32 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

Page 1 of 4

**SB1217566-F1**                                                                        **1264**



November 22, 2017 through December 21, 2017
Primary Account: ████████1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/30 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $1,859.76 |
| 12/14 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 1,859.76 |
| 12/21 | Interest Payment | | 0.06 |
| **Total Deposits and Additions** | | | **$3,719.58** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1103 ^ | | 12/21 | $25.00 |
| 1408 * ^ | | 11/27 | 110.00 |
| 1553 * ^ | | 11/22 | 19.80 |
| 1554 ^ | | 12/05 | 300.00 |
| 9124 * ^ | | 12/13 | 500.00 |
| **Total Checks Paid** | | | **$954.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/24 | Affiliated Bank Loan Paymt 0073249344 | Web ID: 9Dft4 | $3,524.34 |
| 11/24 | Grayson-Collin Elec Paymt | PPD ID: 1750300645 | 134.05 |
| 11/30 | Bcbs Health Hps 8007928595 | PPD ID: 1361236610 | 490.71 |
| 11/30 | Bcbs Health Hps 8007928595 | PPD ID: 1361236610 | 358.70 |
| 12/05 | Coserv Od Ow Aw Bill Pay 18735654791 | Web ID: 7529027011 | 121.00 |
| 12/07 | Atmos Energy Rcr UTIL Pymt | PPD ID: 9000000091 | 113.82 |
| 12/11 | Farmers N W Life Ins. Prem | PPD ID: 9893570001 | 600.00 |
| 12/18 | Affiliated Bank Loan Paymt 0073249344 | Web ID: 9Dft4 | 3,500.00 |
| 12/18 | American Express ACH Pmt A6598 | Web ID: 9493560001 | 500.00 |
| 12/18 | City of Parker Parker | PPD ID: 751382954 | 145.92 |
| 12/18 | Nafmd Phonecheck | Tel ID: 3383693141 | 39.95 |
| 12/19 | TD Auto Finance Bill Pay 18790706611 | Tel ID: 7529150911 | 579.71 |
| 12/19 | U.S. Bank N.A. Payment 000000515313653 Tel ID: 5551540853 | | 560.24 |
| **Total Electronic Withdrawals** | | | **$10,668.44** |

Page 2 of 4



November 22, 2017 through December 21, 2017
Primary Account: ████████1773

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                      Account Number: ██████5037



### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$22,801.70** |
| Deposits and Additions | 2,069.66 |
| **Ending Balance** | **$24,871.36** |
| | |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.60 |
| Interest Paid Year-to-Date | $4.06 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$22,801.70** |
| 12/01 | Consumer Directe Payroll | PPD ID: 1800515783 | **1,034.53** | 23,836.23 |
| 12/01 | Consumer Directe Payroll | PPD ID: 1800515783 | **1,034.53** | 24,870.76 |
| 12/21 | Interest Payment | | **0.60** | 24,871.36 |
| | **Ending Balance** | | | **$24,871.36** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



**M. SIDDIQI**
3020 Big Town Blvd
Mesquite, TX 75150-2412

32-4/1110

1553

11/15/17

PAY TO THE ORDER OF ___ Knox City Hall ___ $ 19.80

Ninetya $1 80 carl ___ DOLLARS

**CHASE BANK**
DALLAS TX 75201

FOR 805 Aspen Av ___

⑆111000614⑆ 1773⑈ 1553

111320006 Citizens Bank, N.A.

C281959088895090 11/22/231?

FOR DEPOSIT ONLY
CITY OF KNOX CITY

## CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 22, 2017 through January 23, 2018
Primary Account: ███████████773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001263 DRE 201 142 02418 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



**We eliminated a fee for sending certain online international wires and updated our Deposit Account Agreement**

The following changes were made November 12, 2017:

- There is **no Chase fee** when you use chase.com or the Chase Mobile[®] app to send a wire transfer from a checking account to a bank outside of the U.S. in a foreign currency when the transfer amount is the equivalent of USD $5,000 or more. As a reminder, there is never a Chase fee to send a wire from a Chase Private Client Checking account.

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

  - We didn't change how we calculate your Available Balance but we clarified how it's defined. (Definitions)

  - We added language to explain our duty to act in good faith and with reasonable care. (General Account Terms, Section I, Rules Governing your Account)

  - We added language to explain how we would notify you if we ever transferred your account to a different business unit within JPMorgan Chase Bank. (General Account Terms, Section I, Changes to the Agreement)

Please call us at the number on this statement if you have any questions.

### CONSOLIDATED BALANCE SUMMARY

#### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████1773 | $2,918.83 | $4,303.79 |
| Chase Plus Savings | ████5037 | 24,871.36 | 24,298.60 |
| **Total** | | **$27,790.19** | **$28,602.39** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$27,790.19** | **$28,602.39** |

**All Summary Balances** shown are as of January 23, 2018 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Page 1 of 4



December 22, 2017 through January 23, 2018
Primary Account: ███████1773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number: ███████1773

### CHECKING SUMMARY

|                                              | AMOUNT      |
|----------------------------------------------|-------------|
| **Beginning Balance**                        | **$2,918.83** |
| Deposits and Additions                       | 8,566.55    |
| Checks Paid                                  | -699.80     |
| Electronic Withdrawals                       | -5,481.79   |
| Other Withdrawals                            | -1,000.00   |
| **Ending Balance**                           | **$4,303.79** |
|                                              |             |
| Annual Percentage Yield Earned This Period   | 0.01%       |
| Interest Paid This Period                    | $0.03       |
| Interest Paid Year-to-Date                   | $0.03       |

Interest paid in 2017 for account ███████1773 was $1.32.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION                                               |                          | AMOUNT      |
|-------|-----------------------------------------------------------|--------------------------|-------------|
| 12/28 | Eagle Protective Direct Dep                               | PPD ID: 9111111101       | $2,533.26   |
| 01/11 | Eagle Protective Direct Dep                               | PPD ID: 9111111101       | 2,533.26    |
| 01/23 | Online Transfer From Mma ...5037 Transaction#: 6844333958 |                          | 3,500.00    |
| 01/23 | Interest Payment                                          |                          | 0.03        |
| **Total Deposits and Additions** |                                |                          | **$8,566.55** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT    |
|-----------|-------------|-----------|-----------|
| 1233  ^   |             | 01/23     | $25.00    |
| 1409  * ^ |             | 12/29     | 85.00     |
| 1410  ^   |             | 01/11     | 70.00     |
| 1555  * ^ |             | 12/22     | 19.80     |
| 9125  * ^ |             | 01/16     | 500.00    |
| **Total Checks Paid** |   |           | **$699.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 2 of 4



CHASE ◆

December 22, 2017 through January 23, 2018
Primary Account: ████████1773



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 12/22 | Grayson-Collin  Elec Paymt | PPD ID: 1750300645 | S105.78 |
| 01/02 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 425.36 |
| 01/04 | Atmos Energy Rcr UTIL Pymt | PPD ID: 9000000091 | 71.82 |
| 01/05 | Coserv Od Cw Aw  Bill Pay  18850107111 | Web ID: 7529027011 | 178.00 |
| 01/11 | Farmers N W Life Ins. Prem | PPD ID: 9893570001 | 600.00 |
| 01/16 | Simmons Bank - L Tel Pmts  Tp07 | Tel ID: 1710162300 | 2,406.74 |
| 01/16 | Dallas County    Taxpayment Dlstax001053166 Web ID: 9194598001 | | 1,006.00 |
| 01/16 | American Express ACH Pmt  A9332 | Web ID: 9493560001 | 500.00 |
| 01/16 | City of Parker  Parker | PPD ID: 751382954 | 148.14 |
| 01/17 | Nafmd       Phonecheck | Tel ID: 3383693141 | 39.95 |
| **Total Electronic Withdrawals** | | | **$5,481.79** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/26 | 12/23 Withdrawal | S1,000.00 |
| **Total Other Withdrawals** | | **$1,000.00** |

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                      Account Number: ████████5037

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$24,871.36** |
| Deposits and Additions | 2,927.24 |
| Electronic Withdrawals | -3,500.00 |
| **Ending Balance** | **$24,298.60** |
| | |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.72 |
| Interest Paid Year-to-Date | S0.72 |

Interest paid in 2017 for account ████████5037 was $4.06.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

Page 3 of 4



December 22, 2017 through January 23, 2018
Primary Account: ████████1773

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $24,871.36 |
| 12/29 | Consumer Directo Payroll | PPD ID: 1800515783 | 1,034.52 | 25,905.88 |
| 12/29 | Consumer Directo Payroll | PPD ID: 1800515783 | 966.43 | 26,872.31 |
| 01/12 | Consumer Directo Payroll | PPD ID: 1800515783 | 925.57 | 27,797.88 |
| 01/23 | 01/23 Online Transfer To Chk ...1773 Transaction#: 6844333958 | | -3,500.00 | 24,297.88 |
| 01/23 | Interest Payment | | 0.72 | 24,298.60 |
| | Ending Balance | | | $24,298.60 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a
qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
 - Your name and account number
 - The dollar amount of the suspected error
 - A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4



## CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

January 24, 2018 through February 22, 2018
Primary Account: ▮▮▮▮▮▮1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001259 DRE 201 142 05418 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ▮▮▮1773 | $4,303.79 | $2,412.75 |
| Chase Plus Savings | ▮▮5037 | 24,298.60 | 975.77 |
| **Total** | | **$28,602.39** | **$3,388.52** |
| | | | |
| **TOTAL  ASSETS** | | **$28,602.39** | **$3,388.52** |

**All Summary Balances** shown are as of February 22, 2018 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number: ▮▮▮▮▮1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,303.79** |
| Deposits and Additions | 13,184.22 |
| Checks Paid | -562.80 |
| Electronic Withdrawals | -14,410.46 |
| Fees | -102.00 |
| **Ending Balance** | **$2,412.75** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.05 |

Page 1 of 4



January 24, 2018 through February 22, 2018
Primary Account: ████████1773

Interest paid in 2017 for account ████████1773 was $1.32.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/25 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,636.04 |
| 02/08 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,636.04 |
| 02/14 | Online Transfer From Mma ...5037 Transaction#: 6903148181 | | 775.00 |
| 02/16 | Quickpay With Zelle Payment From Sarkar Auto Inc Dba Dfwautosales 6910960711 | | 1.08 |
| 02/20 | Deposit | | 4,500.00 |
| 02/22 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,636.04 |
| 02/22 | Interest Payment | | 0.02 |
| **Total Deposits and Additions** | | | **$13,184.22** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1023 ^ | | 02/21 | $25.00 |
| 1556 * ^ | | 02/12 | 37.80 |
| 9126 * ^ | | 02/13 | 500.00 |
| **Total Checks Paid** | | | **$562.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/24 | TD Auto Finance Bill Pay  18918929871    Tel ID: 7529150911 | | $579.71 |
| 01/25 | Affiliated Bank  Loan Paymt 0073249344    Web ID: 9Dft4 | | 3,614.34 |
| 01/25 | Grayson-Collin  Elec Paymt          PPD ID: 1750300645 | | 113.53 |
| 01/31 | Bcbs Health Hps  8007928595          PPD ID: 1361236610 | | 425.36 |
| 02/02 | Quickpay With Zelle Payment To Hiba Entertainment 6873727863 | | 1.00 |
| 02/02 | Kohl's Dept Strs Chg Pymt  04300009573 6050 Web ID: 9044021343 | | 107.64 |
| 02/05 | Quickpay With Zelle Payment To Milan 6874727443 | | 1,300.00 |
| 02/06 | Coserv Od Cw Aw  Bill Pay  18969267521    Web ID: 7529027011 | | 381.00 |
| 02/06 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | | 186.00 |
| 02/12 | Farmers N W Life Ins. Prem          PPD ID: 9893570001 | | 600.00 |
| 02/15 | Simmons Bank - L Tel Pmts  Mz37        Tel ID: 1710162300 | | 2,406.74 |
| 02/16 | American Express ACH Pmt   A1980        Web ID: 9493560001 | | 500.00 |
| 02/16 | City of Parker   Parker          PPD ID: 751382954 | | 141.90 |
| 02/16 | Nafmd        Phonecheck        Tel ID: 3383693141 | | 39.95 |
| 02/20 | Quickpay With Zelle Payment To Milan 6917761008 | | 500.00 |
| 02/22 | Affiliated Bank  Loan Paymt 0073249344    Web ID: 9Dft4 | | 3,513.29 |
| **Total Electronic Withdrawals** | | | **$14,410.46** |



January 24, 2018 through February 22, 2018
Primary Account: 1773



## FEES

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 02/16 | Insufficient Funds Fee For A $500.00 Item - Details: American Express ACH Pmt Web ID: 9493560001 | A1980 | | $34.00 |
| 02/16 | Insufficient Funds Fee For A $141.90 Item - Details: City of Parker   Parker ID: 751382954 | | PPD | 34.00 |
| 02/16 | Insufficient Funds Fee For A $39.95 Item - Details: Nafmd   Phonecheck   Tel ID: 3383693141 | | | 34.00 |
| **Total Fees** | | | | **$102.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $102.00 | $102.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                      Account Number: ▮▮▮▮▮▮▮55037

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$24,298.60** |
| Deposits and Additions | 2,452.17 |
| Electronic Withdrawals | -25,775.00 |
| **Ending Balance** | **$975.77** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.32 |
| Interest Paid Year-to-Date | $1.04 |

Interest paid in 2017 for account 000001835055037 was $4.06.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$24,298.60** |
| 01/26 | Consumer Directe Payroll | PPD ID: 1800515783 | 925.57 | 25,224.17 |
| 01/26 | Consumer Directe Payroll | PPD ID: 1800515783 | 74.82 | 25,298.99 |
| 02/08 | Transfer To Chk Xxxxxx0720 | | -25,000.00 | 298.99 |

Page 3 of 4



January 24, 2018 through February 22, 2018
Primary Account: ████████1773

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 02/09 | Consumer Directe Payroll | PPD ID: 1800515783 | **1,451.46** | 1,750.45 |
| 02/14 | 02/14 Online Transfer To Chk ...1773 Transaction#: 6903148181 | | -775.00 | 975.45 |
| 02/22 | Interest Payment | | **0.32** | 975.77 |
| | **Ending Balance** | | | **$975.77** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a
qualifying Chase Premier Plus Checking account.

---



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4

**SB1217566-F1**

**1286**

**M. SIDDIQI**
3020 Big Town Blvd
Mesquite, TX 75150-2412

32-61/1110

1556

2/7/18

PAY
TO THE
ORDER OF _Knox City_          $ 37.80

_Thirty Seven & 80/xx_          **DOLLARS**

**CHASE BANK**
DALLAS TX 75201

FOR _Acct # 2100_          M Siddiqi

⑈1110006141⑈          1773⑈1556

->111320006<- Citizens Bank, N.A.

