# Exhibit "BB"

```
||||||||||||||||||||||||||||||||                    201900062530
03/13/2019 04:07:27 PM                              DEED  1/2
```

## Special Warranty Deed

**Notice of confidentiality rights: If you are a natural person, you may remove or strike any or all of the following information from any instrument that transfers an interest in real property before it is filed for record in the public records: your Social Security number or your driver's license number.**

**Date:**

**Grantor:**   Muhammad Siddiqi

**Grantor's Mailing Address:** 14411 Tanglewood Drive Farmers Branch, Texas 75234

**Grantee:**   Jamela Siddiqi

**Grantee's Mailing Address:** 14411 Tanglewood Drive Farmers Branch, Texas 75234

**Consideration:** Ten Dollars ($10.00) paid in cash and other good and valuable consideration to the Grantor by the Grantee herein named, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):** Legal Description of the Property: BrookHaven Hills BLK 3 LOT 14. Physical Address of the Property: 14411 Tanglewood Drive Farmers Branch, Texas 75234

**Reservations from Conveyance:** None.

**Exceptions to Conveyance and Warranty:** This deed is subject to all easements, restrictions, conditions, covenants, and other instruments of record.

Grantor, for the consideration and subject to the reservations from conveyance and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee all of Grantor's interest in the property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the reservations from conveyance and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

Grantee assumes all ad valorem taxes due on the property for the current year.

_____
Muhammad Siddiqi

*This instrument was prepared based on information furnished by the parties, and no independent title search has been made.*

STATE OF TEXAS §
§
COUNTY OF DALLAS §

This instrument was SUBSCRIBED AND SWORN TO BEFORE ME on MARCH 13, 2019 by Muhammad Siddiqi.

_____
Notary Public, State of Texas

My Commission Expires:

MAY 28, 2019

Ron Newton
Printed Name of Notary



RON NEWTON
Notary ID #130241781
My Commission Expires
May 28, 2019

Filed and Recorded
Official Public Records
John F Warren, County Clerk
Dallas County, TEXAS
03/13/2019 04:07:27 PM
$30.00

201900062530