Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| MOHAMMAD SIDDIQI | § § | CASE 19-42834 |
| DEBTOR | § | |

_____

| | | |
|---|---|---|
| MARK WEISBART, TRUSTEE | § § | |
| PLAINTIFFS | § § | |
| V. | § § | ADV. 21-04077 |
| MOHAMMAD SIDDIQI | § § | |
| DEFENDANT | § | |

**DEFENDANT MOHAMMAD SIDDIQI'S RESPONSE TO COURT ORDER CONCERNING PRE-TRIAL PROCEDURES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Mohammad Siddiqi, Defendant in the above styled and numbered cause and files this his Response to Court's Notice and Order Regarding Pre-Trial Procedures and in support thereof would show unto the Court as follows.

1. Defendant's counsel is Eric Liepins 12770 Coit Road, Suite 850, Dallas, Texas, 972-

      991-5591

2.      Defendant does not believe the trial will last longer than one day.

3.      Defendant is unavailable during week of October 2, through 6, 2023.

          Respectfully submitted,

          __/s/ Eric Liepins___
          Eric Liepins, SBN 12338110
          12770 Coit Road
          Suite 850
          Dallas, Texas 75251
          (972) 991- 5591
          (972) 991-5788 - telecopier
          ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was sent to James Brouner, 10501 n Central Expressway, Suite 106, Dallas, Texas 75251 on this the 9th day of May 2023.

          __/s/ Eric Liepins __
          Eric Liepins