FOR DEPOSIT ONLY
CITY OF KNOX CITY

62018308809510 02/12/2018

**12-Apr-21**

**12Apr21-2530**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 20-Feb-18**

**Sequence number 005590055097**

**Amount 4500.00**

**Account Number 1773**

**Date Request Received 12-Apr-21**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 23, 2018 through March 21, 2018
Primary Account: 1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001239 DRE 201 142 08118 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 1773 | $2,412.75 | $14,410.81 |
| Chase Plus Savings | 5037 | 975.77 | 878.74 |
| **Total** | | **$3,388.52** | **$15,289.55** |
| | | | |
| **TOTAL  ASSETS** | | **$3,388.52** | **$15,289.55** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                      Account Number: ████1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$2,412.75** |
| Deposits and Additions | 21,806.08 |
| Checks Paid | -2,636.59 |
| Electronic Withdrawals | -7,103.43 |
| Fees | -68.00 |
| **Ending Balance** | **$14,410.81** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.09 |

Interest paid in 2017 for account ████773 was $1.32.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

Page 1 of 4

**SB1217566-F1**                                                                1292



February 23, 2018 through March 21, 2018
Primary Account: ▬▬▬▬1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/08 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,636.04 |
| 03/12 | Online Transfer From Mma ...5037 Transaction#: 6972235179 | | 3,000.00 |
| 03/13 | Deposit    1672516145 | | 917.00 |
| 03/16 | Irs  Treas 310    Tax Ref | PPD ID: 9111736946 | 15,253.00 |
| 03/21 | Interest Payment | | 0.04 |
| **Total Deposits and Additions** | | | **$21,806.08** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1317  ^ | | 03/21 | $25.00 |
| 1557  * ^ | | 03/05 | 506.59 |
| 1558  ^ | | 03/05 | 887.00 |
| 1559  ^ | | 03/09 | 700.00 |
| 1560  ^ | | 03/16 | 18.00 |
| 9127  * ^ | | 03/13 | 500.00 |
| **Total Checks Paid** | | | **$2,636.59** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/26 | Quickpay With Zelle Payment To Victoria 6931839170 | | $1.00 |
| 02/26 | Quickpay With Zelle Payment To Victoria 6931840938 | | 50.00 |
| 02/26 | Grayson-Collin  Elec Paymt | PPD ID: 1750300645 | 123.57 |
| 02/27 | TD Auto Finance  Bill Pay  19050932341    Tel ID: 7529150911 | | 579.71 |
| 02/27 | U.S. Bank N.A.    Payment    000000515313653 Tel ID: 5551540853 | | 560.24 |
| 02/28 | Bcbs Health Hps  8007928595 | PPD ID: 1361236610 | 425.36 |
| 03/09 | Coserv Od Cw Aw  Bill Pay  19097186421    Web ID: 7529027011 | | 191.00 |
| 03/09 | Atmos Energy Rcr UTIL Pymt | PPD ID: 9000000091 | 118.12 |
| 03/12 | Farmers N W Life Ins. Prem | PPD ID: 9893570001 | 600.00 |
| 03/15 | American Express ACH Pmt | PPD ID: 2005032111 | 260.64 |
| 03/16 | American Express ACH Pmt    A1792 | Web ID: 9493560001 | 500.00 |
| 03/16 | City of Parker  Parker | PPD ID: 751382954 | 140.55 |
| 03/16 | Nafmd        Phonecheck | Tel ID: 3383693141 | 39.95 |
| 03/21 | Affiliated Bank  Loan Paymt 0073249344    Web ID: 9Dft4 | | 3,513.29 |
| **Total Electronic Withdrawals** | | | **$7,103.43** |

Page 2 of 4



February 23, 2018 through March 21, 2018
Primary Account: ████1773



## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | Insufficient Funds Fee For Check #1558 IN The Amount of $887.00 | $34.00 |
| 03/05 | Insufficient Funds Fee For Check #1557 IN The Amount of $506.59 | 34.00 |
| **Total Fees** | | **$68.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $68.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                Account Number: ████5037

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$975.77** |
| Deposits and Additions | 2,902.97 |
| Electronic Withdrawals | -3,000.00 |
| **Ending Balance** | **$878.74** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $1.07 |

Interest paid in 2017 for account ████5037 was $4.06.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $975.77 |
| 03/09 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,451.47 | 2,427.24 |
| 03/09 | Consumer Directe Payroll | PPD ID: 1800515783 | 1,451.47 | 3,878.71 |
| 03/12 | 03/11 Online Transfer To Chk ...1773 Transaction#: 6972235179 | | -3,000.00 | 878.71 |
| 03/21 | Interest Payment | | 0.03 | 878.74 |
| | Ending Balance | | | $878.74 |

Page 3 of 4

**CHASE**  **DEPOSIT**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

**DEPOSIT**

Today's Date
05/13

Customer Name *(Please Print)*
MUHAMMAD SIDDIQUI

CASH ▶
CHECK ▶
TOTAL FROM OTHER SIDE ▶
SUBTOTAL ▶
CASH BACK ▶

917. in

Sign Here *(If cash is received from this deposit)* --------
X

N13060-CH (Rev. 07/12)  7000333  01/17

▼ Start your account number here

1773

TOTAL **$**

917 —

⑈ 1672516145 ⑈ ⑆500001020⑆

SB1217566-F1                                          1300



PAYABLE BY THE **COUNTY TREASURER** OF THE **COUNTY OF DALLAS**, STATE OF TEXAS

CHARGE TO FUND: NO. 467 HUD SECTION 8

32-2/1110
PAYABLE AT
BANK OF AMERICA
Dallas, TX

Check No.   467255384
Date   02/20/2018

CHECK AMOUNT
****$917.00

Registered And
Approved For Payment: Nine Hundred Seventeen Dollars And Zero Cents

PAULINE MEDRANO, County Treasurer
2/19/2018   DISBURSED

Countersigned
DARRYL D THOMAS, County Auditor

PAY TO
THE ORDER
OF
MUHAMMAD SIDDIQI
PO BOX 814392
DALLAS, TX 75234

IN ACCORDANCE WITH STATE LAW, CHECK BECOMES
NON-NEGOTIABLE AND VOID IF NOT PRESENTED FOR
PAYMENT BEFORE 365TH DAY FOLLOWING ISSUANCE



## CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 21, 2018 through May 21, 2018
Primary Account: █████████1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001235 DRE 201 142 14218 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and fees online at **chase.com/overdraft-services**. Additionally, you can find ways to avoid overdraft fees at **chase.com/AccountTips**.

If you have questions, please call us anytime at the number on your statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | █████1773 | $13,309.41 | $8,076.05 |
| Chase Plus Savings | 5037 | 3,651.54 | 6,159.04 |
| **Total** | | **$16,960.95** | **$14,235.09** |
| | | | |
| **TOTAL  ASSETS** | | **$16,960.95** | **$14,235.09** |

Page 1 of 6





April 21, 2018 through May 21, 2018
Primary Account: ████1773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                      Account Number: ████1773

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$13,309.41** |
| Deposits and Additions | 5,272.18 |
| Checks Paid | -1,428.20 |
| Electronic Withdrawals | -6,577.34 |
| Other Withdrawals | -2,500.00 |
| **Ending Balance** | **$8,076.05** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.10 |
| Interest Paid Year-to-Date | $0.32 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/03 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,636.04 |
| 05/17 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,636.04 |
| 05/21 | Interest Payment | | 0.10 |
| **Total Deposits and Additions** | | | **$5,272.18** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1154  ^ | | | | 04/23 | $25.00 |
| 1562  * | Check # 1562 | American Express Arc Pymt | Arc ID: 1199148000 | 05/07 | 887.00 |
| 1563  ^ | | | | 05/09 | 16.20 |
| 9129  * ^ | | | | 05/14 | 500.00 |
| **Total Checks Paid** | | | | | **$1,428.20** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 2 of 6



CHASE 🟦

April 21, 2018 through May 21, 2018
Primary Account: ████████1773



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/23 | TD Auto Finance Bill Pay 12845104401 Tel ID: 7529150911 | $579.71 |
| 04/24 | Grayson-Collin Elec Paymt PPD ID: 1750300645 | 99.78 |
| 04/30 | Bcbs Health Hps 8007928595 PPD ID: 1361236610 | 425.36 |
| 05/07 | Coserv Od Cw Aw Bill Pay 13370264761 Web ID: 7529027011 | 63.00 |
| 05/09 | Atmos Energy Rcr UTIL Pymt PPD ID: 9000000091 | 59.55 |
| 05/10 | Farmers N W Life Ins. Prem PPD ID: 9893570001 | 600.00 |
| 05/15 | American Express ACH Pmt A1456 Web ID: 9493560001 | 500.00 |
| 05/16 | City of Parker Parker PPD ID: 751382954 | 160.23 |
| 05/16 | Stream Energy Utility 8324795 Web ID: 0000007041 | 145.33 |
| 05/16 | Nafmd Phonecheck Tel ID: 3383693141 | 39.95 |
| 05/16 | Kubra Stream Web Utility 8328751 Web ID: 0000007041 | 2.95 |
| 05/18 | Affiliated Bank 1 Time Dft 0073249344 Web ID: 9Dft4 | 3,901.48 |
| **Total Electronic Withdrawals** | | **$6,577.34** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/14 | 05/14 Withdrawal | $2,500.00 |
| **Total Other Withdrawals** | | **$2,500.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|------|------|------|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                    Account Number: ████████5037

## SAVINGS SUMMARY

| | AMOUNT |
|------|------|
| **Beginning Balance** | **$3,651.54** |
| Deposits and Additions | 2,507.50 |
| **Ending Balance** | **$6,159.04** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.12 |
| Interest Paid Year-to-Date | $1.25 |

Page 3 of 6



April 21, 2018 through May 21, 2018
Primary Account: ●●●●●●●●●1773

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | $3,651.54 |
| 05/04 | Helping Restore  Payroll | PPD ID: 9751562334 | **1,386.04** | 5,037.58 |
| 05/18 | Helping Restore  Payroll | PPD ID: 9751562334 | **1,121.34** | 6,158.92 |
| 05/21 | Interest Payment | | **0.12** | 6,159.04 |
| | **Ending Balance** | | | **$6,159.04** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**





**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 22, 2018 through June 21, 2018
Primary Account: ██████████ 1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001205 DRE 201 142 17318 NNNNNNNNNNN T  1 000000000 35 0000

MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## We updated our Deposit Account and Wire Agreements

The following changes were made May 20, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here are some important changes:

  - Effective August 1, we will notify you in advance of any changes to the Deposit Account Agreement that would adversely affect you, unless the change is necessary to comply with a legal requirement. (General Account Terms, Section I, Changes to the agreement)

  - We clarified the language that explains when we may charge a Non-Chase ATM fee for balance inquiries and transfers when you use a non-Chase ATM. (Electronic Funds Transfer Service Terms, Section A, Types of EFT Services)

- We consolidated all of our Chase wire agreements, except for the Online Wire Agreement. In addition to making sure the terms and definitions of the Wire Transfer Agreement are consistent, we made the following changes:

  - When we amend the agreement, we will send you notice of the change and may refer you to a branch or your banker for the updated agreement.

  - When you send a wire, we will send you an email notification on the status of your wire if you have provided your email address.

Please call us at the number on this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████1773 | $8,076.05 | $5,306.62 |
| Chase Plus Savings | ████5037 | 6,159.04 | 7,610.69 |
| **Total** | | **$14,235.09** | **$12,917.31** |
| | | | |
| **TOTAL  ASSETS** | | **$14,235.09** | **$12,917.31** |

Page 1 of 4





May 22, 2018 through June 21, 2018
Primary Account: ████████1773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                   Account Number: ████████1773

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$8,076.05** |
| Deposits and Additions | 5,272.15 |
| Checks Paid | -1,283.00 |
| Electronic Withdrawals | -6,758.58 |
| **Ending Balance** | **$5,306.62** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.07 |
| Interest Paid Year-to-Date | $0.39 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/31 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,636.04 |
| 06/14 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,636.04 |
| 06/21 | Interest Payment | | 0.07 |
| **Total Deposits and Additions** | | | **$5,272.15** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1257 ^ | | 05/22 | $25.00 |
| 1401 * ^ | | 06/21 | 25.00 |
| 1564 * ^ | | 06/07 | 18.00 |
| 1565 ^ | | 06/14 | 500.00 |
| 1753 * ^ | | 06/05 | 135.00 |
| 1755 * ^ | | 06/18 | 80.00 |
| 9130 * ^ | | 06/13 | 500.00 |
| **Total Checks Paid** | | | **$1,283.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 2 of 4



May 22, 2018 through June 21, 2018
Primary Account: ████████1773



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/24 | Grayson-Collin  Elec Paymt          PPD ID: 1750300645 | $106.65 |
| 05/25 | TD Auto Finance  Bill Pay   13438428301     Tel ID: 7529150911 | 579.71 |
| 05/31 | Quickpay With Zelle Payment To Hussain  7188172235 | 1.00 |
| 05/31 | Bcbs Health Hps  8007928595          PPD ID: 1361236610 | 425.36 |
| 06/04 | Frontier Legacy  Bill Pay  13471051261     Tel ID: 7529099211 | 194.65 |
| 06/04 | Billmatrix      Billpayfee 13471051262    Tel ID: 7529000011 | 3.50 |
| 06/08 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 52.75 |
| 06/08 | Coserv Od Cw Aw  Bill Pay  13493270991    Web ID: 7529027011 | 36.00 |
| 06/11 | Farmers N W Life Ins. Prem          PPD ID: 9893570001 | 600.00 |
| 06/14 | Neiman Marcus   Online Pmt 000001885463401 Web ID: 9541719427 | 242.48 |
| 06/18 | American Express ACH Pmt   A9884      Web ID: 9493560001 | 500.00 |
| 06/18 | City of Parker  Parker          PPD ID: 751382954 | 176.10 |
| 06/18 | Nafmd      Phonecheck       Tel ID: 3383693141 | 39.95 |
| 06/20 | Affiliated Bank  1 Time Dft 0073249344      Web ID: 9Dft4 | 3,800.43 |
| **Total Electronic Withdrawals** | | **$6,758.58** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for
This Period | Total
Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                              Account Number ████████5037

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$6,159.04** |
| Deposits and Additions | 1,451.65 |
| **Ending Balance** | **$7,610.69** |
| | |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.18 |
| Interest Paid Year-to-Date | $1.43 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

Page 3 of 4



May 22, 2018 through June 21, 2018
Primary Account ●●●●●●●●●●1773

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $6,159.04 |
| 06/01 | Helping Restore  Payroll | PPD ID: 9751562334 | 1,451.47 | 7,610.51 |
| 06/21 | Interest Payment | | 0.18 | 7,610.69 |
| | Ending Balance | | | $7,610.69 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a
qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4



**CHASE ◻**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 24, 2018 through August 21, 2018
Primary Account:                    21773



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001215 DRE 201 142 23418 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 773 | $1,976.52 | $3,188.00 |
| Chase Plus Savings | 6037 | 10,540.30 | 14,668.64 |
| **Total** | | **$12,516.82** | **$17,856.64** |
| | | | |
| **TOTAL  ASSETS** | | **$12,516.82** | **$17,856.64** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number:          21773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,976.52** |
| Deposits and Additions | 14,730.82 |
| Checks Paid | -3,496.21 |
| Electronic Withdrawals | -10,023.13 |
| **Ending Balance** | **$3,188.00** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.48 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

Page 1 of 4

**SB1217566-F1**                                                                                 1341



July 24, 2018 through August 21, 2018
Primary Account: ███████1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/25 | Deposit    1725781663 | $700.00 |
| 07/26 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,636.04 |
| 08/01 | Deposit    978749886 | 3,000.00 |
| 08/10 | Remote Online Deposit          1 | 106.59 |
| 08/15 | Bcbs Health Hps  8007928595          PPD ID: 1361236610 | 288.15 |
| 08/16 | ATM Cash Deposit          08/16 3047 Old Denton Rd Carrollton TX Card 3110 | 5,000.00 |
| 08/20 | ATM Cash Deposit          08/20 14250 Marsh Ln Addison TX Card 3110 | 3,000.00 |
| 08/21 | Interest Payment | 0.04 |
| **Total Deposits and Additions** | | **$14,730.82** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1026   ^ | | 08/21 | $25.00 |
| 1412  * ^ | | 08/16 | 2,000.00 |
| 1569  * ^ | | 08/15 | 981.21 |
| 1759  * ^ | | 08/16 | 490.00 |
| **Total Checks Paid** | | | **$3,496.21** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
  one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/25 | Grayson-Collin  Elec Paymt          PPD ID: 1750300645 | $265.02 |
| 07/31 | Bcbs Health Hps  8007928595          PPD ID: 1361236610 | 425.36 |
| 08/06 | Stream Energy    Utility    7881118          Web ID: 0000007041 | 5.24 |
| 08/10 | Cadence Bank    ACH     713-871-4012    Tel ID: 1640156695 | 1,909.09 |
| 08/10 | Farmers N W Life Ins. Prem          PPD ID: 9893570001 | 600.00 |
| 08/10 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 44.31 |
| 08/13 | American Express ACH Pmt    W0620          Web ID: 2005032111 | 1,385.36 |
| 08/16 | City of Parker  Parker          PPD ID: 751382954 | 189.24 |
| 08/16 | Nafmd          Phonecheck          Tel ID: 3383693141 | 39.95 |
| 08/17 | TD Auto Finance  Bill Pay  10056128421    Web ID: 7529150911 | 1,159.13 |
| 08/20 | Nordstrom       Payment   043000098145908 Web ID: 9044022131 | 100.00 |
| 08/21 | Affiliated Bank  1 Time Dft 0073249344    Web ID: 9Dft4 | 3,900.43 |
| **Total Electronic Withdrawals** | | **$10,023.13** |

Page 2 of 4



July 24, 2018 through August 21, 2018
Primary Account: ██████████21773



## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                          Account Number: ██████5037

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $10,540.30 |
| Deposits and Additions | 4,128.34 |
| Ending Balance | $14,668.64 |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.32 |
| Interest Paid Year-to-Date | $2.01 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION |  | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | Beginning Balance |  |  | $10,540.30 |
| 07/27 | Helping Restore  Payroll | PPD ID: 9751562334 | 1,451.47 | 11,991.77 |
| 07/27 | Helping Restore  Payroll | PPD ID: 9751562334 | 1,347.41 | 13,339.18 |
| 08/10 | Helping Restore  Payroll | PPD ID: 9751562334 | 1,329.14 | 14,668.32 |
| 08/21 | Interest Payment |  | 0.32 | 14,668.64 |
|  | Ending Balance |  |  | $14,668.64 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

SB1217566-F1                                           1343

**CHASE** ⬡

**DEPOSIT**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

**DEPOSIT**

Today's Date 07/25/18

Customer Name (Please Print)
Muhammad Siddiqui

Sign Here (if cash is received from this deposit) - - - - - - - - - - - - - - - -
X

N13060-CH (Rev. 07/12)   70269918   08/17

▼ Start your account number here

1773

CASH ▶

CHECK ▶

TOTAL FROM
OTHER SIDE ▶

SUBTOTAL ▶

⤷ CASH BACK ▶

TOTAL **$**

700 :

700 :

⑈⑆172578⑈663⑈⑆ ⑈:5000010 20⑈:



**CHASE** ◐

**DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☑
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

DEPOSIT/DEPÓSITO

Today's Date/Fecha
08/1·/18

Customer Name (Please Print)/Nombre del cliente (en letra de molde)
Xqthamacaf Siddai

Sign Here (If cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

N13062-CH (Rev. 07/12) 80087935 03/18

Start your account number here/
▼ Emplece su número de cuenta aquí
/773

CASH/
EFECTIVO ▶      3 om ._

CHECK/
CHEQUE ▶

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO ▶

SUBTOTAL ▶

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

TOTAL $      3 om —

⑈·0⁹787⁴9886⑈· ⑊500010⁊0⑊·

SB1217566-F1                                      1347

**12-Apr-21**

**12Apr21-2530**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 01-Aug-18**

**Sequence number 009290281689**

**Amount 3000.00**

**Account Number 1773**

**Date Request Received 12-Apr-21**

**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 22, 2018 through September 24, 2018
Primary Account: ▆▆▆▆▆▆▆▆1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001193 DRE 201 142 26818 NNNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



### We updated our Deposit Account Agreement

We published an updated version of our Deposit Account Agreement on August 26, 2018. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

- We may use your voice to verify your identity. (General Account Terms, Section I, Other Legal Terms, Telephone and electronic communication)
- We clarified that any provision in the agreement is enforceable to the fullest extent permitted by law. (General Account Terms, Section I, Other Legal Terms, Rules governing your account)

The following updates will become effective on November 11, 2018:

- If an account owner dies while residing outside the United States, we may require the appointment of a personal representative in a U.S. court. (General Account Terms, Section B, Checks, Withdrawals, Transfers and Other Account Charges,  Death or incompetence of account owner or sole signer)
- Check deposits made by mail and addressed to any Chase facility other than National Bank by Mail, may be forwarded to the National Bank by Mail facility at PO Box 36520, Louisville, KY 40233-6520, and will be considered received on the date the deposit is received by that facility. We do not accept cash deposits by mail. (Funds Availability, When Your Deposit Is Received)

Please call us at the number at the top of this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ▆1773 | $3,188.00 | $5,315.36 |
| Chase Plus Savings | ▆5037 | 14,668.64 | 2,582.70 |
| **Total** | | **$17,856.64** | **$7,898.06** |
| | | | |
| **TOTAL  ASSETS** | | **$17,856.64** | **$7,898.06** |

Page 1 of 6



August 22, 2018 through September 24, 2018
Primary Account: ██████1773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number: ██████21773

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $3,188.00 |
| Deposits and Additions | 11,822.11 |
| Checks Paid | -843.79 |
| ATM & Debit Card Withdrawals | -43.58 |
| Electronic Withdrawals | -8,782.38 |
| Fees | -25.00 |
| **Ending Balance** | **$5,315.36** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.51 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | Online Transfer From Mma ...5037 Transaction#: 7442871844 | $500.00 |
| 09/06 | Eagle Protective Direct Dep         PPD ID: 9111111101 | 2,636.04 |
| 09/17 | Online Transfer From Mma ...5037 Transaction#: 7496321364 | 3,000.00 |
| 09/20 | Deposit        20794435 | 3,050.00 |
| 09/20 | Eagle Protective Direct Dep         PPD ID: 9111111101 | 2,636.04 |
| 09/24 | Interest Payment | 0.03 |
| **Total Deposits and Additions** | | **$11,822.11** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 905  ^ | | 09/06 | $684.00 |
| 1015  * ^ | | 09/21 | 25.00 |
| 1570  * ^ | | 08/23 | 44.79 |
| 1760  * ^ | | 08/27 | 90.00 |
| **Total Checks Paid** | | | **$843.79** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 2 of 6





August 22, 2018 through September 24, 2018

Primary Account: ████████1773



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/27 | Card Purchase With Pin  08/27 Kroger Fuel Ctr Wylie TX Card 3110 | $13.24 |
| 09/04 | Card Purchase          09/01 Apl*Itunes.Com/Bill 800-275-2273 CA Card 3110 | 5.40 |
| 09/05 | Card Purchase          09/05 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 2.15 |
| 09/10 | Card Purchase          09/08 Pollo Regio Cooper St Arlington TX Card 3110 | 8.63 |
| 09/14 | Card Purchase With Pin  09/14 Wal Wal-Mart Super 251 Lucas TX Card 3110 | 8.76 |
| 09/17 | Card Purchase          09/17 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 5.40 |
| **Total ATM & Debit Card Withdrawals** | | **$43.58** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | Citi Payment     Payment    202730644248608 Tel ID: Citigpuibs | $416.15 |
| 08/23 | Grayson-Collin   Elec Paymt           PPD ID: 1750300645 | 348.18 |
| 09/04 | Stream Energy    Utility    3783519      Web ID: 0000007041 | 87.33 |
| 09/07 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 23.79 |
| 09/10 | Farmers N W Life Ins. Prem          PPD ID: 9893570001 | 600.00 |
| 09/10 | Coserv Od Cw Aw Bill Pay  10141995171    Web ID: 7529027011 | 16.00 |
| 09/11 | Simmons Bank - L Tel Pmts  Szq7        Tel ID: 1710162300 | 2,406.74 |
| 09/17 | City of Parker   Parker            PPD ID: 751382954 | 164.54 |
| 09/18 | Nafmd       Phonecheck          Tel ID: 3383693141 | 39.95 |
| 09/19 | Affiliated Bank  1 Time Dft 0073249344    Web ID: 9Dft4 | 3,999.99 |
| 09/24 | TD Auto Finance  Bill Pay  10195145191    Tel ID: 7529150911 | 579.71 |
| 09/24 | Nordstrom        Payment   043000092712190 Web ID: 9044022131 | 100.00 |
| **Total Electronic Withdrawals** | | **$8,782.38** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24 | Monthly Service Fee | $25.00 |
| **Total Fees** | | **$25.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was S7,306.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

Page 3 of 6

# CHASE ⬡

August 22, 2018 through September 24, 2018

Primary Account: ⬛1773

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                   Account Number: ⬛5037

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$14,668.64** |
| Deposits and Additions | 6,949.06 |
| Electronic Withdrawals | -19,000.00 |
| Fees | -35.00 |
| **Ending Balance** | **$2,582.70** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.11 |
| Interest Paid Year-to-Date | $2.12 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $14,668.64 |
| 08/23 | ATM Cash Deposit        08/23 100 N Central Expy Richardson TX Card 3110 | 3,000.00 | 17,668.64 |
| 08/24 | Helping Restore Payroll        PPD ID: 9751562334 | 1,092.69 | 18,761.33 |
| 08/24 | 08/24 Domestic Wire Transfer Via: Tib Dallas/11101170 A/C: Grand Ridge National Bank Grand Ridge IL 61325 US Ref: For Further Credit To: Vibrant Media Group LLC 1069 W Golf Rd Hoffman Estates IL 60169 Act#:0020008413 Imad: 0824B1Qgc02C001123 Trn: 5322100235Es | -15,500.00 | 3,261.33 |
| 08/24 | Domestic Wire Fee | -35.00 | 3,226.33 |
| 08/30 | 08/30 Online Transfer To Chk ...1773 Transaction#: 7442871844 | -500.00 | 2,726.33 |
| 09/07 | Helping Restore Payroll        PPD ID: 9751562334 | 1,404.80 | 4,131.13 |
| 09/17 | 09/17 Online Transfer To Chk ...1773 Transaction#: 7496321364 | -3,000.00 | 1,131.13 |
| 09/21 | Helping Restore Payroll        PPD ID: 9751562334 | 1,451.46 | 2,582.59 |
| 09/24 | Interest Payment | 0.11 | 2,582.70 |
|  | **Ending Balance** |  | **$2,582.70** |

Page 4 of 6







WESTERN UNION **WU**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

17-819500066

A 608774 D 091018
T 1507 02
178195000661 L 000002

$ 700.00

PAY EXACTLY   SEVEN HUNDRED DOLLARS AND NO CENTS
PAY TO THE
ORDER OF   Muhammad Siddiqui

8114 Caesura Court   PURCHASER'S ADDRESS

PAYMENT FOR/ACCT. #   Rent

⑆102100400⑆ ⑆0178195000661⑈

SERVICE CHARGE
If this Money Order is
not used or cashed (presented for
payment) within 1 year (3 years for CA) of the purchase date,
there will be a non-refundable Service Charge applied where
permitted by law). The Service Charge will be deducted from
the amount shown on the Money Order. Subject to applicable
law, the Service Charges are $1.50 per month (except in CT
& PR: $0; CA: $0.25; D $3.40; MN $12 annually; NJ $2; A
TX: $1) applied from purchase date, not to exceed $126
or the maximum permitted by law.

NOTICE DO NOT cash this Money Order for any person
from whom you are not able to recover your payment.
Should this item bear any unauthorized signature, be
stolen, improperly completed, or altered, issuer will either
stop payment hereon or charge back against any emolu-
ment. For customer service, call 1-800-999-9660.
Intended for domestic use only. Western Union Money
Order and design is a service mark of Western Union
Holdings, Inc.

CREDIT TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

**12-Apr-21**

**12Apr21-2530**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 20-Sep-18**

**Sequence number 005570661309**

**Amount 2000.00**

**Account Number 1773**

**Date Request Received 12-Apr-21**

# CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 25, 2018 through October 22, 2018

Primary Account ▇▇▇▇▇ 1773

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001185 DRE 201 142 29618 NNNNNNNNNNN T  1 000000000 35 0000

MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ▇▇▇1773 | $5,315.36 | $979.03 |
| Chase Plus Savings | ▇▇▇5037 | 2,582.70 | 1,868.87 |
| **Total** | | **$7,898.06** | **$2,847.90** |
| | | | |
| **TOTAL  ASSETS** | | **$7,898.06** | **$2,847.90** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                     Account Number: ▇▇▇▇ 1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$5,315.36** |
| Deposits and Additions | 8,672.29 |
| Checks Paid | -605.00 |
| ATM & Debit Card Withdrawals | -777.80 |
| Electronic Withdrawals | -11,600.82 |
| Fees | -25.00 |
| **Ending Balance** | **$979.03** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.53 |

Page 1 of 4



September 25, 2018 through October 22, 2018
Primary Account: ████████1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|-------|
| 10/01 | Paypal | Verifybank | PPD ID: Paypalrd33 | $0.18 |
| 10/01 | Paypal | Verifybank | PPD ID: Paypalrd33 | 0.01 |
| 10/04 | Eagle Protective Direct Dep | | PPD ID: 9111111101 | 2,636.04 |
| 10/17 | ATM Cash Deposit | 10/17 14250 Marsh Ln Addison TX Card 3110 | | 3,400.00 |
| 10/18 | Eagle Protective Direct Dep | | PPD ID: 9111111101 | 2,636.04 |
| 10/22 | Interest Payment | | | 0.02 |
| **Total Deposits and Additions** | | | | **$8,672.29** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 906  ^ | | 10/15 | S500.00 |
| 1761  * ^ | | 10/01 | 105.00 |
| **Total Checks Paid** | | | **$605.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/25 | Card Purchase | 09/24 Sq *Kabobi Fresh Medite Richardson TX Card 3110 | $22.98 |
| 10/01 | Card Purchase | 09/29 Cmsvend*Cv Dallas Dallas TX Card 3110 | 1.50 |
| 10/01 | Card Purchase | 09/29 Qt 892    08008922 Plano TX Card 3110 | 6.47 |
| 10/01 | Card Purchase | 09/30 Paypal *Tjsle93 402-935-7733 CA Card 3110 | 185.52 |
| 10/01 | Card Purchase With Pin | 09/30 Wal-Mart #5673 Sachse TX Card 3110 | 25.12 |
| 10/04 | Card Purchase | 10/03 Pizza Hut 034932 Allen TX Card 3110 | 27.70 |
| 10/05 | Card Purchase | 10/05 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 2.15 |
| 10/09 | Card Purchase With Pin | 10/07 Kroger Fuel Ctr Wylie TX Card 3110 | 63.73 |
| 10/09 | Card Purchase | 10/08 Whataburger 975 Murphy TX Card 3110 | 9.23 |
| 10/10 | Card Purchase | 10/09 91272 Dallas On Street Dallas TX Card 3110 | 1.50 |
| 10/15 | Card Purchase | 10/12 Paypal *Farva106 402-935-7733 CA Card 3110 | 324.44 |
| 10/17 | Card Purchase | 10/17 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 5.40 |
| 10/18 | Card Purchase With Pin | 10/18 Racetrac 93 Allen TX Card 3110 | 8.52 |
| 10/22 | Card Purchase | 10/18 Fort Worth Zoo - Rev Fort Worth TX Card 3110 | 33.00 |
| 10/22 | Card Purchase | 10/20 Little Greek Carrollton TX Card 3110 | 27.55 |
| 10/22 | Card Purchase | 10/22 Taste of Thai Plano TX Card 3110 | 32.99 |
| **Total ATM & Debit Card Withdrawals** | | | **$777.80** |

**SB1217566-F1**

1374



September 25, 2018 through October 22, 2018
Primary Account: ███████1773



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/25 | U.S. Bank N.A.    Payment    000000515313653 Tel ID: 5551540853 | $1,120.48 |
| 09/25 | Grayson-Collin    Elec Paymt        PPD ID: 1750300645 | 283.90 |
| 09/26 | Simmons Bank - L Tel Pmts  Z2S7        Tel ID: 1710162300 | 2,406.74 |
| 10/01 | Paypal        Verifybank        PPD ID: Paypalrd33 | 0.19 |
| 10/03 | Stream Energy    Utility    7753836        Web ID: 0000007041 | 22.89 |
| 10/04 | Quickpay With Zelle Payment To Mohammad  7547641555 | 1.00 |
| 10/04 | Quickpay With Zelle Payment To Mohammad  7547644692 | 140.00 |
| 10/09 | Coserv Od Cw Aw  Bill Pay  11402609591    Web ID: 7529027011 | 34.00 |
| 10/10 | Farmers N W Life Ins. Prem        PPD ID: 9893570001 | 600.00 |
| 10/10 | Atmos Energy Rcr UTIL Pymt        PPD ID: 9000000091 | 45.25 |
| 10/11 | Citi Autopay    Payment    082774323662596 Tel ID: Citicardap | 207.61 |
| 10/11 | Chase Credit Crd Autopay    00000000215836 PPD ID: 4760039224 | 25.00 |
| 10/16 | City of Parker    Parker        PPD ID: 751382954 | 166.64 |
| 10/16 | Nafmd        Phonecheck        Tel ID: 3383693141 | 39.95 |
| 10/19 | Affiliated Bank  1 Time Dft 0073249344    Web ID: 9Dft4 | 4,000.43 |
| 10/22 | Simmons Bank - L Tel Pmts  Z5V7        Tel ID: 1710162300 | 2,406.74 |
| 10/22 | Nordstrom    Payment    043000094169296 Tel ID: 9044013366 | 100.00 |
| **Total Electronic Withdrawals** | | **$11,600.82** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/22 | Monthly Service Fee | $25.00 |
| **Total Fees** | | **$25.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid
this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was S5,147.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR**, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | S170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees



September 25, 2018 through October 22, 2018
Primary Account  1773

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                      Account Number: ████████5037

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $2,582.70 |
| Deposits and Additions | 2,786.17 |
| Other Withdrawals | -3,500.00 |
| Ending Balance | $1,868.87 |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.05 |
| Interest Paid Year-to-Date | $2.17 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | Beginning Balance | | | $2,582.70 |
| 10/05 | Helping Restore Payroll | PPD ID: 9751562334 | 1,451.47 | 4,034.17 |
| 10/11 | 10/11 Withdrawal | | -3,500.00 | 534.17 |
| 10/19 | Helping Restore Payroll | PPD ID: 9751562334 | 1,334.65 | 1,868.82 |
| 10/22 | Interest Payment | | 0.05 | 1,868.87 |
|  | Ending Balance | | | $1,868.87 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3400.00**

**Posting Date: 17-Oct-18**

**Sequence Number: 001070632828**

We can't complete your request because electronic transactions, like this one, do not
have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3400.00**

**Posting Date: 17-Oct-18**

**Sequence Number: 001070632829**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**CHASE** ⬢

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 23, 2018 through November 23, 2018
Primary Account: ███████1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001168 DRE 201 142 32818 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



### We're updating our Safe Deposit Box Lease Agreement

The following updates will go into effect on your annual renewal date in 2019:

- We added language to explain our duty to act in good faith and with reasonable care. We also clarified that any provision in the agreement is enforceable to the fullest extent permitted by law. (Limitation of Liability)
- We've updated the contact information (phone numbers and email addresses) for filing an arbitration claim. (Arbitration, How do I file an arbitration claim?)
- We may use your voice to verify your identity. (Telephone and Electronic Communication)
- We will notify you in advance of any changes to the Agreement that would adversely affect you, unless the change is necessary to comply with a legal requirement. (Changes to the Agreement, previously Change in Terms)

If you would like a copy of the current agreement or have any questions, please call or stop by the branch where your box is located.

### CONSOLIDATED BALANCE SUMMARY

#### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████1773 | $979.03 | $2,415.78 |
| Chase Plus Savings | ████5037 | 1,868.87 | 506.13 |
| **Total** | | **$2,847.90** | **$2,921.91** |
| | | | |
| **TOTAL  ASSETS** | | **$2,847.90** | **$2,921.91** |

Page 1 of 6



October 23, 2018 through November 23, 2018
Primary Account: ████1773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                          Account Number: ████1773

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$979.03** |
| Deposits and Additions | 12,772.10 |
| Checks Paid | -690.00 |
| ATM & Debit Card Withdrawals | -1,024.95 |
| Electronic Withdrawals | -9,595.40 |
| Fees | -25.00 |
| **Ending Balance** | **$2,415.78** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.55 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | Online Transfer From Mma ...5037 Transaction#: 7609020998 | $1,500.00 |
| 11/01 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,636.04 |
| 11/15 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,636.04 |
| 11/19 | Deposit      1002772261 | 3,500.00 |
| 11/19 | Online Transfer From Mma ...5037 Transaction#: 7679047248 | 2,000.00 |
| 11/23 | Quickpay With Zelle Payment From Guy G Cannon 7691257773 | 500.00 |
| 11/23 | Interest Payment | 0.02 |
| **Total Deposits and Additions** | | **$12,772.10** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 907  ^ | | 11/13 | $500.00 |
| 1075  * ^ | | 11/21 | 25.00 |
| 1160  * ^ | | 10/23 | 25.00 |
| 1572  * ^ | | 11/19 | 50.00 |
| 1762  * ^ | | 11/16 | 90.00 |
| **Total Checks Paid** | | | **$690.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

Page 2 of 6



October 23, 2018 through November 23, 2018
Primary Account: ████████1773



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/23 | Card Purchase    10/22 Subway    00102194 Addison TX Card 3110 | $6.26 |
| 10/23 | Card Purchase    10/22 Coconut Thai Grill 724-2831878 TX Card 3110 | 20.40 |
| 10/23 | Non-Chase ATM Withdraw  10/23 1921 North Pleno Road Garlan TX Card 3110 | 142.80 |
| 10/23 | Non-Chase ATM Withdraw  10/23 1921 North Pleno Road Garlan TX Card 3110 | 122.40 |
| 10/26 | Card Purchase With Pin  10/26 Wm Supercenter # Lucas TX Card 3110 | 22.10 |
| 10/29 | Card Purchase    10/26 Ntta Call Center 972-818-6882 TX Card 3110 | 205.29 |
| 10/29 | Card Purchase    10/27 India Chaat Cafe Dallas TX Card 3110 | 25.71 |
| 10/29 | Card Purchase    10/27 Cmsvend*Cv Dallas Dallas TX Card 3110 | 1.25 |
| 10/29 | Card Purchase With Pin  10/28 Wal Wal-Mart Super 941 Lucas TX Card 3110 | 20.41 |
| 10/29 | Card Purchase With Pin  10/28 7-Eleven Richardson TX Card 3110 | 8.55 |
| 10/30 | Card Purchase    10/29 Shilam Inc - Cloan N Sh Dallas TX Card 3110 | 6.00 |
| 11/05 | Card Purchase    11/03 Wendy's #11493 Lucas TX Card 3110 | 4.32 |
| 11/05 | Card Purchase    11/05 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 2.15 |
| 11/13 | Card Purchase    11/10 360 Pies (Allen TX) AL Rochester NY Card 3110 | 26.03 |
| 11/15 | Card Purchase    11/13 The Home Depot #6502 Allen TX Card 3110 | 405.88 |
| 11/19 | Card Purchase    11/17 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 5.40 |
| **Total ATM & Debit Card Withdrawals** | | **$1,024.95** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/23 | Grayson-Collin  Elec Paymt    PPD ID: 1750300645 | $225.07 |
| 10/29 | TD Auto Finance  Bill Pay  10284161181    Tel ID: 7529150911 | 579.71 |
| 10/30 | U.S. Bank N.A.    Payment    000000515313653 Tel ID: 5551540853 | 560.24 |
| 11/02 | Kohl's Dept Strs Chg Pymt  043000095232410 Web ID: 9044021343 | 101.60 |
| 11/07 | Atmos Energy Rcr UTIL Pymt      PPD ID: 9000000091 | 51.10 |
| 11/09 | Coserv Od Cw Aw  Bill Pay  11471083321    Web ID: 7529027011 | 64.00 |
| 11/13 | Farmers N W Life Ins. Prem      PPD ID: 9893570001 | 600.00 |
| 11/13 | Citi Autopay    Payment    082802870653291 Tel ID: Citicardap | 197.59 |
| 11/13 | Chase Credit Crd Autopay      PPD ID: 4760039224 | 68.00 |
| 11/14 | Quickpay With Zelle Payment To Ashfaq Bhai Money Transfer Jpm188019131 | 348.00 |
| 11/16 | Simmons Bank - L Tel Pmts  83X7      Tel ID: 1710162300 | 2,418.74 |
| 11/16 | City of Parker  Parker      PPD ID: 751382954 | 172.35 |
| 11/16 | Nafmd    Phonecheck    Tel ID: 3383693141 | 39.95 |
| 11/19 | Stream Energy  Utility  6941401    Web ID: 0000007041 | 22.89 |
| 11/21 | Affiliated Bank  1 Time Dft 0073249344    Web ID: 9Dft4 | 4,000.43 |
| 11/23 | Grayson-Collin  Elec Paymt      PPD ID: 1750300645 | 145.73 |
| **Total Electronic Withdrawals** | | **$9,595.40** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/23 | Monthly Service Fee | $25.00 |
| **Total Fees** | | **$25.00** |

Page 3 of 6

**SB1217566-F1**    1383

**CHASE �»**

October 23, 2018 through November 23, 2018
Primary Account: ████████1773

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account. Here are the two ways you can avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $3,451.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                    Account Number: ███████5037

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,868.87** |
| Deposits and Additions | 2,137.26 |
| Electronic Withdrawals | -3,500.00 |
| **Ending Balance** | **$506.13** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $2.20 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

Page 4 of 6



October 23, 2018 through November 23, 2018
Primary Account: ●●●●●●●●●●1773

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| | Beginning Balance | | | $1,868.87 |
| 10/26 | 10/26 Online Transfer To Chk ...1773 Transaction#: 7609020998 | | -1,500.00 | 368.87 |
| 11/02 | Helping Restore  Payroll | PPD ID: 9751562334 | 1,068.62 | 1,437.49 |
| 11/16 | Helping Restore  Payroll | PPD ID: 9751562334 | 1,068.61 | 2,506.10 |
| 11/19 | 11/19 Online Transfer To Chk ...1773 Transaction#: 7679047248 | | -2,000.00 | 506.10 |
| 11/23 | Interest Payment | | 0.03 | 506.13 |
| | Ending Balance | | | $506.13 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 5 of 6

**SB1217566-F1**                    1385

**CHASE** ⬡        **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

Today's Date / Fecha

R/T 500001020

Customer Name *(Please Print)/Nombre del cliente (en letra de molde)*

Muhammad Siddiqui

CASH/ EFECTIVO ▶

Sign Here *(If cash is received from this deposit)/*
Firme aquí *(si recibe efectivo de este depósito)* -----

X

N13062-CH (Rev. 07/12)    80253310    07/18

CHECK/ CHEQUE ▶

TOTAL FROM OTHER SIDE/ TOTAL DEL REVERSO ▶

SUBTOTAL ▶

Start your account number here /
▼ Empiece su número de cuenta aquí

LESS CASH/ MENOS EFECTIVO RECIBIDO ▶

1773

TOTAL **$**

352.

352.

⑅ ⑈⑈100277226⑈⑈ ⑆500001020⑆

JPMorganChaseBank 111907 741866 937430025014





**CHASE ◻**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 24, 2018 through December 21, 2018
Primary Account: ▇▇▇▇▇▇▇1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001175 DRE 201 142 35618 NNNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## We updated our Deposit Account and Wire Transfer Agreements

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:
    - We added a section to describe our new Autosave feature, which allows you to make automatic transfers from your checking account to your savings account. (New section in General Account Terms, Section B, Autosave feature)
    - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
    - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:
    - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
    - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services.**

If you have questions, please call us anytime at the number on your statement.

Page 1 of 6

**CHASE ◻**

November 24, 2018 through December 21, 2018

Primary Account: ▮▮▮▮1773

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ▮▮▮1773 | $2,415.78 | $483.74 |
| Chase Plus Savings | ▮▮5037 | 506.13 | 1,044.35 |
| **Total** | | **$2,921.91** | **$1,528.09** |
| | | | |
| **TOTAL  ASSETS** | | **$2,921.91** | **$1,528.09** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                  Account Number: ▮▮▮▮▮1773

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$2,415.78** |
| Deposits and Additions | 10,772.10 |
| Checks Paid | -549.00 |
| ATM & Debit Card Withdrawals | -164.05 |
| Electronic Withdrawals | -11,966.09 |
| Fees | -25.00 |
| **Ending Balance** | **$483.74** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.57 |

Your account ending in 5037 is linked to this account for overdraft protection.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/29 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,636.04 |
| 12/13 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,636.04 |
| 12/17 | ATM Cash Deposit | 12/17 14250 Marsh Ln Addison TX Card 3110 | 4,000.00 |
| 12/18 | Online Transfer From Mma ...5037 Transaction#: 7766788316 | | 1,500.00 |
| 12/21 | Interest Payment | | 0.02 |
| **Total Deposits and Additions** | | | **$10,772.10** |

Page 2 of 6



November 24, 2018 through December 21, 2018
Primary Account: ███████1773



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 908  ^ | | 12/13 | $500.00 |
| 1016  * ^ | | 12/21 | 25.00 |
| 1770  * ^ | | 12/19 | 24.00 |
| **Total Checks Paid** | | | **$549.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/26 | Card Purchase | 11/25 Wendy's #2102 Richardson TX Card 3110 | $7.76 |
| 11/28 | Card Purchase | 11/28 Intuit *Quickbooks Se 800-446-8848 CA Card 3110 | 3.20 |
| 12/03 | Card Purchase | 12/02 Borders Almaya Internat Dubai Card 3110 | 56.28 |
| 12/05 | Card Purchase | 12/05 Apl*Itunes.Com/Bill 800-275-2273 CA Card 3110 | 2.15 |
| 12/17 | Card Purchase | 12/15 Expedia 7398342183681 Expedia.Com WA Card 3110 | 89.26 |
| 12/17 | Card Purchase | 12/17 Apl*Itunes.Com/Bill 800-275-2273 CA Card 3110 | 5.40 |
| **Total ATM & Debit Card Withdrawals** | | | **$164.05** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | 11/24 Payment To Chase Card Ending IN 7597 | $500.00 |
| 11/28 | U.S. Bank N.A.   Payment   000000515313653 Tel ID: 5551540853 | 560.24 |
| 11/29 | TD Auto Finance  Bill Pay   10467940221     Tel ID: 7529150911 | 579.71 |
| 11/29 | Nordstrom       Payment   043000095727154 Web ID: 9044022131 | 164.98 |
| 12/03 | Stream Energy    Utility   7581895       Web ID: 0000007041 | 22.89 |
| 12/06 | Atmos Energy Rcr UTIL Pymt       PPD ID: 9000000091 | 73.47 |
| 12/07 | Coserv Od Cw Aw  Bill Pay  11527362141     Web ID: 7529027011 | 132.00 |
| 12/10 | 12/08 Payment To Chase Card Ending IN 7597 | 2,000.00 |
| 12/10 | Farmers N W Life Ins. Prem       PPD ID: 9893570001 | 600.00 |
| 12/11 | Citi Autopay     Payment   082827105461834 Tel ID: Citicardap | 217.00 |
| 12/17 | City of Parker  Parker       PPD ID: 751382954 | 156.68 |
| 12/18 | Nafmd       Phonecheck       Tel ID: 3383693141 | 39.95 |
| 12/19 | Affiliated Bank  1 Time Dft 0073249344     Web ID: 9Dft4 | 4,000.43 |
| 12/19 | Simmons Bank - L Tel Pmts  M7Z7       Tel ID: 1710162300 | 2,418.74 |
| 12/21 | 12/21 Payment To Chase Card Ending IN 7597 | 500.00 |
| **Total Electronic Withdrawals** | | **$11,966.09** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | Monthly Service Fee | $25.00 |
| **Total Fees** | | **$25.00** |

Page 3 of 6



November 24, 2018 through December 21, 2018
Primary Account: ████████1773

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $3,960.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                     Account Number: ████████5037

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$506.13** |
| Deposits and Additions | 2,038.22 |
| Electronic Withdrawals | -1,500.00 |
| **Ending Balance** | **$1,044.35** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $2.23 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

Page 4 of 6



November 24, 2018 through December 21, 2018
Primary Account: ██████ 1773



## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | $506.13 |
| 11/30 | Helping Restore Payroll | PPD ID: 9751562334 | **1,068.62** | 1,574.75 |
| 12/14 | Helping Restore Payroll | PPD ID: 9751562334 | **969.57** | 2,544.32 |
| 12/18 | 12/18 Online Transfer To Chk ...1773 Transaction#: 7766788316 | | -1,500.00 | 1,044.32 |
| 12/21 | Interest Payment | | **0.03** | 1,044.35 |
| | **Ending Balance** | | | **$1,044.35** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a
qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $4000.00**

**Posting Date: 17-Dec-18**

**Sequence Number: 001680666098**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $4000.00**

**Posting Date: 17-Dec-18**

**Sequence Number: 001680666099**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.



# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 22, 2018 through January 23, 2019
Primary Account: ████████21773



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001187 DRE 201 142 02419 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412

**We are clarifying the fee for incoming wires**

On March 17, 2019, we're updating the document explaining our Additional Banking Services and Fees to clarify that the fee for an incoming wire is $0 if it is sent from another Chase account with the help of a Chase banker or through chase.com or the Chase Mobile® app.

As a reminder, our standard fee to receive a wire is $15, however, some of our products do not charge this fee.

Please call the number on this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████1773 | $483.74 | $592.95 |
| Chase Plus Savings | 5037 | 1,044.35 | 32.60 |
| **Total** | | **$1,528.09** | **$625.55** |
| **TOTAL  ASSETS** | | **$1,528.09** | **$625.55** |

Page 1 of 6



December 22, 2018 through January 23, 2019
Primary Account ▮▮▮▮1773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number: ▮▮▮▮1773

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$483.74** |
| Deposits and Additions | 30,988.92 |
| Checks Paid | -525.00 |
| ATM & Debit Card Withdrawals | -527.93 |
| Electronic Withdrawals | -22,271.78 |
| Other Withdrawals | -7,500.00 |
| Fees | -55.00 |
| **Ending Balance** | **$592.95** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.03 |

Your account ending in 5037 is linked to this account for overdraft protection.

Interest paid in 2018 for account ▮▮▮▮1773 was $0.57.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/27 | Eagle Protective Direct Dep          PPD ID: 9111111101 | $2,636.04 |
| 01/04 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Inc AZ & Hiba Entertainment US Ref: Chase Nyc/Ctr/Bnf=Muhammad N Siddiqi Mesquite, TX 75150/Ac-00000001596 9 Rfb=Ow00000362472516 Obi=For Soun D Payment For Daisy Shah Concert Imad: 010411B7032R004317 Trn: 1400009004Ff | 9,500.00 |
| 01/07 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Inc AZ & Hiba Entertainment US Ref: Chase Nyc/Ctr/Bnf=Muhammad N Siddiqi Mesquite, TX 75150/Ac-00000001596 9 Rfb=Ow00000363206692 Obi=For Banq Uet Hall Imad: 010711B7033R001910 Trn: 0581809007Ff | 8,000.00 |
| 01/10 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,641.38 |
| 01/14 | Card Purchase Return    01/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 6.47 |
| 01/14 | Online Transfer From Mma ...5037 Transaction#: 7842329211 | 300.00 |
| 01/15 | Online Transfer From Mma ...5037 Transaction#: 7848982164 | 2,500.00 |
| 01/16 | Quickpay With Zelle Payment From Guy G Cannon 7853271511 | 500.00 |
| 01/17 | Deposit     1811403140 | 4,500.00 |
| 01/17 | Quickpay With Zelle Payment From Laura Moonan Wfct05P35H36 | 5.00 |
| 01/22 | Quickpay With Zelle Payment From Laura Moonan Wfct05Pcpmxq | 400.00 |
| 01/23 | Interest Payment | 0.03 |
| **Total Deposits and Additions** | | **$30,988.92** |

Page 2 of 6



December 22, 2018 through January 23, 2019
Primary Account: ████████ 21773

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 909 ^ | | 01/14 | S500.00 |
| 1202 * ^ | | 01/22 | 25.00 |
| **Total Checks Paid** | | | **$525.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | Card Purchase      01/05 Apl*Itunes.Com/Bill 800-275-2273 CA Card 3110 | S2.15 |
| 01/07 | ATM Withdrawal      01/07 3047 Old Denton Rd Carrollton TX Card 3110 | 500.00 |
| 01/09 | Card Purchase      01/09 Apl* Itunes.Com/Bill 866-712-7753 CA Card 3110 | 6.47 |
| 01/22 | Card Purchase      01/19 Whataburger 1009 Plano TX Card 3110 | 4.81 |
| 01/22 | Card Purchase      01/20 Bilad Bakery & Restaura Richardson TX Card 3110 | 9.43 |
| 01/22 | Card Purchase      01/20 Wendy's #2102 Richardson TX Card 3110 | 5.07 |
| **Total ATM & Debit Card Withdrawals** | | **$527.93** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/27 | Grayson-Collin  Elec Paymt      PPD ID: 1750300645 | S142.45 |
| 01/02 | Stream Energy  Utility  9889990      Web ID: 0000007041 | 0.10 |
| 01/07 | American Express ACH Pmt   W5730      Web ID: 2005032111 | 2,000.00 |
| 01/07 | TD Auto Finance  Bill Pay  11586633331      Web ID: 7529150911 | 579.71 |
| 01/07 | U.S. Bank N.A.  Payment   000000515313653 Tel ID: 5551540853 | 560.24 |
| 01/07 | Coserv Od Cw Aw  Bill Pay  11590637381      Web ID: 7529027011 | 202.00 |
| 01/08 | Atmos Energy Rcr UTIL Pymt      PPD ID: 9000000091 | 109.55 |
| 01/10 | American Express ACH Pmt   W9978      Web ID: 2005032111 | 8,164.91 |
| 01/11 | Citi Autopay     Payment   082854711120655 Tel ID: Citicardap | 204.59 |
| 01/14 | 01/12 Payment To Chase Card Ending IN 7597 | 500.00 |
| 01/14 | Quickpay With Zelle Payment To Mir Mohsin Jpm200779996 | 1.00 |
| 01/14 | Quickpay With Zelle Payment To Mir Mohsin Jpm200780265 | 1,999.00 |
| 01/14 | American Express ACH Pmt   W6998      Web ID: 2005032111 | 178.67 |
| 01/15 | American Express ACH Pmt      PPD ID: 9493560001 | 500.00 |
| 01/16 | Discover      E-Payment  5319      Web ID: 2510020270 | 546.00 |
| 01/16 | City of Parker   Parker      PPD ID: 751382954 | 124.44 |
| 01/16 | Nafmd      Phonecheck      Tel ID: 3383693141 | 39.95 |
| 01/22 | Affiliated Bank  1 Time Dft 0073249344      Web ID: 9Dlt4 | 4,000.43 |
| 01/22 | Simmons Bank - L Tel Pmts  R818      Tel ID: 1710162300 | 2,418.74 |
| **Total Electronic Withdrawals** | | **$22,271.78** |

Page 3 of 6



December 22, 2018 through January 23, 2019
Primary Account: ███████1773

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04 | 01/04 Withdrawal | $7,500.00 |
| **Total Other Withdrawals** | | **$7,500.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04 | Domestic Incoming Wire Fee | $15.00 |
| 01/07 | Domestic Incoming Wire Fee | 15.00 |
| 01/23 | Monthly Service Fee | 25.00 |
| **Total Fees** | | **$55.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.
* **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $5,035.00)

  *Talk to a banker about transferring your balances to Chase today!*

* **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                        Account Number: ███████5037

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$1,044.35** |
| Deposits and Additions | 1,788.25 |
| Electronic Withdrawals | -2,800.00 |
| **Ending Balance** | **$32.60** |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.04 |

Interest paid in 2018 for account 000001835055037 was $2.23.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

Page 4 of 6



December 22, 2018 through January 23, 2019
Primary Account: ████████1773

## TRANSACTION DETAIL



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $1,044.35 |
| 12/28 | Helping Restore Payroll | PPD ID: 9751562334 | 861.09 | 1,905.44 |
| 01/11 | Helping Restore Payroll | PPD ID: 9751562334 | 927.12 | 2,832.56 |
| 01/14 | 01/13 Online Transfer To Chk ...1773 Transaction#: 7842329211 | | -300.00 | 2,532.56 |
| 01/15 | 01/15 Online Transfer To Chk ...1773 Transaction#: 7848982164 | | -2,500.00 | 32.56 |
| 01/23 | Interest Payment | | 0.04 | 32.60 |
| | Ending Balance | | | $32.60 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a
qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** ⬢                    **DEPOSIT**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date
1/17/19

Customer Name (Please Print)
MUHAMMAD SIDDIQI

CASH ▶

CHECK ▶

4520. —

Sign Here (If cash is received from this deposit) - - - - - - - -
X

TOTAL FROM OTHER SIDE ▶

N13060-CH (Rev 07/12)   80196769   06/18

SUBTOTAL ▶

CASH BACK ▶

▼ Start your account number here

1 773

TOTAL $

4520. —

⑈1811403140⑈ ⑆500001020⑇

**12-Apr-21**

**12Apr21-2530**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 17-Jan-19**

**Sequence number 005570578025**

**Amount 4500.00**

**Account Number 1773**

**Date Request Received 12-Apr-21**

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 24, 2019 through February 22, 2019
Primary Account: ▮▮▮▮▮1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001127 DRE 201 142 05419 NNNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 1773 | $592.95 | $4,412.56 |
| Chase Plus Savings | 5037 | 32.60 | 32.60 |
| **Total** | | **$625.55** | **$4,445.16** |
| **TOTAL ASSETS** | | **$625.55** | **$4,445.16** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                        Account Number: ▮▮▮▮1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$592.95** |
| Deposits and Additions | 18,927.16 |
| Checks Paid | -525.00 |
| ATM & Debit Card Withdrawals | -197.58 |
| Electronic Withdrawals | -14,359.97 |
| Fees | -25.00 |
| **Ending Balance** | **$4,412.56** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.06 |

Your account ending in 5037 is linked to this account for overdraft protection.

Interest paid in 2018 for account▮▮▮▮▮▮▮▮▮773 was $0.57.

Page 1 of 4



January 24, 2019 through February 22, 2019
Primary Account: ▮▮▮▮1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/24 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,641.38 |
| 02/07 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,641.38 |
| 02/13 | Deposit     1010962973 | | 2,502.99 |
| 02/14 | ATM Cash Deposit     02/13 161 W Spring Creek Pkwy Plano TX Card 3110 | | 3,000.00 |
| 02/15 | Deposit     1002766536 | | 500.00 |
| 02/19 | Deposit     1848624894 | | 5,000.00 |
| 02/21 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,641.38 |
| 02/22 | Interest Payment | | 0.03 |
| **Total Deposits and Additions** | | | **$18,927.16** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 910  ^ | | 02/13 | $500.00 |
| 1237  * ^ | | 02/21 | 25.00 |
| **Total Checks Paid** | | | **$525.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/28 | Card Purchase     01/27 Sq *Kabobi Fresh Medite Richardson TX Card 3110 | | $74.65 |
| 02/19 | Card Purchase     02/14 Oss Academy 281-288-9190 TX Card 3110 | | 35.00 |
| 02/19 | Card Purchase     02/15 Coconut Thai Grill 724-2831878 TX Card 3110 | | 45.46 |
| 02/19 | Card Purchase     02/16 Pinstack-3, LLC Allen TX Card 3110 | | 11.00 |
| 02/19 | Card Purchase     02/16 Pinstack-3, LLC Allen TX Card 3110 | | 10.00 |
| 02/20 | Card Purchase With Pin  02/20 Kroger 0544 Allen TX Card 3110 | | 21.47 |
| **Total ATM & Debit Card Withdrawals** | | | **$197.58** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/24 | Grayson-Collin  Elec Paymt     PPD ID: 1750300645 | | $133.94 |
| 02/04 | 02/04 Payment To Chase Card Ending IN 7597 | | 200.00 |
| 02/04 | U.S. Bank N.A.  Payment   000000515313653 Tel ID: 5551540853 | | 588.25 |
| 02/05 | TD Auto Finance  Bill Pay  10619019131     Tel ID: 7529150911 | | 608.70 |
| 02/05 | Stream Energy     Utility  6819240     Web ID: 0000007041 | | 22.89 |
| 02/08 | Atmos Energy Rcr UTIL Pymt     PPD ID: 9000000091 | | 135.92 |
| 02/11 | Coserv Od Cw Aw  Bill Pay  11665201931     Web ID: 7529027011 | | 250.00 |
| 02/12 | Citi Autopay     Payment  082882359970021 Tel ID: Citicardap | | 209.62 |
| 02/15 | Simmons Bank - L Tel Pmts  H238     Tel ID: 1710162300 | | 2,418.74 |
| 02/15 | Atmos Energy Sgl UTIL Pymt     PPD ID: 9000000090 | | 612.22 |
| 02/19 | American Express ACH Pmt     W4188     Web ID: 2005032111 | | 4,500.00 |

Page 2 of 4



January 24, 2019 through February 22, 2019
Primary Account: 1773



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/19 | Affiliated Bank 1 Time Dft 0073249344 | Web ID: 9Dft4 | 4,000.43 |
| 02/19 | American Express ACH Pmt | PPD ID: 9493560001 | 500.00 |
| 02/19 | City of Parker Parker | PPD ID: 751382954 | 139.31 |
| 02/19 | Nafmd Phonecheck | Tel ID: 3383693141 | 39.95 |
| **Total Electronic Withdrawals** | | | **$14,359.97** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/22 | Monthly Service Fee | $25.00 |
| **Total Fees** | | **$25.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account. Here are the two ways you can avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was S3,720.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                                 Account Number: ▮▮▮▮5037

### SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| | **AMOUNT** |
| **Beginning Balance** | **$32.60** |
| **Ending Balance** | **$32.60** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | S0.04 |

Interest paid in 2018 for account ▮▮▮▮5037 was $2.23.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

Page 3 of 4





**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3000.00**

**Posting Date: 14-Feb-19**

**Sequence Number: 006670872221**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3000.00**

**Posting Date: 14-Feb-19**

**Sequence Number: 006670872222**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**CHASE** ⬡

# DEPOSIT

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date
2/16/19

Customer Name *(Please Print)*
MUHAMMAD SIDDIQI

CASH ▶

CHECK ▶

TOTAL FROM
OTHER SIDE ▶

Sign Here *(if cash is received from this deposit)* - - - - - - - -
X

SUBTOTAL ▶

N13060-CH (Rev. 07/12)   80365650   12/18

CASH BACK ▶

▼ Start your account number here

1773

TOTAL $

**DEPOSIT**

⑈ 18486 24894 ⑈  ⑆ 50000 10 20 ⑆

**12-Apr-21**

**12Apr21-2530**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 19-Feb-19**

**Sequence number 009670652514**

**Amount 5000.00**

**Account Number 1773**

**Date Request Received 12-Apr-21**

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 23, 2019 through March 21, 2019
Primary Account: ████████1773



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001119 DRE 201 142 08119 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | █1773 | $4,412.56 | $3,096.98 |
| Chase Plus Savings | █5037 | 32.60 | 32.60 |
| **Total** | | **$4,445.16** | **$3,129.58** |

| | | | |
|---|---|---|---|
| **TOTAL  ASSETS** | | **$4,445.16** | **$3,129.58** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number: ████████1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,412.56** |
| Deposits and Additions | 10,782.79 |
| Checks Paid | -525.00 |
| ATM & Debit Card Withdrawals | -52.49 |
| Electronic Withdrawals | -11,495.88 |
| Fees | -25.00 |
| **Ending Balance** | **$3,096.98** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.09 |

Your account ending in 5037 is linked to this account for overdraft protection.

Interest paid in 2018 for account ████████773 was $0.57.

Page 1 of 4



February 23, 2019 through March 21, 2019
Primary Account: ████████21773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/07 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,641.38 |
| 03/18 | ATM Cash Deposit | 03/18 1204 Angel Pkwy Allen TX Card 3110 | 3,000.00 |
| 03/18 | ATM Cash Deposit | 03/16 161 W Spring Creek Pkwy Plano TX Card 3110 | 2,500.00 |
| 03/21 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,641.38 |
| 03/21 | Interest Payment | | 0.03 |
| **Total Deposits and Additions** | | | **$10,782.79** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 911  ^ | | 03/13 | $500.00 |
| 1296  * ^ | | 03/21 | 25.00 |
| **Total Checks Paid** | | | **$525.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/25 | Card Purchase      02/22 Chuck E Cheese  597 Allen TX Card 3110 | $10.33 |
| 03/11 | Card Purchase With Pin  03/10 Racetrac504 Dallas TX Card 3110 | 27.86 |
| 03/14 | Card Purchase      03/12 Dry Clean Super Center Allen TX Card 3110 | 14.30 |
| **Total ATM & Debit Card Withdrawals** | | **$52.49** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/25 | Grayson-Collin  Elec Paymt        PPD ID: 1750300645 | $139.90 |
| 03/04 | TD Auto Finance  Bill Pay  11710696991      Tel ID: 7529150911 | 579.71 |
| 03/04 | U.S. Bank N.A.  Payment   000000515313653 Tel ID: 5551540853 | 560.24 |
| 03/05 | Discover      Payments  5319      Web ID: 3510020270 | 283.00 |
| 03/05 | Nfm        Payment   Nfm Paydq      Web ID: 1490000027 | 208.00 |
| 03/06 | Stream Energy   Utility   2118820      Web ID: 0000007041 | 22.99 |
| 03/08 | Atmos Energy Rcr UTIL Pymt        PPD ID: 9000000091 | 110.47 |
| 03/11 | Coserv Od Cw Aw  Bill Pay   11726812671      Web ID: 7529027011 | 208.00 |
| 03/11 | Chase Credit Crd Autopay        PPD ID: 4760039224 | 167.00 |
| 03/12 | Citi Autopay      Payment   082906516230120 Tel ID: Citicardap | 209.05 |
| 03/15 | Cadence Bank      ACH    713-871-4012    Tel ID: 1640156695 | 1,909.09 |
| 03/18 | Simmons Bank - L Tel Pmts  4Y48      Tel ID: 1710162300 | 2,418.74 |
| 03/18 | American Express ACH Pmt        PPD ID: 9493560001 | 500.00 |





February 23, 2019 through March 21, 2019
Primary Account: ████████1773



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/18 | City of Parker   Parker | PPD ID: 751382954 | 139.31 |
| 03/18 | Nafmd          Phonecheck | Tel ID: 3383693141 | 39.95 |
| 03/20 | Affiliated Bank  1 Time Dft 0073249344 | Web ID: 9Dft4 | 4,000.43 |
| **Total Electronic Withdrawals** | | | **$11,495.88** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/21 | Monthly Service Fee | $25.00 |
| **Total Fees** | | **$25.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was S3,930.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI

Account Number: ████████5037

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| Beginning Balance | $32.60 |
| Ending Balance | $32.60 |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | S0.04 |

Interest paid in 2018 for account ████████5037 was $2.23.

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

Page 3 of 4

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

### Here is an update on your recent request for an image

### Amount: $3000.00

### Posting Date: 18-Mar-19

### Sequence Number: 007080920370

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3000.00**

**Posting Date: 18-Mar-19**

**Sequence Number: 007080920371**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $2500.00**

**Posting Date: 18-Mar-19**

**Sequence Number: 009070500580**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $2500.00**

**Posting Date: 18-Mar-19**

**Sequence Number: 009070500581**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.



**CHASE** ◐

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 22, 2019 through April 19, 2019
Primary Account: ▊▊▊▊▊1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001121 DRE 201 142 11019 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## We updated our disclosures

On March 17, 2019, we published an updated version of our Deposit Account Agreement and the document explaining our Additional Banking Services and Fees. You can get the latest agreements at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

- We're using a payment network that supports real-time payments. When you send or receive a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We've reduced the Chase wire fee to send an international wire in a foreign currency to S5 per transfer when you use chase.com or the Chase Mobile® app. As a reminder, there is no Chase wire fee when your transfer is equal to $5,000 U.S. dollars or more. Also, there is never a Chase wire fee to send a wire from a Chase Premier Plus Checking℠ with enhanced military benefits, Chase Sapphire℠ Checking, or Chase Private Client Checking℠ account.

Please call us at the number on this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ▊▊1773 | $3,096.98 | $1,667.52 |
| Chase Plus Savings | ▊▊5037 | 32.60 | 32.60 |
| **Total** | | **$3,129.58** | **$1,700.12** |
| | | | |
| **TOTAL  ASSETS** | | **$3,129.58** | **$1,700.12** |

Page 1 of 4



March 22, 2019 through April 19, 2019
Primary Account: ████████773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                  Account Number: ██████1773

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $3,096.98 |
| Deposits and Additions | 12,207.78 |
| Checks Paid | -4,681.17 |
| ATM & Debit Card Withdrawals | -7.03 |
| Electronic Withdrawals | -8,890.04 |
| Fees | -59.00 |
| Ending Balance | $1,667.52 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.11 |

Your account ending in 5037 is linked to this account for overdraft protection.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/25 | ATM Cash Deposit       03/25 14250 Marsh Ln Addison TX Card 3110 | | $3,000.00 |
| 04/04 | Eagle Protective Direct Dep       PPD ID: 9111111101 | | 2,641.38 |
| 04/17 | Deposit      1021391677 | | 3,925.00 |
| 04/18 | Eagle Protective Direct Dep       PPD ID: 9111111101 | | 2,641.38 |
| 04/19 | Interest Payment | | 0.02 |
| **Total Deposits and Additions** | | | **$12,207.78** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | | DATE PAID | AMOUNT |
|---|---|---|---|---|
| 912 ^ | | | 04/15 | $500.00 |
| 1769 * | Check # 1769      American Express Arc Pymt      Arc ID: 1199148000 | | 03/22 | 4,181.17 |
| **Total Checks Paid** | | | | **$4,681.17** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
  one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 2 of 4





March 22, 2019 through April 19, 2019
Primary Account: ███████1773



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/22 | Card Purchase        03/20 Chick-Fil-A  # 00878 Addison TX Card 3110 | $7.03 |
| **Total ATM & Debit Card Withdrawals** | | **$7.03** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/25 | Grayson-Collin   Elec Paymt          PPD ID: 1750300645 | $141.13 |
| 04/04 | Stream Energy    Utility   9819383        Web ID: 0000007041 | 23.09 |
| 04/05 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 168.06 |
| 04/08 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 89.98 |
| 04/09 | Coserv Od Aw Wal Bill Pay   11785987001      Web ID: 7529027011 | 160.00 |
| 04/11 | Citi Autopay      Payment   082932435031169 Tel ID: Citicardap | 195.71 |
| 04/11 | Chase Credit Crd Autopay    00000000230215 PPD ID: 4760039224 | 157.00 |
| 04/12 | U.S. Bank N.A.   Payment    000000515313653 Tel ID: 5551540853 | 560.24 |
| 04/16 | American Express ACH Pmt          PPD ID: 9493560001 | 500.00 |
| 04/16 | City of Parker   Parker          PPD ID: 751382954 | 139.31 |
| 04/16 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 93.27 |
| 04/16 | Nafmd          Phonecheck          Tel ID: 3383693141 | 39.95 |
| 04/16 | Stream Energy    Utility   8427999        Web ID: 0000007041 | 5.13 |
| 04/17 | Simmons Bank - L Tel Pmts  Dy68          Tel ID: 1710162300 | 2,418.74 |
| 04/17 | Nfm          Payment    Nfm Paydq        Web ID: 1490000027 | 398.00 |
| 04/19 | Affiliated Bank  1 Time Dft 0073249344      Web ID: 9Dft4 | 3,800.43 |
| **Total Electronic Withdrawals** | | **$8,890.04** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/22 | Insufficient Funds Fee For A $4,181.17 Item - Details: Check # 1769      American Express Arc Pymt        Arc ID: 1199148000 | $34.00 |
| 04/19 | Monthly Service Fee | 25.00 |
| **Total Fees** | | **$59.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $2,486.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR,** authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

*Page 3 of 4*



March 22, 2019 through April 19, 2019
Primary Account: ▮▮▮▮1773

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $34.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                    Account Number: ▮▮▮▮5037

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $32.60 |
| Ending Balance | $32.60 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.04 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4

**SB1217566-F1**                                                            1443

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3000.00**

**Posting Date: 25-Mar-19**

**Sequence Number: 003680185810**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3000.00**

**Posting Date: 25-Mar-19**

**Sequence Number: 003680185811**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 20, 2019 through May 21, 2019
Primary Account: ███████████1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001119 DRE 201 142 14219 NNNNNNNNNNN T 1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services**.

If you have questions, please call us anytime at the number on your statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 1773 | $1,667.52 | $2,680.47 |
| Chase Plus Savings | 5037 | 32.60 | 32.60 |
| **Total** | | **$1,700.12** | **$2,713.07** |
| | | | |
| **TOTAL ASSETS** | | **$1,700.12** | **$2,713.07** |

Page 1 of 6



April 20, 2019 through May 21, 2019
Primary Account: ▮▮▮▮▮21773

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                          Account Number: ▮▮▮▮▮21773

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,667.52** |
| Deposits and Additions | 21,517.03 |
| Checks Paid | -4,673.15 |
| ATM & Debit Card Withdrawals | -1,290.16 |
| Electronic Withdrawals | -9,715.77 |
| Other Withdrawals | -4,800.00 |
| Fees | -25.00 |
| **Ending Balance** | **$2,680.47** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | S0.13 |

Your account ending in 5037 is linked to this account for overdraft protection.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23 | Remote Online Deposit          1 | $1,428.00 |
| 04/23 | Deposit     1021537007 | 4.25 |
| 04/25 | Remote Online Deposit          1 | 3,925.00 |
| 05/02 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,641.38 |
| 05/06 | Quickpay With Zelle Payment From Guy G Cannon 8205273519 | 225.00 |
| 05/16 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,641.38 |
| 05/20 | ATM Cash Deposit          05/19 161 W Spring Creek Pkwy Plano TX Card 3110 | 2,500.00 |
| 05/20 | Remote Online Deposit          1 | 3,212.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 600.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 600.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 600.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 600.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 600.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 600.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 580.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 520.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 460.00 |
| 05/21 | ATM Cash Deposit          05/21 161 W Spring Creek Pkwy Plano TX Card 3110 | 380.00 |
| 05/21 | Interest Payment | 0.02 |
| **Total Deposits and Additions** | | **$21,517.03** |

Page 2 of 6





April 20, 2019 through May 21, 2019
Primary Account: ████████1773

## CHECKS PAID



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 913  ^ | | 05/13 | $500.00 |
| 1030  * ^ | | 05/21 | 26.48 |
| 1084  * ^ | | 04/23 | 25.00 |
| 1754  * ^ | | 04/29 | 370.00 |
| 1773  * ^ | | 05/08 | 65.00 |
| 1774  ^ | | 04/24 | 1,150.00 |
| 1775  ^ | | 04/25 | 2,471.67 |
| 1778  * ^ | | 05/20 | 65.00 |
| **Total Checks Paid** | | | **$4,673.15** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/22 | Card Purchase          04/20 Sayyad Mediterranean Ki Richardson TX Card 3110 | $26.63 |
| 04/29 | Card Purchase          04/28 Sq *Elegance By Monika Plano TX Card 3110 | 43.30 |
| 04/29 | Card Purchase With Pin  04/28 Wal Wal-Mart Super 552 Lucas TX Card 3110 | 117.79 |
| 04/29 | Card Purchase          04/29 Wal-Mart #5672 Lucas TX Card 3110 | 17.28 |
| 05/03 | Card Purchase With Pin  05/03 Racetrac 93 Allen TX Card 3110 | 20.79 |
| 05/06 | Card Purchase With Pin  05/04 Wal Wal-Mart Super 241 Lucas TX Card 3110 | 233.17 |
| 05/13 | Card Purchase          05/12 Kebab N Kurry, Inc Plano TX Card 3110 | 237.61 |
| 05/17 | Card Purchase With Pin  05/17 Bananarepublic US 8559 Frisco TX Card 3110 | 106.09 |
| 05/20 | Card Purchase          05/17 Nordstrom #0724 Frisco TX Card 3110 | 355.06 |
| 05/20 | Card Purchase          05/17 Nordstrom #0724 Frisco TX Card 3110 | 95.26 |
| 05/20 | Card Purchase          05/17 Panda Express #1951 Frisco TX Card 3110 | 18.84 |
| 05/20 | Card Purchase          05/17 Auntie Anne's TX174 Frisco TX Card 3110 | 6.36 |
| 05/20 | Card Purchase          05/19 Taco Bell 035444 Dallas TX Card 3110 | 11.98 |
| **Total ATM & Debit Card Withdrawals** | | **$1,290.16** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/22 | Quickpay With Zelle Payment To Guy Cannon  8157227765 | $300.00 |
| 04/24 | Grayson-Collin  Elec Paymt          PPD ID: 1750300645 | 122.21 |
| 04/29 | Quickpay With Zelle Payment To Tovar Frankarlos  8175356839 | 1.00 |
| 04/29 | Quickpay With Zelle Payment To Tovar Frankarlos  8175360053 | 500.00 |
| 04/29 | Discover       E-Payment  5319     Web ID: 2510020270 | 134.07 |
| 05/03 | U.S. Bank N.A.  Payment   000000515313653 Tel ID: 5551540853 | 588.25 |
| 05/03 | Nfm         Payment          PPD ID: 1490000027 | 199.00 |
| 05/09 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 44.14 |
| 05/10 | Coserv Od Ow Aw  Bill Pay  11849479441     Web ID: 7529027011 | 78.00 |
| 05/13 | Quickpay With Zelle Payment To Tovar Frankarlos  8220515871 | 100.00 |
| 05/13 | Citi Autopay     Payment   082958354771892 Tel ID: Citicardap | 198.03 |

Page 3 of 6



April 20, 2019 through May 21, 2019
Primary Account: ███████1773

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | Chase Credit Crd Autopay          PPD ID: 4760039224 | 169.00 |
| 05/16 | Simmons Bank - L Tel Pmts   Tr88          Tel ID: 1710162300 | 2,418.74 |
| 05/16 | American Express ACH Pmt          PPD ID: 9493560001 | 500.00 |
| 05/16 | City of Parker  Parker          PPD ID: 751382954 | 139.31 |
| 05/16 | Nafmd          Phonecheck          Tel ID: 3383693141 | 39.95 |
| 05/20 | Neiman Marcus    Online Pmt 000001907736345 Web ID: 9541719427 | 100.00 |
| 05/20 | Nordstrom          Payment    043000096069368 Web ID: 9044022131 | 38.00 |
| 05/21 | Affiliated Bank  1 Time Dft 0073249344        Web ID: 9Dft4 | 4,046.07 |
| **Total Electronic Withdrawals** | | **$9,715.77** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/23 | 04/23 Withdrawal | $300.00 |
| 05/20 | 05/20 Withdrawal | 4,500.00 |
| **Total Other Withdrawals** | | **$4,800.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/21 | Monthly Service Fee | $25.00 |
| **Total Fees** | | **$25.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $2,337.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|------|-------------|--------|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 4 of 6



April 20, 2019 through May 21, 2019
Primary Account: ████ 1773

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                    Account Number: ████ 5037



### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $32.60 |
| Ending Balance | $32.60 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.04 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 5 of 6

**SB1217566-F1**                                    1453

**12-Apr-21**

**Reference Case Number: G12Apr21-2530**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 23-Apr-19**
**Sequence Number 009270885943**
**Amount 1428.00**
**Account Number: 1773**
**Date Request Received 12-Apr-21**



THIS CHECK IS VOID WITHOUT A GREEN & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

PAYABLE BY THE COUNTY TREASURER OF THE COUNTY OF DALLAS, STATE OF TEXAS

CHARGE TO FUND: NO. 467 HUD SECTION 8

32-2/1110
PAYABLE AT
BANK OF AMERICA
Dallas, TX

Check No.   467273604
Date   03/19/2019

CHECK AMOUNT
****$1,428.00

Registered And
Approved For Payment: One Thousand Four Hundred Twenty-Eight Dollars And Zero Cents

PAULINE MEDRANO, County Treasurer
3/18/2019   DISBURSED

Countersigned
DARRYL D THOMAS, County Auditor

PAY TO
THE ORDER
OF

MUHAMMAD SIDDIQI
PO BOX 814392
DALLAS, TX 75234

IN ACCORDANCE WITH STATE LAW, CHECK BECOMES
NON-NEGOTIABLE AND VOID IF NOT PRESENTED FOR
PAYMENT BEFORE 366TH DAY FOLLOWING ISSUANCE

For Deposit Only - JPMC

**SB1217566-F1**

1460

*LOAN # 234099315*

**M. SIDDIQI**
3020 BIGTOWN BLVD.
MESQUITE, TX  75150

32-61-1110

*04/25th 19*

1775

PAY to the order of *Bank of America* ........................ | $2,471.67

*Five Thousand Four hundred Seventy an 67cen* _____ DOLLARS

**JPMORGAN CHASE BANK, N.A.**
DALLAS, TEXAS 75201

for _____

⑆111000614⑆        1773⑈1775

Seq: 74
Batch: 538957
Date: 04/25/19

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $2500.00**

**Posting Date: 20-May-19**

**Sequence Number: 009490347129**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $2500.00**

**Posting Date: 20-May-19**

**Sequence Number: 009490347130**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390859529**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390859530**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $580.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390859787**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $580.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390859788**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390859817**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390859818**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $380.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390871525**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $380.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390871526**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

### Here is an update on your recent request for an image

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390871543**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390871544**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $520.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390871567**

We can't complete your request because electronic transactions, like this one, do not
have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $520.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390871568**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $460.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390872167**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $460.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390872168**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390872185**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390872186**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390872263**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $600.00**

**Posting Date: 21-May-19**

**Sequence Number: 003390872264**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 22, 2019 through June 21, 2019
Primary Account:                21773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001054 DRE 201 142 17319 NNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 1773 | $2,680.47 | $223.62 |
| Chase Plus Savings | 5037 | 32.60 | 32.60 |
| **Total** | | **$2,713.07** | **$256.22** |
| | | | |
| **TOTAL  ASSETS** | | **$2,713.07** | **$256.22** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number:          1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$2,680.47** |
| Deposits and Additions | 14,099.77 |
| Checks Paid | -3,777.64 |
| ATM & Debit Card Withdrawals | -432.90 |
| Electronic Withdrawals | -12,075.08 |
| Other Withdrawals | -178.00 |
| Fees | -93.00 |
| **Ending Balance** | **$223.62** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.14 |

Your account ending in 5037 is linked to this account for overdraft protection.

Page 1 of 6



May 22, 2019 through June 21, 2019
Primary Account: ███████1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/30 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,641.38 |
| 06/10 | Deposit       1041940977 | | 500.00 |
| 06/10 | Quickpay With Zelle Payment From Guy G Cannon 8319297455 | | 860.00 |
| 06/10 | Quickpay With Zelle Payment From Guy G Cannon 8319291758 | | 12.00 |
| 06/13 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,641.38 |
| 06/17 | Deposit       1047937514 | | 6,445.00 |
| 06/21 | ATM Cash Deposit       06/21 819 S Allen Heights DR Allen TX Card 3110 | | 1,000.00 |
| 06/21 | Interest Payment | | 0.01 |
| **Total Deposits and Additions** | | | **$14,099.77** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 914  ^ | | 06/13 | S500.00 |
| 1109  * ^ | | 06/21 | 27.64 |
| 1574  * ^ | | 06/07 | 1,000.00 |
| 1763  * ^ | | 05/30 | 2,000.00 |
| 1780  * ^ | | 06/17 | 250.00 |
| **Total Checks Paid** | | | **$3,777.64** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/22 | Card Purchase With Pin  05/22 Wm Supercenter # Lucas TX Card 3110 | $17.38 |
| 05/28 | Card Purchase       05/24 Gt Distributors Dallas Dallas TX Card 3110 | 281.44 |
| 05/30 | Card Purchase       05/29 Furrs 234 Dallas TX Card 3110 | 18.17 |
| 06/03 | Card Purchase       06/02 Subway       00032631 Garland TX Card 3110 | 8.43 |
| 06/04 | Card Purchase       06/03 Qt 926       08009268 Allen TX Card 3110 | 5.22 |
| 06/04 | Card Purchase With Pin  06/04 Gamestop #540 3112 N J Garland TX Card 3110 | 6.48 |
| 06/05 | Card Purchase       06/04 Gamestop #540 Garland TX Card 3110 | 6.48 |
| 06/06 | Card Purchase       06/05 Taco Bueno Addison 1 Addison TX Card 3110 | 4.52 |
| 06/12 | Card Purchase With Pin  06/11 Wm Supercenter # Lucas TX Card 3110 | 23.66 |
| 06/13 | Card Purchase With Pin  06/13 Shell Service Station Addison TX Card 3110 | 13.58 |
| 06/14 | Card Purchase       06/13 Chipotle 2816 Dallas TX Card 3110 | 7.52 |
| 06/17 | Card Purchase       06/15 Chevron 0210336 Carrollton TX Card 3110 | 9.99 |
| 06/17 | Card Purchase       06/15 Taco Bell #32187 Allen TX Card 3110 | 19.12 |
| 06/19 | Card Purchase       06/18 Taco Bell 035435 Plano TX Card 3110 | 10.91 |
| **Total ATM & Debit Card Withdrawals** | | **$432.90** |

**CHASE**

May 22, 2019 through June 21, 2019
Primary Account: ██████████ 21773



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/22 | Quickpay With Zelle Payment To Tovar Frankarlos  8255394727 | $250.00 |
| 05/23 | Grayson-Collin   Elec Paymt                PPD ID: 1750300645 | 137.34 |
| 05/30 | U.S. Bank N.A.   Payment   000000515313653 Tel ID: 5551540853 | 560.24 |
| 05/31 | Paypal           Echeck   5Exj2Arxe5Rma   Web ID: Paypalec88 | 24.95 |
| 06/04 | Discover         E-Payment  5319       Web ID: 2510020270 | 700.00 |
| 06/04 | Nfm              Payment                PPD ID: 1490000027 | 199.00 |
| 06/07 | Atmos Energy Rcr UTIL Pymt              PPD ID: 9000000091 | 36.08 |
| 06/10 | Coserv Od Cw Aw  Bill Pay   11907580321     Web ID: 7529027011 | 58.00 |
| 06/11 | Quickpay With Zelle Payment To Guy Cannon  8321144745 | 593.00 |
| 06/11 | Citi Autopay     Payment   082985140620981 Tel ID: Citicardap | 208.50 |
| 06/11 | Chase Credit Crd Autopay   00000000239931 PPD ID: 4760039224 | 165.00 |
| 06/17 | American Express ACH Pmt                PPD ID: 9493560001 | 500.00 |
| 06/17 | Discover         E-Payment  5319       Web ID: 2510020270 | 419.00 |
| 06/17 | City of Parker   Parker                PPD ID: 751382954 | 148.41 |
| 06/18 | Simmons Bank - L Tel Pmts  Ykb8        Tel ID: 1710162300 | 2,418.74 |
| 06/18 | Nafmd            Phonecheck       Tel ID: 3383693141 | 39.95 |
| 06/19 | Affiliated Bank 1 Time Dft 0073249344     Web ID: 9Dft4 | 4,046.07 |
| 06/19 | Discover         E-Payment  5319       Web ID: 2510020270 | 970.80 |
| 06/19 | Neiman Marcus    Online Pmt 000001913122494 Web ID: 9541719427 | 100.00 |
| 06/21 | American Express ACH Pmt   W8962        Web ID: 2005032111 | 500.00 |
| **Total Electronic Withdrawals** | | **$12,075.08** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/10 | 06/10 Withdrawal | $178.00 |
| **Total Other Withdrawals** | | **$178.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/19 | Insufficient Funds Fee For A $970.80 Item - Details: Discover       E-Payment  5319 Web ID: 2510020270 | $34.00 |
| 06/19 | Insufficient Funds Fee For A $100.00 Item - Details: Neiman Marcus    Online Pmt 000001913122494 Web ID: 9541719427 | 34.00 |
| 06/21 | Monthly Service Fee | 25.00 |
| **Total Fees** | | **$93.00** |

**SB1217566-F1**

1495



May 22, 2019 through June 21, 2019
Primary Account: ████████ 1773

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $1,874.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $68.00 | $102.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                    Account Number: ████████ 5037

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $32.60 |
| Ending Balance | $32.60 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.04 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

Page 4 of 6

SB1217566-F1                                                              1496

**M. SIDDIQI**
3020 Big Town Blvd
Mesquite, TX 75150-2412

32-61/1110

1574

06/7/20 9

PAY TO THE ORDER OF _JAMEEA SIDDIQ_ $ 1000 ⁰⁰

_One thousand only_ DOLLARS

**CHASE BANK**
DALLAS TX 75201

FOR _____

⑈111000614⑈ ■ 1773⑈1574

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 41796        AU 41796

1347925235

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $1000.00**

**Posting Date: 21-Jun-19**

**Sequence Number: 003290451408**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $1000.00**

**Posting Date: 21-Jun-19**

**Sequence Number: 003290451409**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 22, 2019 through July 22, 2019
Primary Account: ████████1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001056 DRE 201 142 20419 NNNNNNNNNNNN T 1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | ████1773 | $223.62 | $1,499.43 |
| Chase Plus Savings | █5037 | 32.60 | 32.60 |
| **Total** | | **$256.22** | **$1,532.03** |
| **TOTAL ASSETS** | | **$256.22** | **$1,532.03** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                    Account Number: ████████1773

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$223.62** |
| Deposits and Additions | 19,803.77 |
| Checks Paid | -680.00 |
| ATM & Debit Card Withdrawals | -213.65 |
| Electronic Withdrawals | -5,191.31 |
| Other Withdrawals | -12,350.00 |
| Fees | -93.00 |
| **Ending Balance** | **$1,499.43** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.15 |

Your account ending in 5037 is linked to this account for overdraft protection.

Page 1 of 4



June 22, 2019 through July 22, 2019
Primary Account: ████████ 1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | ATM Cash Deposit        06/24 161 W Spring Creek Pkwy Plano TX Card 3110 | $500.00 |
| 06/27 | Deposit    1860836432 | 525.00 |
| 06/27 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,641.38 |
| 07/08 | Quickpay With Zelle Payment From Arlene Moonan Wfct06Hpcqp9 | 1,000.00 |
| 07/11 | Deposit    1054972605 | 8,496.00 |
| 07/11 | Deposit    1054972547 | 4,000.00 |
| 07/11 | Eagle Protective Direct Dep          PPD ID: 9111111101 | 2,641.38 |
| 07/22 | Interest Payment | 0.01 |
| **Total Deposits and Additions** | | **$19,803.77** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 915   ^ | | 07/15 | $500.00 |
| 1573  * ^ | | 06/27 | 50.00 |
| 1776  * ^ | | 07/15 | 130.00 |
| **Total Checks Paid** | | | **$680.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/24 | Card Purchase With Pin  06/22 7-Eleven 32723 Plano TX Card 3110 | $49.99 |
| 06/24 | Card Purchase          06/22 Cheeky Monkey Fairview Fairview TX Card 3110 | 8.65 |
| 06/25 | Card Purchase With Pin  06/25 Specs #128 15055 Inwoo Addison TX Card 3110 | 112.02 |
| 06/26 | Card Purchase          06/24 Qt 926    08009268 Allen TX Card 3110 | 6.10 |
| 06/27 | Card Purchase With Pin  06/27 Wal-Mart #5672 Lucas TX Card 3110 | 36.89 |
| **Total ATM & Debit Card Withdrawals** | | **$213.65** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | Grayson-Collin   Elec Paymt          PPD ID: 1750300645 | $167.72 |
| 06/25 | A.R.M. Solutions Preauthpmt Pns* Arm Soluti Tel ID: 1273535182 | 147.03 |
| 06/26 | U.S. Bank N.A.   Payment   000000515313653 Tel ID: 5551540853 | 560.24 |
| 07/03 | Nfm       Payment          06/22 PPD ID: 1490000027 | 199.00 |
| 07/09 | Atmos Energy Rcr UTIL Pymt          PPD ID: 9000000091 | 28.82 |
| 07/09 | Coserv Od Cw Aw  Bill Pay  11971282441    Web ID: 7529027011 | 21.00 |
| 07/11 | Neiman Marcus    Online Pmt 000001931176888 Web ID: 9541719427 | 200.00 |
| 07/11 | Chase Credit Crd Autopay   000000000245719 PPD ID: 4760039224 | 168.00 |
| 07/11 | Citi Autopay     Payment   083011059041736 Tel ID: Citicardap | 118.96 |
| 07/12 | Quickpay With Zelle Payment To Guy Cannon  8426092861 | 200.00 |
| 07/16 | Quickpay With Zelle Payment To Guy Cannon  8438698515 | 200.00 |

Page 2 of 4





June 22, 2019 through July 22, 2019
Primary Account: ▮▮▮▮1773



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/16 | American Express ACH Pmt | PPD ID: 9493560001 | 500.00 |
| 07/16 | City of Parker   Parker | PPD ID: 751382954 | 141.59 |
| 07/16 | Nafmd       Phonecheck | Tel ID: 3383693141 | 39.95 |
| 07/17 | Quickpay With Zelle Payment To Guy Cannon  8441353969 | | 100.00 |
| 07/17 | American Express ACH Pmt   W6794 | Web ID: 2005032111 | 2,000.00 |
| 07/18 | Quickpay With Zelle Payment To Guy Cannon  8443436515 | | 399.00 |
| **Total Electronic Withdrawals** | | | **$5,191.31** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/27 | 06/27 Withdrawal | $2,350.00 |
| 07/11 | 07/11 Withdrawal | 10,000.00 |
| **Total Other Withdrawals** | | **$12,350.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/26 | Insufficient Funds Fee For A $560.24 Item - Details: U.S. Bank N.A.   Payment 000000015313653 Tel ID: 5551540853 | $34.00 |
| 07/19 | Returned Item Fee For An Unpaid $4,046.07 Item - Details: Affiliated Bank  1 Time Dft 0073249344    Web ID: 9Dlt4 | 34.00 |
| 07/22 | Monthly Service Fee | 25.00 |
| **Total Fees** | | **$93.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was $1,539.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR,** authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $34.00 | $136.00 |
| Total Returned Item Fees | $34.00 | $34.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 3 of 4

# CHASE ◆

June 22, 2019 through July 22, 2019
Primary Account: ████773

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                      Account Number: ████5037

## SAVINGS SUMMARY

|                                                | AMOUNT  |
|------------------------------------------------|---------|
| Beginning Balance                              | $32.60  |
| Ending Balance                                 | $32.60  |
|                                                |         |
| Annual Percentage Yield Earned This Period     | 0.00%   |
| Interest Paid Year-to-Date                     | $0.04   |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4





PAYABLE BY THE **COUNTY TREASURER** OF THE **COUNTY OF DALLAS**, STATE OF TEXAS

CHARGE TO FUND: NO. 467 HUD SECTION 8

22-2/1110
PAYABLE AT
BANK OF AMERICA
Dallas, TX

Check No.   467276510
Date   05/21/2019

CHECK AMOUNT
****$1,748.00

Registered And
Approved For Payment: One Thousand Seven Hundred Forty-Eight Dollars And Zero Cents

PAULINE MEDRANO, County Treasurer
5/20/2019    DISBURSED

Countersigned
DARRYL D THOMAS, County Auditor

PAY TO
THE ORDER
OF

MUHAMMAD SIDDIQI
PO BOX 814392
DALLAS, TX  75234

IN ACCORDANCE WITH STATE LAW, CHECK BECOMES
NON-NEGOTIABLE AND VOID IF NOT PRESENTED FOR
PAYMENT BEFORE 365TH DAY FOLLOWING ISSUANCE



THIS CHECK IS VOID WITHOUT A GREEN & BLUE DOT ON THIS BACKGROUND PLUS A REFLEX E FINGERPRINT WATERMARK ON THE BACK - HOLD AT LIGHT TO VIEW

PAYABLE BY THE COUNTY TREASURER OF THE COUNTY OF DALLAS, STATE OF TEXAS

CHARGE TO FUND: NO. 467 HUD SECTION 8

32-2/1110
PAYABLE AT
BANK OF AMERICA
Dallas, TX

Check No.    467277955
Date    06/18/2019

CHECK AMOUNT
****$1,748.00

Registered And
Approved For Payment: One Thousand Seven Hundred Forty-Eight Dollars And Zero Cents

PAULINE MEDRANO, County Treasurer
6/17/2019    DISBURSED

Countersigned
DARRYL D THOMAS, County Auditor

PAY TO
THE ORDER
OF

MUHAMMAD SIDDIQI
PO BOX 814392
DALLAS, TX 75234

IN ACCORDANCE WITH STATE LAW, CHECK BECOMES
NON-NEGOTIABLE AND VOID IF NOT PRESENTED FOR
PAYMENT BEFORE 365TH DAY FOLLOWING ISSUANCE

CHASE ◯   **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☑
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

**DEPOSIT/DEPÓSITO**

Today's Date/Fecha
7/11/19

Customer Name (Please Print)/Nombre del cliente (en letra de molde)
Muhammad N Siddiqi

Sign Here (If cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

N13062-CH (Rev. 07/12)   90164253   05/19

Start your account number here/
▼ Empiece su número de cuenta aquí

1773

CASH/
EFECTIVO ▶

CHECK/
CHEQUE ▶

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO ▶

SUBTOTAL ▶

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

TOTAL $

4000.00

4000.00

⑈1054972547⑈ ⑆500001020⑆

SB1217566-F1

1525

**12-Apr-21**

**12Apr21-2530**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 11-Jul-19**

**Sequence number 009590833609**

**Amount 4000.00**

**Account Number 1773**

**Date Request Received 12-Apr-21**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 23, 2019 through August 21, 2019
Primary Account:            1773

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001062 DRE 201 142 23419 NNNNNNNNNNNN T  1 000000000 35 0000
MUHAMMAD N SIDDIQI
3020 BIGTOWN BLVD
MESQUITE TX 75150-2412



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Plus Checking | 1773 | $1,499.43 | $1,846.16 |
| Chase Plus Savings | 5037 | 32.60 | 32.60 |
| **Total** | | **$1,532.03** | **$1,878.76** |
| | | | |
| **TOTAL  ASSETS** | | **$1,532.03** | **$1,878.76** |

## CHASE PREMIER PLUS CHECKING

MUHAMMAD N SIDDIQI                                          Account Number:      1773

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,499.43** |
| Deposits and Additions | 20,282.77 |
| Checks Paid | -1,899.34 |
| ATM & Debit Card Withdrawals | -2,306.46 |
| Electronic Withdrawals | -15,229.24 |
| Fees | -501.00 |
| **Ending Balance** | **$1,846.16** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.16 |

Your account ending in 5037 is linked to this account for overdraft protection.

Page 1 of 6

**SB1217566-F1**                                    1530



July 23, 2019 through August 21, 2019
Primary Account: ██████ 1773

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/25 | Eagle Protective Direct Dep | PPD ID: 9111111101 | $2,641.38 |
| 08/02 | Remote Online Deposit | 1 | 5,000.00 |
| 08/08 | Remote Online Deposit | 1 | 5,000.00 |
| 08/08 | Eagle Protective Direct Dep | PPD ID: 9111111101 | 2,641.38 |
| 08/19 | Remote Online Deposit | 1 | 5,000.00 |
| 08/21 | Interest Payment | | 0.01 |
| **Total Deposits and Additions** | | | **$20,282.77** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 916   ^ | | 08/13 | $500.00 |
| 1136  * ^ | | 08/21 | 28.66 |
| 1308  * ^ | | 07/23 | 30.68 |
| 1756  * ^ | | 07/29 | 320.00 |
| 1783  * ^ | | 08/12 | 130.00 |
| 1787  * ^ | | 08/20 | 890.00 |
| **Total Checks Paid** | | | **$1,899.34** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/26 | Card Purchase      07/25 Att Ford 1X 800-331-0500 TX Card 3110 | $267.24 |
| 07/26 | Non-Chase ATM Withdraw  07/26 820 N Fitzhugh Ave Dallas TX Card 3110 | 62.50 |
| 07/29 | Card Purchase      07/25 NM Last Call #51 214-5131527 TX Card 3110 | 147.76 |
| 07/29 | Card Purchase      07/25 NM Last Call #51 214-5131527 TX Card 3110 | 63.65 |
| 07/29 | Card Purchase With Pin  07/29 Mgi # 10 1621 N Centra Richardson TX Card 3110 | 815.07 |
| 07/29 | Card Purchase With Pin  07/29 Wm Supercenter # Lucas TX Card 3110 | 212.16 |
| 07/30 | Non-Chase ATM Withdraw  07/30 2340 West Nw Hwy. Dallas TX Card 3110 | 132.00 |
| 07/31 | Card Purchase      07/30 Tmc Restaurant of Dall 214-9568800 TX Card 3110 | 167.46 |
| 08/05 | Card Purchase      08/03 Dallas Food & Beverage Dallas TX Card 3110 | 438.62 |
| **Total ATM & Debit Card Withdrawals** | | **$2,306.46** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/23 | U.S. Bank N.A.   Payment   000000515313653 Tel ID: 5551540853 | $560.24 |
| 07/23 | Grayson-Collin  Elec Paymt        PPD ID: 1750300645 | 249.40 |
| 07/31 | Capital One    Phone Pymt 921139860006470 Tel ID: 9541719986 | 1,000.00 |
| 08/05 | Cadence Bank    ACH    713-871-4012   Tel ID: 1640156695 | 3,418.18 |
| 08/05 | Discover      Payments  5319      Web ID: 3510020270 | 445.00 |
| 08/05 | Nfm       Payment        PPD ID: 1490000027 | 199.00 |

Page 2 of 6



July 23, 2019 through August 21, 2019
Primary Account: ███████ 1773



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/06 | TD Auto Finance  Web Pay    0001102822336   Web ID: 5202614244 | 1,360.80 |
| 08/09 | Pace Web ACH    9Stdactach 121643         Web ID: 5135562314 | 7,000.00 |
| 08/09 | Atmos Energy Rcr UTIL Pymt         PPD ID: 9000000091 | 34.56 |
| 08/12 | Chase Credit Crd Autopay         PPD ID: 4760039224 | 163.00 |
| 08/12 | Coserv Od Cw Aw  Bill Pay   12033459161     Web ID: 7529027011 | 25.00 |
| 08/13 | Citi Autopay    Payment   083039629880985 Tel ID: Citicardap | 83.80 |
| 08/16 | American Express ACH Pmt         PPD ID: 9493560001 | 500.00 |
| 08/16 | Nafmd     Phonecheck          Tel ID: 3383693141 | 39.95 |
| 08/21 | Neiman Marcus   Online Pmt 000001939936178 Web ID: 9541719427 | 150.31 |
| **Total Electronic Withdrawals** | | **$15,229.24** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/24 | Returned Item Fee For An Unpaid $4,046.07 Item - Details: Affiliated Bank  1 Time Dft 0073249344    Web ID: 9Redep | $34.00 |
| 08/06 | Insufficient Funds Fee For A $1,360.80 Item - Details: TD Auto Finance  Web Pay 0001102822336   Web ID: 5202614244 | 34.00 |
| 08/07 | Returned Item Fee For An Unpaid $1,707.09 Item - Details: Cadence Bank     ACH 713-871-4012   Tel ID: 1640156695 | 34.00 |
| 08/09 | Insufficient Funds Fee For A $7,000.00 Item - Details: Pace Web ACH    9Stdactach 121643 Web ID: 5135562314 | 34.00 |
| 08/09 | Insufficient Funds Fee For A $34.56 Item - Details: Atmos Energy Rcr UTIL Pymt PPD ID: 9000000091 | 34.00 |
| 08/12 | Insufficient Funds Fee For Check #1783 IN The Amount of $130.00 | 34.00 |
| 08/12 | Insufficient Funds Fee For A $25.00 Item - Details: Coserv Od Cw Aw  Bill Pay   12033459161 Web ID: 7529027011 | 34.00 |
| 08/13 | Insufficient Funds Fee For Check #916 IN The Amount of S500.00 | 34.00 |
| 08/13 | Insufficient Funds Fee For A $83.80 Item - Details: Citi Autopay    Payment 083039629880985 Tel ID: Citicardap | 34.00 |
| 08/14 | Returned Item Fee For An Unpaid Check #1782 IN The Amount of $865.00 | 34.00 |
| 08/16 | Insufficient Funds Fee For A $500.00 Item - Details: American Express ACH Pmt PPD ID: 9493560001 | 34.00 |
| 08/16 | Returned Item Fee For An Unpaid $141.59 Item - Details: City of Parker   Parker PPD ID: 751382954 | 34.00 |
| 08/16 | Insufficient Funds Fee For A $39.95 Item - Details: Nafmd          Phonecheck          Tel ID: 3383693141 | 34.00 |
| 08/21 | Returned Item Fee For An Unpaid $7,818.19 Item - Details: Affiliated Bank  1 Time Dft 0073249344    Web ID: 9Dft4 | 34.00 |
| 08/21 | Monthly Service Fee | 25.00 |
| **Total Fees** | | **$501.00** |

**SB1217566-F1**

1532



July 23, 2019 through August 21, 2019
Primary Account: ▓▓▓▓▓▓2773

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account.  Here are the two ways you can avoid
this fee during any statement period.
- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your
  statement period.**
  (Your average qualifying deposit and investment balance was $1,092.00)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR**, **authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $306.00 | $442.00 |
| Total Returned Item Fees | $170.00 | $204.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

MUHAMMAD N SIDDIQI                                  Account Number ▓▓▓▓▓▓5037

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $32.60 |
| Ending Balance | $32.60 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.04 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a
qualifying Chase Premier Plus Checking account.

Page 4 of 6

**12-Apr-21**

**Reference Case Number: G12Apr21-2530**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 19-Aug-19**
**Sequence Number 001070545168**
**Amount 5000.00**
**Account Number: 1773**
**Date Request Received 12-Apr-21**

AZ HIBA ENTERTAINMENT INC
3020 BIG TOWN BLVD
MESQUITE, TX 75150-2412

1033

PAY TO THE
ORDER OF _Muhammad Siddiqi_ $ 5000

_Five thousand Dollars only_ DOLLARS

FOR _____

For Deposit Only - JPMC

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $5000.00**

**Posting Date: 16-Aug-18**

**Sequence Number: 004090230407**

We can't complete your request because electronic transactions, like this one, do not
have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $5000.00**

**Posting Date: 16-Aug-18**

**Sequence Number: 004090230408**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**15-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3000.00**

**Posting Date: 20-Aug-18**

**Sequence Number: 005770263916**

We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.

**14-Apr-21**

**Reference Case Number:  G12Apr21-2530**

**Here is an update on your recent request for an image**

**Amount: $3000.00**

**Posting Date: 20-Aug-18**

**Sequence Number: 005770263917**

**We can't complete your request because electronic transactions, like this one, do not have images. We apologize for the inconvenience.**